UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

DEBORAH D. PETERSON, et al.,

          Plaintiffs,

   v.

ISLAMIC REPUBLIC OF IRAN, et al.,

          Defendants.

------------------------------------------------------------x

10 Civ. 4518 (BSJ) (MHD)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/1/11

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

    1.    By Order of the Court dated June 27, 2011, the Court consolidated the miscellaneous action *Deborah D. Peterson, et al. v. Islamic Republic of Iran, et al.* – 18 Misc. 302 (BSJ) (the "Miscellaneous Action") with this action (hereinafter, "the Consolidated Action").

    2.    The Clerk of the Court is now directed to unseal the docket in the Consolidated Action.

    3.    The parties are directed to re-file all documents now filed in the Miscellaneous Action on the docket for the Consolidated Action. Any pleadings, transcripts and documents filed under seal in the Miscellaneous Action shall remain under seal and shall be filed under seal on the docket for the Consolidated Action. The parties are directed to provide the Clerk of the Court with a list of all of the documents filed under seal in the Miscellaneous Action. The list must include the filing date of each sealed document.

    4.    With respect to these sealed documents, the parties in the Miscellaneous Action are directed to prepare redacted public versions of these documents consistent with Judge Royce C. Lamberth's June 11, 2008 Protective Order and the Order entered by Judge Koeltl on

June 27, 2008 in the Miscellaneous Action. The parties shall file the publicly redacted versions of the pleadings from the Miscellaneous Action in the Consolidated Action.

5. Going forward, all submissions by the parties shall be made in the Consolidated Action. Any submissions filed under seal shall require a public version of the submission showing only redacted information, which must be filed on ECF the following business day.

6. Plaintiffs shall promptly file a publicly redacted version of the Amended Complaint from the Consolidated Action.

**SO ORDERED:**

_____
BARBARA S. JONES
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
August 1, 2011