UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

---------------------------------------------------------- x
DEBORAH D. PETERSON,                        :   Case No. 18 Misc. 8302
Personal Representative of the Estate       :
of James C. Knipple (Dec.), et al.,         :
                                            :   (Civil Action Nos. 01-2094 (RCL)
                 Plaintiffs,                :   and 1-2684 (RCL) (D.D.C.))
                                            :
            v.                              :   **PUBLIC VERSION**
                                            :
ISLAMIC REPUBLIC OF IRAN, et al.,           :
                                            :
                 Defendants.                :
---------------------------------------------------------- x

## COMPENDIUM OF EXHIBITS TO
## CLEARSTREAM BANKING, S.A.'S MOTIONS TO VACATE
## RESTRAINTS AND TO QUASH PLAINTIFFS' SUBPOENA *DUCES TECUM*

> Francis A. Vasquez, Jr. (FV-1446)
> Frank Panopoulos (FP-6173)
> **WHITE & CASE LLP**
> 701 Thirteenth Street, N.W.
> Washington, D.C. 20005
> Tel: (202) 626-3600
> Fax: (202) 639-9355
>
> *Counsel for Clearstream Banking, S.A.*

September 3, 2008

## EXHIBIT COMPENDIUM INDEX

|  | Exhibit |
|---|---|
| Writ of Attachment | 1A<br>*Under Seal* |
| Restraining Notice | 1B<br>*Under Seal* |
| June 11, 2008 Protective Order | 2 |
| Transcript of June 27, 2008 Hearing Before Judge John G. Koeltl | 3<br>*Under Seal* |
| Legal Responses by N.Y. Federal Reserve Bank to European Union Clearing and Settlement Legal Certainty Group Questionnaire | 4 |
| Clearstream Banking, S.A. Settlement System (Illustrative) | 5A-E |
| Securities Affected by Writ of Execution and Restraining Notice | 6<br>*Under Seal* |
| Summary of Positions on Clearstream Omnibus Account (Restrained and Total) | 7<br>*Under Seal* |
| White & Case LLP Letter to Judge John G. Koeltl dated June 23, 2008 | 8 |
| Order to Show Cause of Citibank N.A. and Accompanying Attachments and Exhibits | 9<br>*Under Seal* |
| Documents re: Accounts | 10<br>*Under Seal* |
| Account Transactions History | 11<br>*Under Seal* |
| Account Transactions History | 12<br>*Under Seal* |
| Account Position | 13<br>*Under Seal* |
| June 13, 2008 Redemptions Statement | 14<br>*Under Seal* |
| Inventory Statement of Account | 15<br>*Under Seal* |
| Transaction History of Accounts | 16<br>*Under Seal* |
| June 27, 2008 Final Order | 17 |
| UNIDROIT Draft Convention on Substantive Rules Regarding Intermediated Securities | 18 |
| Comments By Government of the United States of America and Draft Convention | 19 |

| | |
|---|---|
| Subpoena Duces Tecum Witness dated July 30, 2008 | 20 *Under Seal* |
| Opinion of Luxembourg Law by Philippe Dupont dated August 19, 2008 | 21 |