# EXHIBIT 1

**Exhibit 1**
*Filed Under Seal*