# EXHIBIT 9

**Exhibit 9**
*Filed Under Seal*