UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
------------------------------------------------------------------- x
| | : | |
|---|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al., | : : : : | Case No. 18 Misc. 302 |
| Plaintiffs, | : : | (Civil Action Nos. 01-2094 (RCL) and 1-2684 (RCL) (D.D.C.)) |
| v. | : : | |
| ISLAMIC REPUBLIC OF IRAN, et al., | : : | |
| Defendants. | : | |

------------------------------------------------------------------- x

## SUPPLEMENTAL COMPENDIUM OF EXHIBITS TO CLEARSTREAM BANKING, S.A.'S MOTION TO VACATE RESTRAINTS

Francis A. Vasquez, Jr. (FV-1446)
Frank Panopoulos (FP-6173)
**WHITE & CASE** LLP
701 Thirteenth Street, N.W.
Washington, D.C. 20005
Tel: (202) 626-3600
Fax: (202) 639-9355

*Counsel for Clearstream Banking, S.A.*

November 14, 2008

## EXHIBIT INDEX TO SUPPLEMENTAL COMPENDIUM

|  | Exhibit |
|---|---|
| Carl S. Bjerre & Sandra M. Rocks, *ABCs of the UCC* (Amelia H. Boss, ed., American Bar Association 2004) (*excerpts*) | 22 |
| UNIDROIT Explanatory Report to the Draft Convention on Substantive Rules Regarding Intermediated Securities (February 2008) | 23 |
| UNIDROIT Preliminary Draft Convention on Substantive Rules Regarding Intermediated Securities (April 2004) | 24 |
| UNIDROIT Study Group Position Paper on Substantive Rules Regarding Indirectly Held Securities (August 2003) | 25 |
| UNIDROIT Draft Convention on Substantive Rules Regarding Intermediated Securities (as revised on Oct. 10, 2008) | 26 |
| Comments by the Government of the United States of America for the Preparation of a Draft Convention on Harmonised Substantive Rules Regarding Securities Held with an Intermediary | 27 |