# EXHIBIT C

# Liviu Vogel - Re: Further disclosure from Clearstream

| | |
|---|---|
| **From:** | "Panopoulos, Frank" <fpanopoulos@washdc.whitecase.com> |
| **To:** | <LVogel@salonmarrow.com> |
| **Date:** | 7/21/2008 8:38:13 PM |
| **Subject:** | Re: Further disclosure from Clearstream |

I will get back to you after I discuss with my client.
--------------------------
Sent from my BlackBerry Wireless Handheld while out of the office.

**From**: Liviu Vogel
**To**: Panopoulos, Frank
**Sent**: Mon Jul 21 19:27:06 2008
**Subject**: Further disclosure from Clearstream

Dear Frank:
I would like to obtain further discovery from Clearstream. Given Clearstream's position that it can only provide discovery in open court under court order, I would like to schedule a date for such testimony with you on consent. I can then submit the proposed date to the court for an order. Attached is a draft description of documents that we seek to be produced in addition to testimony. Please contact me to discuss.
Sincerely,

Liviu Vogel, Esq.
Salon Marrow Dyckman Newman & Broudy LLP
292 Madison Avenue
New York, NY  10017
Tel (212) 661-7100
Fax (212) 661-3339
Direct Tel (646) 843-1909
Direct Fax (646) 843-1910

257 Lyons Plains Road
Weston, CT  06883
Tel (203) 227-0023
Fax (646) 843-1910

NOTICE: This message is intended only for the use of the individual or
entity to which it is addressed, and may contain information that is
privileged, confidential or exempt from disclosure under applicable law.
If you are not the intended recipient of this message, or the employee
or agent responsible for delivering this message to the intended
recipient, you are advised that any dissemination, distribution or
copying of this message, or acting on the information contained herein,

may be a violation of applicable law and is strictly prohibited. If you
have received this message in error, please notify the sender
immediately by replying to this message.

To comply with U.S. Treasury regulations, we inform you that, unless
expressly stated otherwise, any U.S. federal tax advice contained in
this e-mail, including attachments. is not intended or written to be
used, and cannot be used, by any person for the purpose of avoiding
any penalties that may be imposed by the Internal Revenue Service.

This e-mail and any attached file is intended only for the person or
entity to which it is addressed and may contain information that is
privileged, confidential or otherwise protected from disclosure.
Dissemination, distribution or copying of this e-mail or the information
herein by anyone other than the intended recipient is prohibited. If
you have received this e-mail in error, please immediately notify us
by calling Maria Iaboni at (212) 661-7100.

==========================================================================
PLEASE NOTE:  The information contained in this message is privileged and confidenti
with transmission, please contact sender or call (202) 626-3600.  Thank you.
==========================================================================