# EXHIBIT E

## Liviu Vogel - Peterson v. Iran

| | |
|---|---|
| **From:** | "Panopoulos, Frank" <fpanopoulos@washdc.whitecase.com> |
| **To:** | "Liviu Vogel" <LVogel@salonmarrow.com> |
| **Date:** | 7/31/2008 1:18:29 PM |
| **Subject:** | Peterson v. Iran |

Can we finalize the discovery order today?
Please give a call.

============================================================

PLEASE NOTE:  The information contained in this message is p
with transmission, please contact sender or call (202) 626-3
============================================================

## Liviu Vogel - CBLDiscoveryOrder.DOC

**From:**    "Panopoulos, Frank" <fpanopoulos@washdc.whitecase.com>
**To:**      "Liviu Vogel" <LVogel@salonmarrow.com>
**Date:**    7/31/2008 3:14:58 PM
**Subject:** CBLDiscoveryOrder.DOC

Here is a draft of the proposed scheduling order.  Please let me know if you agree.

Frank Panopoulos
White & Case LLP
701 Thirteenth Street N.W.
Washington D.C. 20005
Phone: (202) 626-3626
Fax: (202) 639-9355
email: fpanopoulos@whitecase.com

==========================================================

PLEASE NOTE:  The information contained in this message is p
with transmission, please contact sender or call (202) 626-3
==========================================================

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

DEBORAH D. PETERSON,      :   Case No. 18 Misc. 8302 (JGK)
Personal Representative of the      :
Estate of James C. Knipple (Dec.), *et al.*,      :
      :   (Civil Action Nos.
            Plaintiffs,      :   01-2094 (RCL) and 1-2684 (RCL) (D.D.C.))
      :
      v.      :
      :   **[PROPOSED] ORDER**
ISLAMIC REPUBLIC OF IRAN, *et al.*,      :
      :
            Defendants.      :
------------------------------------------------------------x

Upon consideration of the joint letter from counsel for Clearstream Banking S.A. and

Plaintiffs dated August __, 2008, and upon all the pleadings and proceedings herein;

IT IS HEREBY ORDERED, that Clearstream is to appear before this Court on August

20, 2008 at 2:00 o'clock p.m., or at such time as scheduled by the Court, and provide oral

testimony responding to the discovery requests served on Clearstream by Plaintiffs on July 31,

2008, including providing documentation supporting its testimony; and it is further

ORDERED, such oral testimony and any information is subject to the Protective Order

signed on June 11, 2008 by Judge Royce C. Lamberth of the U.S. District Court for the District

of Columbia in the underlying case, and as such shall be under seal and the transcript of the

testimony and supporting documentation provided during the testimony shall be placed under

seal.

Dated: August _____, 2008

                                        _____
                                        Judge John G. Koeltl
                                        United States District Court Judge