# EXHIBIT G

# FACSIMILE

**WHITE & CASE**

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

Tel  + 1 202 626 3600
Fax  + 1 202 639 9355
www.whitecase.com

Direct Dial + (202) 626-3626     fpanopoulos@whitecase.com

| | | | |
|---|---|---|---|
| **Date:** | August 7, 2008 | **No. of Pages (including cover):** | 3 |
| **To:** | The Honorable John G. Koeltl<br>United States District Court<br>Southern District of New York | **Fax Number:**<br>Contact Number: | (212) 805-7912 |
| **cc:** | Sharon L. Schneir, Esq.<br>Davis Wright Tremaine LLP | | (212) 489-8340 |
| | Liviu Vogel, Esq.<br>Salon Marrow Dyckman Newman &<br>Broudy LLP | | (212) 661-3339 |
| **From:** | Frank Panopoulos | **Reference No.:** | 7156333-0114 |
| **Re:** | *Peterson v. Islamic Republic of Iran*, Case No. 18 Misc. 8302 | | |

**PLEASE NOTE:** The information contained in this facsimile message is privileged and confidential, and is intended only for the use of the individual named above and others who have been specifically authorized to receive it. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, or if any problems occur with transmission, please contact sender or call + 1 202 626 6481. Thank you.

Please see attached.

ABU DHABI  ALMATY  ANKARA  BANGKOK  BEIJING  BERLIN  BRATISLAVA  BRUSSELS  BUCHAREST  BUDAPEST  DRESDEN  DÜSSELDORF
FRANKFURT  HAMBURG  HELSINKI  HONG KONG  ISTANBUL  JOHANNESBURG  LONDON  LOS ANGELES  MEXICO CITY  MIAMI  MILAN  MOSCOW
MUNICH  NEW YORK  PALO ALTO  PARIS  PRAGUE  RIYADH  SÃO PAULO  SHANGHAI  SINGAPORE  STOCKHOLM  TOKYO  WARSAW  WASHINGTON, DC

# WHITE & CASE

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

Tel  + 1 202 626 3600
Fax  + 1 202 639 9355
www.whitecase.com

---

Direct Dial + 202-626-3626     fpanopoulos@whitecase.com

August 7, 2008

VIA FACSIMILE

The Honorable John G. Koeltl
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1030
New York, N.Y. 10017-1312

Re:  *Peterson v. Islamic Republic of Iran*, Case No. 18 Misc. 8302

Dear Judge Koeltl:

On behalf of Clearstream Banking S.A. ("Clearstream"), I write to respectfully ask Your Honor to permit the briefing of motions and reopen the hearing that was held before you on June 27, 2008. Specifically, Clearstream intends to move to quash a discovery subpoena Plaintiffs served on Clearstream last week and further modify the restraints on its Omnibus Account. The motions will refer to matters under seal as a result of the June 27 hearing, including the testimony of Mr. Gem and documents produced at the hearing. The motions would be briefed within the next month in accordance with Your Honor's Individual Rule of Practice No. 2 and the hearing would occur after submission of the motion papers.

While Clearstream understands the Court's instruction at the close of the June 27 hearing to bring further proceedings in this case to the Part I Judge, and that the Court denied a similar request by Plaintiffs, nonetheless Clearstream asks the Court with all respect to reconsider its position. Because Your Honor is familiar with the record, motion briefing and reopening the hearing would be less time-consuming, simpler, and more efficient for the Court and the Parties if the proceedings continued before you. I believe Plaintiffs and Citibank N.A. would agree in this request.

Clearstream thanks the Court for its consideration of this matter.

The Honorable John G. Koeltl

**WHITE & CASE**

August 7, 2008

Respectfully,

*[signature]*

Frank Panopoulos

FP:wu

cc:    Liviu Vogel, Esq.
Salon Marrow Dyckman Newman & Broudy LLP
(Via Fax (212) 661-3339
and email lvogel@salonmarrow.com)
Counsel for *Plaintiffs*

Sharon L. Schneir, Esq.
Davis Wright Tremaine LLP
(Via Fax (212) 489-8340
and email sharonschneir@dwt.com)
Counsel for *Citibank N.A.*