**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

November 4, 2011

**BY FAX: (212) 805-4268**

The Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 11/10/11

Re: Peterson v. Islamic Republic of Iran, et al.,
10 Civ. 4518 (BSJ) (GWG)

Dear Judge Gorenstein:

I write respectfully as requested by the Court during the October 31 conference to state whether the Office of Foreign Assets Control ("OFAC") of the United States Department of the Treasury has any objection to permitting identification of Bank Markazi (also known as the Central Bank of Iran) and Banca UBAE S.p.A. ("UBAE") (collectively, the "banks") on the public record in the above-referenced matter. This question arose during the conference when counsel for one party suggested that the confidentiality of the banks' identities initially resulted from protective orders entered by the United States District Court for the District of Columbia authorizing certain disclosures by OFAC in response to third-party subpoenas.

Because Bank Markazi and UBAE entered an appearance in these proceedings on the public record on October 31, 2011, their identities are now in the public domain through their own actions. Accordingly, the identification on the public records of these banks does not implicate the protective orders that were entered to authorize the government's disclosure of certain information to certain litigants.

This letter is intended solely to respond to the question posed by the Court during the October 31 proceeding. OFAC continues not to be a party in this proceeding, and is making no

*No party having objected, the marked language is "so ordered."*

SO ORDERED: [signature] DATE: 11/10/2011
GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

particular application or request as to whether the Court should permit public reference to the banks in the above-referenced action.

                Respectfully,

                PREET BHARARA
                United States Attorney

By:     _____
                DAVID S. JONES
                TARA M. LaMORTE
                Assistant United States Attorneys
                Tel. No.: (212) 637-2739/2746
                Fax No.: (212) 637-2730

cc by email:   Counsel listed on annexed email service cover sheet