# SALON MARROW DYCKMAN NEWMAN & BROUDY LLP

ATTORNEYS AT LAW

LIVIU VOGEL*
Partner

lvogel@salonmarrow.com
direct dial (646) 843-1909

*also admitted in Connecticut

292 MADISON AVENUE • NEW YORK, NY 10017

Telephone (212) 661-7100

Facsimile (212) 661-3339

One University Plaza, Suite 408
Hackensack, NJ 07601
Telephone (201) 662-0656
Facsimile (201) 487-9054

257 Lyons Plains Road
Weston, CT 06883
Telephone (203) 227-0023
Facsimile (646) 843-1910

800 Corporate Drive, Suite 208
Ft. Lauderdale, FL 33334
Telephone (954) 491-0099
Facsimile (954) 491-1544

November 17, 2011

Ruby J. Krajick
Clerk of Court
United States District Court, S.D.N.Y.
500 Pearl Street
New York, New York 10007

Re:  Deborah D. Peterson, et al. v. Islamic Republic of Iran, et al.
     Case No.: 10 CIV 4518 (BSJ) (GWG)

Dear Clerk of Court:

This law firm represents the Plaintiffs in the above-referenced matter. Plaintiffs respectfully request the Clerk enter default against the Defendant, the Islamic Republic of Iran, for its failure to timely answer and/or to file some other responsive pleading to Plaintiffs' Amended Complaint.

Plaintiffs request is supported by the Affidavit of Liviu Vogel for Entry of Default Against Defendant the Islamic Republic of Iran, submitted herewith.

Respectfully,

Liviu Vogel