Exhibit A

# SALON  MARROW  DYCKMAN  NEWMAN  &  BROUDY  LLP

### ATTORNEYS AT LAW

ANNUREET K. GREWAL

agrewal@salonmarrow.com
direct dial (646) 843-1927
direct fax  (646) 843-1930

*also admitted in New Jersey

292 MADISON AVENUE • NEW YORK, NY 10017
Telephone (212) 661-7100
Facsimile (212) 661-3339

One University Plaza, Suite 408
Hackensack, NJ 07601
Telephone (201) 662-0656
Facsimile (201) 487-9054

257 Lyons Plains Road
Weston, CT 06883
Telephone (203) 227-0023
Facsimile (646) 843-1910

800 Corporate Drive, Suite 208
Ft. Lauderdale, FL 33334
Telephone (954) 491-0099
Facsimile (954) 491-1544

November 23, 2010

VIA E-MAIL: jennifer_nobile@nysd.uscourts.gov
Ruby J. Krajick
Clerk of the Court
United States District Court, S.D.N.Y.
500 Pearl Street
New York, New York 10007

Re:   Deborah D. Peterson, et al. v. Islamic Republic of Iran, et al.

Dear Clerk of the Court:

Please find enclosed two packages for service on the Islamic Republic of Iran pursuant to
28 USC § 1608(a)(3) and Bank Markazi a/k/a Central Bank of Iran pursuant to 28 USC § 1608
(b)(3)(B) in the above case containing the following documents, each of which is in both English
and Farsi, unless otherwise noted:

(a) Summons, dated June 8, 2010;

(b) Complaint, dated June 7, and filed June 8, 2010,

(c) Amended Complaint, dated October 19, 2010;

(d) Notice of Suit;

(e) The Sealing Order in this case;

(f) the Foreign Sovereign Immunities Act; and,

(g) an Affidavit of translation, pursuant to CPLR 2101(b), by Sahar Allamezade-Jones in
English only.

SALON MARROW DYCKMAN NEWMAN & BROUDY LLP

November 24, 2010
Page 2

I am also furnishing the Court with a copy of these documents to be filed. These documents are being served by DHL at the addresses listed on the DHL labels accompanying the packages. We have obtained all of the required approvals for shipment to Iran. I have spoken to DHL and it is picking the packages up at Room 120 between 10:00 a.m. – 2:00 p.m. on Wednesday, November 24, 2010. The addresses for defendants being served are as follows:

> Central Bank of Islamic Republic of Iran
> Mirdamad Blvd., No. 144
> Tehran, Iran

> Islamic Republic of Iran
> Ministry of Foreign Affairs
> Imam Khomeini Square
> Tehran, Iran

Thank you for your assistance with this matter.

Very truly yours,

Annureet K. Grewal

AKG:rcj

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DEBORAH D. PETERSON,<br>Personal Representative of the Estate<br>Of James C. Knipple (Dec.) (see Rider A),<br><br>                   Plaintiffs,<br><br>     v.<br><br>ISLAMIC REPUBLIC OF IRAN; BANK<br>MARKAZI a/k/a CENTRAL BANK OF<br>IRAN; BANCA UBAE SpA; CITIBANK,<br>N.A., and CLEARSTREAM BANKING,<br>S.A.,<br><br>                   Defendants. | Case No.: 10 CIV 4518<br><br><br>**FILED UNDER SEAL**<br><br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK    )
                           ) SS:
COUNTY OF NEW YORK  )

    The undersigned, being duly sworn, deposes and says as follows:

               Jennifer Nobile, Admin. Asst. to Chief Deputy (Un)

1. I am the _____ clerk of the United States District Court for the Southern
District of New York.

    2. On November 24, 2010, I received, both in English and Farsi, the documents
enumerated below from the firm of Salon Marrow Dyckman Newman & Broudy LLP, attorneys
for the Plaintiffs in the within action for service upon the Islamic Republic of Iran:

        (a) Summons, dated June 8, 2010;
        (b) Complaint, dated June 7, and filed June 8, 2010;
        (c) Amended Complaint, dated October 19, 2010;
        (d) Notice of Suit;
        (e) The Sealing Order in this case dated June 8, 2010;
        (f) The Foreign Sovereign Immunities Act; and
        (g) An Affidavit of translation, pursuant to CPLR 2101(b), by Sahar Allamezade-

Jones in English only.

3.  On November 24, 2010,  I caused the foregoing documents to be served upon the Islamic Republic of Iran at the address hereinafter set forth by enclosing the foregoing documents in an envelope with pre-paid airway bill addressed to the following and by delivering said envelope to DHL Express Worldwide Courier Service:

Ministry of Foreign Affairs
Imam Khomeini Square
Tehran, Iran

Print Name: Jennifer Nobile

Sworn to before me this
24th day of November, 2010

Notary Public

LIVIU VOGEL
Notary Public, State of New York
No. 02VO4913274
Qualified in New York County
Commission Expires December 8, 2009  2013



--- Please fold or cut in half ---

# DO NOT PHOTOCOPY

Using a photocopy could delay the delivery of your package and will result in additional shipping charge
Printed waybills will be invoiced unless the shipment is voided.

