Exhibit B

#158

# S A L O N   M A R R O W   D Y C K M A N   N E W M A N   &   B R O U D Y   L L P

### ATTORNEYS AT LAW

LIVIU VOGEL*
Partner

lvogel@salonmarrow.com
direct dial (646) 843-1909

*also admitted in Connecticut

292 MADISON AVENUE • NEW YORK, NY 10017

Telephone (212) 661-7100

Facsimile (212) 661-3339

One University Plaza, Suite 408
Hackensack, NJ 07601
Telephone (201) 662-0656
Facsimile (201) 487-9054

257 Lyons Plains Road
Weston, CT 06883
Telephone (203) 227-0023
Facsimile (646) 843-1910

800 Corporate Drive, Suite 208
Ft. Lauderdale, FL 33334
Telephone (954) 491-0099
Facsimile (954) 491-1544

January 5, 2011

Ruby J. Krajick
Clerk of the Court
United States District Court, S.D.N.Y.
500 Pearl Street
New York, NY 10007

Re;   Debora D. Peterson, et al. v. Islamic Republic of Iran, et al;
Case No.: 10 CIV 4518

Dear Clerk of the Court:

Please find enclosed two sets of the following documents for service on the Islamic Republic of Iran pursuant to 28 USC § 1608(a)(4), each of which is in both English and Farsi, unless otherwise noted:

(a) Summons, dated June 8, 2010;

(b) Complaint, dated June 7, and filed June 8, 2010,

(c) Amended Complaint, dated October 19, 2010;

(d) Notice of Suit;

(e) The Sealing Order in this case;

(f) the Foreign Sovereign Immunities Act; and,

(g) an Affidavit of translation, pursuant to CPLR 2101(b), by Sahar Allamezade-Jones in English only.

# SALON MARROW DYCKMAN NEWMAN & BROUDY LLP

Clerk of the Court
United States District Court, S.D.N.Y.
January 4, 2011
Page 2


I am also furnishing the Court with a copy of these documents to be filed.  Also enclosed are 3 money orders totaling $2,275.00 each payable to U.S. Embassy Bern, for the fee required by the Department of State to effect service.  The address for the defendant being served is as follows:

> Islamic Republic of Iran
> Ministry of Foreign Affairs
> Ali Akbar Salehi, Foreign Minister
> Imam Khomeini Square
> Tehran, Iran

Service under 28 USC § 1608 (a) (1) was not possible because the plaintiffs have no special arrangement with the defendant for service.  Service under 28 USC § 1608 (a) (2) was not possible because the defendant is not a party to any international convention on service of judicial documents to which the United States is a party.  Consequently, on November 24, 2010, service of the foregoing documents was attempted, via DHL Express Worldwide Courier Service, pursuant to 28 USC § 1608 (a) (3), by the Clerk of the U.S. District Court for the Southern District of New York as shown by the affidavit of service by Jennifer Nobile sworn on November 24, 2010, a copy of which is enclosed.  More than thirty (30) days have since passed and the return receipt has not been received because the defendant refused to accept delivery.  Annexed hereto is a copy of the DHL shipping label used by the Clerk to transmit the documents, and tracking details from DHL's website, printed on January 4, 2011, confirming refusal by the defendant to accept delivery.


Thank you for your assistance with this matter.


Very truly yours,

Liviu Vogel

Encls
LV:rcj


#150115.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate Of James C. Knipple (Dec.) (see Rider A), Plaintiffs, v. ISLAMIC REPUBLIC OF IRAN; BANK MARKAZI a/k/a CENTRAL BANK OF IRAN; BANCA UBAE SpA; CITIBANK, N.A., and CLEARSTREAM BANKING, S.A., Defendants. | Case No.: 10 CIV 4518  **FILED UNDER SEAL**  **AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK     )
                      ) SS:
COUNTY OF NEW YORK    )

The undersigned, being duly sworn, deposes and says as follows:

1. I am the _Jennifer Nobile, Admin. Asst. to Chief Deputy (JN)_ clerk of the United States District Court for the Southern District of New York.

2. On November 24, 2010, I received, both in English and Farsi, the documents enumerated below from the firm of Salon Marrow Dyckman Newman & Broudy LLP, attorneys for the Plaintiffs in the within action for service upon the Islamic Republic of Iran:

    (a) Summons, dated June 8, 2010;
    (b) Complaint, dated June 7, and filed June 8, 2010;
    (c) Amended Complaint, dated October 19, 2010;
    (d) Notice of Suit;
    (e) The Sealing Order in this case dated June 8, 2010;
    (f) The Foreign Sovereign Immunities Act; and
    (g) An Affidavit of translation, pursuant to CPLR 2101(b), by Sahar Allamezade-

149558.1

Jones in English only.

