Exhibit D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate Of James C. Knipple (Dec.) (see Rider A), <br><br> Plaintiffs, <br><br> v. <br><br> ISLAMIC REPUBLIC OF IRAN; BANK MARKAZI a/k/a CENTRAL BANK OF IRAN; BANCA UBAE SpA; CITIBANK, N.A., and CLEARSTREAM BANKING, S.A., <br><br> Defendants. | Case No.: 10 CIV 4518 <br><br><br> **CLERK'S CERTIFICATE** |

  I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on June 8, 2011 with the filing of a summons and complaint, a copy of the summons, complaint, amended complaint, notice of suit, together with a Farsi translation of each, was served on Defendant, the Islamic Republic of Iran, via 28 U.S.C. 1608(a)(4), and proof of such service thereof was filed on _____.

  I further certify that the docket entries indicate that Defendant, the Islamic Republic of Iran, has not filed an answer or otherwise moved with respect to the amended complaint herein. The default of Defendant, the Islamic Republic of Iran, is hereby noted.

Dated: New York, New York
       November ____, 2011

                          **RUBY J. KRAJICK**
                          Clerk of Court

                      By:_____
                              Deputy Clerk