UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
-----------------------------------------------------------x
DEBORAH D. PETERSON,
Personal Representative of the Estate
of James C. Knipple (Dec.), et al.,

              Plaintiffs,

v.

ISLAMIC REPUBLIC OF IRAN, et al.,

              Defendants.
-----------------------------------------------------------x

Case No. 18 Misc. 302(BSJ)

(Civil Action Nos. 01-2094 (RCL)
and 1-2684 (RCL) (D.D.C.))

FILED UNDER SEAL CONTAINS
CONFIDENTIAL MATERIAL
SUBJECT TO PROTECTIVE ORDER

**EX PARTE APPLICATION FOR A
LETTER OF REQUEST**

UPON the annexed affirmation of Liviu Vogel, Esq., dated January 26, 2009, and the exhibits annexed thereto, and upon all the prior pleadings and proceedings heretofore had herein,

Plaintiffs, through their attorneys Salon Marrow Dyckman Newman & Broudy LLP hereby apply ex parte for an Order a Letter of Request for the taking of evidence by testimony of employees of Banca UBAE SpA, addressed to Ministry of Foreign Affairs, located at D.G.I.E.P.M. Office IV Piazzale della Farnesina, 1-001194 Rome, Italy, who is the appointed officer for the purpose of receiving such requests in Italy pursuant to the Hague Convention of 18 March, 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters. A proposed form of Order and Letter of Request is submitted herewith.

Dated: New York, New York

      January 26, 2009

SALON MARROW DYCKMAN NEWMAN & BROUDY LLP

By: _____
Liviu Vogel (LV7552)
Attorney for Plaintiffs
292 Madison Avenue, 6th Floor
New York, NY 10017
Tel: (212) 661-7100

136053