FSC
Mixed Sources
Cert no. SW-COC-002980
www.fsc.org
© 1996 Forest Stewardship Council

Exhibit E

## Securities Affected by Writ of Execution and Restraining Notice

| ISIN | Description | Distribution Date | Maturity Date | Initial Amount (USD) | Interest Rate |
|---|---|---|---|---|---|
| US298785DM51 | 3,875 EIB EUR.INV.BK 05/08 | 19-May-05 | 15-Aug-08 | 3,000,000,000.00 | 3.875 |
| US465410BK38 | 3,25 ITALY (REP.OF) 04/09 | 4-Mar-04 | 15-May-09 | 2,000,000,000.00 | 3.250 |
| US676167AJ88 | 1,8 OESTERR.K.BK 00/10 | 31-Jan-00 | 22-Mar-10 | ¥100,000,000,000.00 | 1.800 |
| US298785CW43 | 3 EIB EUR.INV.BK 03/08 | 9-Apr-03 | 16-Jun-08 | 3,000,000,000.00 | 3.000 |
| US465410BP25 | 4 ITALY (REP.OF) 05/08 | 10-May-05 | 16-Jun-08 | 2,000,000,000.00 | 4.000 |
| US465410BH09 | 2,5 ITALY (REP.OF) 03/08 | 4-Jul-03 | 15-Jul-08 | 2,000,000,000.00 | 2.500 |
| US48245RAX26 | 4,625 KFW 05/2008 | 17-Nov-05 | 17-Nov-08 | 2,000,000,000.00 | 4.625 |
| US65562QAC96 | 2,875 NORDISKA INV.BKN 04/09 | 26-Mar-04 | 15-Jun-09 | 1,000,000,000.00 | 2.875 |
| US459056QS92 | 4,125 IBRD 04/09 | 24-Jun-04 | 24-Jun-09 | 1,350,000,000* | 4.125 |
| US45950KAM27 | 3,75 INTL FIN. CORP. 04/09 | 29-Apr-04 | 30-Jun-09 | 1,000,000,000.00 | 3.750 |
| US500769BG84 | 3,875 KFW.05/2009 | 1-Jul-05 | 30-Jun-09 | 1,000,000,000.00 | 3.875 |
| US45905UCG76 | 4,125 WORLD BK 02/09 MTN | 13-Aug-02 | 12-Aug-09 | 1,000,000,000.00 | 4.125 |
| US298785EC60 | 5 EIB EUR.INV.BK 07/10 | 6-Feb-07 | 8-Feb-10 | 3,000,000,000.00 | 5.000 |
| US500769CF92 | 5 KFW 07/2010 | 31-May-07 | 1-Jun-10 | 3,000,000,000.00 | 5.000 |
| US45950KAN00 | 4 INTL FIN. CORP. 05/10 | 9-May-05 | 15-Jun-10 | 1,000,000,000.00 | 4.000 |
| US65562QAD79 | 3,875 NORDISKA INV.BKN 05/10 | 25-Feb-05 | 15-Jun-10 | 1,000,000,000.00 | 3.875 |
| US045167BL65 | 4,125 ASIAN DEV. BK 05/10 | 27-Jul-05 | 15-Sep-10 | 1,000,000,000.00 | 4.125 |
| US298785DP82 | 4,125 EIB EUR.INV.BK 05/10 | 9-Sep-05 | 15-Sep-10 | 3,000,000,000.00 | 4.125 |
| US676167AR05 | 4,25 OESTERR.K.BK 05/10 | 7-Oct-05 | 6-Oct-10 | 1,000,000,000.00 | 4.250 |
| US500769BL79 | 4,625 KFW 06/2011 | 23-Jan-06 | 20-Jan-11 | 3,000,000,000.00 | 4.625 |
| US298785EE27 | 4,625 EIB EUR.INV.BK 07/12 | 21-Mar-07 | 21-Mar-12 | 3,000,000,000.00 | 4.625 |
| US45950KAQ31 | 4,75 INTL FIN. CORP. 07/12 | 25-Apr-07 | 25-Apr-12 | 1,000,000,000.00 | 4.750 |

*Initial amount in 2004 was 1.000.000.000,00, but increase in 2007 by 150.000.000,00 and in Jan. 2008 by another 200.000.000,00

CBL EXHIBIT C