Jones, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

DEBORAH D. PETERSON, Personal          :     Civil No.: 18 Misc. 302 (BSJ)
Representatives of the Estate of James C. :
Knipple (Dec.), et al.                  :     Civil Action No.: 01-2094 (RCL) and
                                        :        1-2684 (RCL)(D.D.C.)
                Plaintiffs-Judgment Creditors,  :
                                        :
                                        :
        v.                              :     **ORDER TO SHOW CAUSE**
                                        :     **FILED UNDER SEAL SUBJECT**
                                        :     **TO PROTECTIVE ORDER**
ISLAMIC REPUBLIC OF IRAN et al.,        :
                                        :
                Defendants-Judgment Debtors.    :
                                        :
------------------------------------------------------------x

MAY 2 8 2009

        UPON the annexed affirmation of Liviu Vogel, sworn to on May 28, 2009; the exhibits

attached thereto; the accompanying memorandum of law; the accompanying proposed order; and

upon all the prior pleadings and proceedings heretofore had herein,

        LET Citibank N.A. ("Citibank"), Clearstream Banking S.A. ("Clearstream"), and the

Defendants-Judgment Debtors show cause before this Court at the Courthouse located at 500 _in Room 17C_

Pearl Street, New York, New York 10007, on the 27 day of June/ July 2009, at ___2:30pm___ or as

soon thereafter as counsel can be heard, why an Order should not be issued:

        (i)     Pursuant to Rule 69 of the Federal Rules of Civil Procedure and N.Y. C.P.L.R.

                §5222(c), granting leave to the Plaintiffs to serve an additional restraining notice

                on Citibank and Clearstream with respect to the Judgment entered on September

                9, 2007 in the amount of $2,656,944,877.00, in favor of the Plaintiffs and against

                the Defendants; or alternatively,

        (ii)    Pursuant to Federal Rule 69 of the Federal Rules of Civil Procedure and N.Y.

                C.P.L.R. §5240, for a protective order extending the duration of Plaintiffs'

140176

restraining notice addressed to Citibank dated June 16, 2008 served on June 17,

2008, and amended restraining notice dated June 20, 2008 served on Citibank on

June 24, 2008, Plaintiffs restraining notice addressed to Clearstream dated June

16, 2008, served on June 17, 2008 and amended restraining notice dated June 20,

2008 served on Clearstream on June 24, 2008, respectively, beyond the one year

statutory duration and until the earlier of a further order of this Court, or a final

determination is made by this Court in a turnover proceeding that the restrained

securities and their proceeds and other property referenced within the

aforementioned restraining notices are to be transferred to Plaintiffs in partial

satisfaction of their judgment; and.

**(iii)**      Granting such other and further relief as this Court deems just and proper.


**IT IS HEREBY ORDERED** that, pending the hearing and determination of this motion

that Plaintiffs' restraining notice addressed to Citibank dated June 16, 2008 served on June 17,

2008, and amended restraining notice dated June 20, 2008 served on Citibank on June 24, 2008,

Plaintiffs restraining notice addressed to Clearstream dated June 16, 2008, served on June 17,

2008 and amended restraining notice dated June 20, 2008 served on Clearstream on June 24,

~~(as such restraints further amended by this Court's June 27, 2008 Final Order)~~

2008 and all other restraints remain in full force and effect and that pursuant to Rule 69 of the

Rules of Civil Procedure and N.Y. C.P.L.R. §5222(b) that Citibank and Clearstream be enjoined

and forbidden to make or suffer any sale, assignment, or transfer of, or any interference with any

of the restrained monies, assets, or debts of the Judgment Debtors or pay over or otherwise

dispose of any debt to the Judgment Debtors. ~~ORDERED THAT SECURITY in the Amt of $_____ Be posted by ___, 2009~~

**SUFFICIENT REASON APPEARING THEREFOR,** let service of a copy of this Order to Show Cause, together with all the papers upon which it is based, by Federal Express upon the attorneys for Citibank and Clearstream and by regular mail upon His Excellency Mahmoud Ahmadinejad, the President of the Islamic Republic of Iran, at Palestine Avenue, Azerbeijan Intersection, Tehran, Islamic Republic of Iran on behalf of all of the Defendants-Judgment Debtors on or before the _2_ day of June, 2009 be deemed good and sufficient service thereof.  Opposition papers, if any, to the current application are to be served on Plaintiffs' counsel, Salon Marrow Dyckman Newman & Broudy, LLP., on or before June _15_, 2009.  Reply papers, if any, in further support of to the current application are to be served in the same manner as service is required of this order to show cause not less than one day before the return date set forth herein. *No bond is required bsj.*

*ISSUED: May 29, 2009, M*

*At: NYC, NY*

*2009*

*At: New York New York*

ENTER

*Barbara S. J*

Honorable Barbara S. Jones
United States District Court Judge