UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

------------------------------------------------------------ x
DEBORAH D. PETERSON,
Personal Representative of the Estate
of James C. Knipple (Dec.), et al.,

          Plaintiffs,

v.

ISLAMIC REPUBLIC OF IRAN, et al.,

          Defendants.
------------------------------------------------------------ x

Case No. 10 Civ. 4518 (BSJ)
(CONSOLIDATED)

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on a date to be determined by the Court, third-party garnishee and Defendant Clearstream Banking S.A. ("Clearstream") will move this Court, pursuant to Sections 5239 and 5240 of New York Civil Practice Law and Rules for an Order vacating the Restraints (as defined by the Consolidated Memorandum of Law attached hereto).

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Clearstream shall rely upon the Consolidated Memorandum of Law in support of this Motion, and the Compendium of Exhibits submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that counsel for Clearstream hereby requests oral argument.

Dated: December 22, 2011     Respectfully submitted,

**WHITE & CASE LLP**

By: _____
Nicole E. Erb
Frank Panopoulos
701 Thirteenth Street, N.W.
Washington, D.C. 20005
Tel: (202) 626-3600
Fax: (202) 639-9355

*Counsel for Clearstream Banking, S.A.*