UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
DEBORAH D. PETERSON,                          :
Personal Representative of the Estate
of James C. Knipple (Dec.), et al.            :

          Plaintiffs,              :       ORDER

      -v.-                                  :       10 Civ. 4518 (BSJ) (GWG)

                             :
ISLAMIC REPUBLIC OF IRAN, et al.,             :

         Defendants.              :
-------------------------------------------------------------x

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

        Oral argument on (1) the plaintiffs' "Notice of Motion to Declare Minutes of Hearing
Before Trial Court of Rome on June 12, 2010 as 'Public Knowledge'" and (2) the letter requests
dated January 13, 2011 regarding requested redactions will be held in on Friday, January 27,
2012 at 4:00 p.m. in Courtroom 17-A.  Because these applications purportedly concern
confidential material under a protective order, the only parties permitted to attend the argument
are (1) the attorneys that submitted memoranda of law in support of or opposition to the motion;
and (2) the attorneys that sent the letters dated January 13, 2012.  Counsel for plaintiffs is
directed to ensure that these attorneys are made aware of this Order.

Dated: January 18, 2012
      New York, New York

                                SO ORDERED:

                                GABRIEL W. GORENSTEIN
                                United States Magistrate Judge

ELECTRONICALLY FILED
DOC #:
DATE FILED: