UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
|  |  |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al., | Case No. 10 Civ. 4518 (BSJ) (GWG) |
| Plaintiffs, |  |
| v. |  |
| ISLAMIC REPUBLIC OF IRAN, et al., |  |
| Defendants. |  |
| CITIBANK, N.A. |  |
| Third-Party Petitioner, |  |
| v. |  |
| JAMES OWENS, et al. |  |
| Third-Party Respondents. |  |

-------------------------------------------------------------x

**THIRD-PARTY RESPONDENTS JEREMY LEVIN AND DR. LUCILLE LEVIN'S MOTION TO JOIN THE PETERSON PLAINTIFFS' OPPOSITION TO CLEARSTREAM BANKING S.A.'S RENEWED MOTION TO VACATE**

NOW COMES Third-Party Respondents Jeremy Levin and Dr. Lucille Levin (the "Levins"), and submit their Motion to Join the Peterson Plaintiffs' Opposition to Clearstream Banking S.A.'s Renewed Motion to Vacate.  In support of this Motion, the Levins state as follows:

1.     The Peterson Plaintiffs have filed a motion opposing the Renewed Motion to Vacate Restraints filed by Clearstream Banking, S.A. ("Clearstream").

2. The Levins hereby specifically join the indicated motion as they are joined in interest with the Peterson Plaintiffs in opposing Clearstream's Motion to Vacate.

WHEREFORE, the Levins respectfully request that this Honorable Court grant this Motion to Join.

Dated:  March 14, 2012                                        HOWARTH & SMITH


By:      /s/Suzelle M. Smith
Suzelle M. Smith
Don Howarth
523 West Sixth Street, Suite 728
Los Angeles, California  90014
(213) 955-9400

*Attorneys for Third-Party Respondents*
*Jeremy Levin and Dr. Lucille Levin*