UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEBORAH D. PETERSON,<br>Personal Representative of the Estate of<br>James C. Knipple (Dec.) et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>ISLAMIC REPUBLIC OF IRAN, et al.<br><br>　　　　　　　　Defendants. | Case No. 10 CIV 4518 (BSJ)(GWG) |

## NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, and the Declaration of David M. Lindsey and the exhibits thereto, Defendant Bank Markazi will move this Court, before the Honorable Barbara S. Jones, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, for an Order: (a) dismissing the Amended Complaint pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure for lack of subject matter jurisdiction under the Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1602-1611; and (b) for any such other relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that Defendant Bank Markazi requests that oral argument be heard if this motion is opposed.

PLEASE TAKE FURTHER NOTICE that opposition papers, if any, to Defendant Bank Markazi's motion, shall be served and filed pursuant to Local Civil Rule 6.1(b) or as otherwise ordered by the Court.

{00110806;v1}

Dated: New York, New York
       March 15, 2012

Respectfully submitted,

_____
David M. Lindsey
James M. Hosking
Andreas A. Frischknecht
Yasmine Lahlou

**CHAFFETZ LINDSEY LLP**
505 Fifth Avenue, Suite 400
New York, NY 10017
Tel. (212) 257-6960
Fax (212) 257-6950

*Attorneys for Defendant Bank Markazi*

TO:    All Counsel of Record