SENDER'S RECEIPT
WAYBILL #:    85  7846  1091

To (Company)
Ministry of Foreign Affairs
Imam Khomeini SQ

Tehran
Iran (Islamic Republic Of)
Attention To:    Manouchehr Mottaki
Phone:           (0098-21) 61151

Sent By:    D. Goldberg

Phone:      212-661-7100

Rate Estimate:    $116.28
Protection:       Asset Protection US 0.00
Description:      Documents

Customs Value:    0.00 USD
Weight (lbs.):    5.0 lb
Dimensions:       14 x 8 x 5
Ship Ref:

Special Svc:      Duties and Taxes Unpaid

Bill Shipment To:  SENDER
Bill to Acct:      845874653

DHL Signature (optional)_____Route_____Date_____Time_____
For Tracking, please go to www.dhl-usa.com or call 1-800-225-5345
Thank you for shipping with DHL.





# Track results detail

‣ Print this page

## Tracking results detail for 8578461091

### Tracking summary

Current Status          ( **Shipper Contacted**

## Tracking history

| Date and Time | | Status | Location |
|---|---|---|---|
| 1/3/2011 | 12:10 pm | Shipper Contacted | Tehran, Iran (islamic Republic Of) |
| 11/28/2010 | 9:22 am | Recipient refused delivery. | Tehran, Iran (islamic Republic Of) |
| | 8:36 am | Arrived at DHL facility. | Tehran, Iran (islamic Republic Of) |
| | 8:33 am | Depart Facility | Tehran, Iran (islamic Republic Of) |
| 11/27/2010 | 3:55 pm | Depart Facility | Frankfurt, Germany |
| | 9:29 am | Processed at DHL Location. | Frankfurt, Germany |
| | 7:00 am | Transit through DHL facility | Frankfurt, Germany |
| | 4:39 am | Depart Facility | Leipzig, Germany |
| | 12:03 am | Processed at DHL Location. | Leipzig, Germany |
| 11/26/2010 | 6:32 am | Depart Facility | Cincinnati Hub, OH |
| | 4:15 am | Processed at DHL Location. | Cincinnati Hub, OH |
| 11/25/2010 | 4:05 am | Clearance processing complete | Cincinnati Hub, OH |
| | 2:46 am | Clearance Delay | Cincinnati Hub, OH |
| | 2:33 am | Transit through DHL facility | Cincinnati Hub, OH |
| 11/24/2010 | 11:44 pm | Depart Facility | New York City Gateway, NY |
| | 11:26 pm | Processed at DHL Location. | New York City Gateway, NY |
| | 10:38 pm | Transit through DHL facility | New York City Gateway, NY |
| | 10:22 pm | Depart Facility | New York, NY |
| | 10:02 pm | Processed at DHL Location. | New York, NY |
| | 9:41 pm | Departing origin. | New York, NY |
| | 12:04 pm | Picked Up by DHL. | |

**Ship From:**
SALON MARROW DYCKMAN
NEWMAN
New York, NY 10017
United States

**Ship To:**
Tehran, Iran (islamic Republic Of)

**Shipment Information:**
Ship date: 11/24/2010
Pieces: 1
Total weight: 5.0 lbs *

Ship Type:
Shipment Reference:
Service: EXPRESS WORLDWIDE doc
Special Service:
Description: DOCUMENTS

Tracking detail provided by DHL: 1/4/2011, 7:18:16 am pt.

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to DHL. Any other use of DHL tracking systems and information is strictly prohibited.

* Note on weight:
The weights displayed on this website are the weights provided when the shipment was created. Actual chargeable weights may be different and will be provided on invoice.



December 16, 2010

Salon Marrow Dyckman Newman
292 Madison Avenue
New York, NY 10017

RE:    85784619091

Email: DGoldberg@salonmarrow.com

Dear Mr. Goldberg:

In response to your inquiry concerning the proof of pickup your have requested, DHL
Express has traced this shipment through our shipping cycle and has ascertained the
following:

DHL Tehran attempted to deliver this shipment on November 28, 2010 at 9:22am. The
Ministry of Foreign Affairs in Iran has refused to accept any shipments from DHL.

We value our relationship with our customers and hope you will allow us to continue
providing services to your company. DHL sincerely regrets any inconvenience this may
have caused.

Karen Ticknor
Customer Care Research Specialist
1-877-297-6031 x4840

1144 W. Washington St.          Phone:  1 800 225-5345
Tempe, AZ 85281                 www.dhl.com