3.   On November 24, 2010,  I caused the foregoing documents to be served upon
the Islamic Republic of Iran at the address hereinafter set forth by enclosing the foregoing
documents in an envelope with pre-paid airway bill addressed to the following and by delivering
said envelope to DHL Express Worldwide Courier Service:

Ministry of Foreign Affairs
Imam Khomeini Square
Tehran, Iran

Print Name: Jennifer Nobile

Sworn to before me this
24th day of November, 2010

Notary Public

LIVIU VOGEL
Notary Public, State of New York
No. 02VO4913274
Qualified in New York County
Commission Expires December 8, 2009  2013

RECEIVED
NOV 2 2010
CLERK'S OFFICE
S.D.N.Y.

149558.1                                    2



Please fold or cut in half

# DO NOT PHOTOCOPY

Using a photocopy could delay the delivery of your package and will result in additional shipping charge
Printed waybills will be invoiced unless the shipment is voided.

SENDER'S RECEIPT
WAYBILL #:        85   7846   1091

To (Company)
Ministry of Foreign Affairs
Imam Khomeini SQ

Tehran
Iran (Islamic Republic Of)
Attention To:    Manouchehr Mottaki
Phone:           (0098-21) 61151

Sent By:         D. Goldberg

Phone:           212-661-7100

Rate Estimate:   $116.28
Protection:      Asset Protection US 0.00
Description:     Documents

Customs Value:   0.00 USD
Weight (lbs.):   5.0 lb
Dimensions:      14 x 8 x 5
Ship Ref:

Special Svc:     Duties and Taxes Unpaid

Bill Shipment To: SENDER
Bill to Acct:    845874653

DHL Signature (optional)_____Route_____Date_____Time_____
For Tracking, please go to www.dhl-usa.com or call 1-800-225-5345
Thank you for shipping with DHL.



DHL: Track details                                    http://track.dhl-usa.com/Track_PrintRslts.asp



# Track results detail

▶ Print this page

## Tracking results detail for 8578461091

**Tracking summary**

Current Status              ℂ  Shipper Contacted

## Tracking history

| Date and Time | | Status | Location |
|---|---|---|---|
| 1/3/2011 | 12:10 pm | Shipper Contacted | Tehran, Iran (islamic Republic Of) |
| 11/28/2010 | 9:22 am | Recipient refused delivery. | Tehran, Iran (islamic Republic Of) |
| | 8:36 am | Arrived at DHL facility. | Tehran, Iran (islamic Republic Of) |
| | 8:33 am | Depart Facility | Tehran, Iran (islamic Republic Of) |
| 11/27/2010 | 3:55 pm | Depart Facility | Frankfurt, Germany |
| | 9:29 am | Processed at DHL Location. | Frankfurt, Germany |
| | 7:00 am | Transit through DHL facility | Frankfurt, Germany |
| | 4:39 am | Depart Facility | Leipzig, Germany |
| | 12:03 am | Processed at DHL Location. | Leipzig, Germany |
| 11/26/2010 | 6:32 am | Depart Facility | Cincinnati Hub, OH |
| | 4:15 am | Processed at DHL Location. | Cincinnati Hub, OH |
| 11/25/2010 | 4:05 am | Clearance processing complete | Cincinnati Hub, OH |
| | 2:46 am | Clearance Delay | Cincinnati Hub, OH |
| | 2:33 am | Transit through DHL facility | Cincinnati Hub, OH |
| 11/24/2010 | 11:44 pm | Depart Facility | New York City Gateway, NY |
| | 11:26 pm | Processed at DHL Location. | New York City Gateway, NY |
| | 10:38 pm | Transit through DHL facility | New York City Gateway, NY |
| | 10:22 pm | Depart Facility | New York, NY |
| | 10:02 pm | Processed at DHL Location. | New York, NY |
| | 9:41 pm | Departing origin. | New York, NY |
| | 12:04 pm | Picked Up by DHL. | |

**Ship From:**
SALON MARROW DYCKMAN
NEWMAN
New York, NY  10017
United States

**Ship To:**
Tehran, Iran (islamic Republic Of)

**Shipment Information:**
Ship date: 11/24/2010
Pieces: 1
Total weight: 5.0 lbs *

Ship Type:
Shipment Reference:
Service: EXPRESS WORLDWIDE doc
Special Service:
Description: DOCUMENTS

Tracking detail provided by DHL: 1/4/2011, 7:18:16 am pt.

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to DHL. Any other
use of DHL tracking systems and information is strictly prohibited.

**\* Note on weight:**
The weights displayed on this website are the weights provided when the shipment was created. Actual chargeable
weights may be different and will be provided on invoice.