**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DEBORAH D. PETERSON, <br> Personal Representative of the Estate <br> Of James C. Knipple (Dec.), et al., <br><br> Plaintiffs, <br><br> v. <br><br> ISLAMIC REPUBLIC OF IRAN, et al. <br><br> Defendants. | Case No.: 10 Civ. 4518 (BSJ) (GWG) <br><br><br> **PLAINTIFFS' NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT** |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in

Support of Plaintiffs' Motion for Partial Summary Judgment ("Plaintiffs' Memorandum"), the

Declarations of Liviu Vogel, Curtis C. Mechling, David B. Misler, Suzelle M. Smith and Keith

M. Fleischman in Support of Plaintiffs' Motion for Summary Judgment, together with the

exhibits annexed thereto, and Plaintiffs' Local Rule 56.1 Statement, the plaintiffs/judgment

creditors in this action, who are listed on Exhibit A to Plaintiffs' Memorandum ("Plaintiffs"),

will move this Court, before the Hon. Gabriel W. Gorenstein, United States Magistrate Judge, at

the United States Courthouse, 500 Pearl Street, Courtroom 17A, New York, New York 10007,

on a time and date to be determined by the Court, for an order pursuant to Fed. R. Civ. P. 56 and

Local Rule 56.1 granting summary judgment to Plaintiffs and directing the defendants in this

action to turn over the funds described in Plaintiffs' Memorandum (the "Blocked Assets") that

are currently located in a "blocked," interest-bearing suspense account at defendant Citibank,

N.A. (the "Blocked Account") and which are the subject of restraints (the "Restraints") imposed

190156_1

by service of restraining notices, writs of execution, this Court's June 27, 2008 order and subsequent orders extending the Restraints.

       **PLEASE TAKE FURTHER NOTICE** that Plaintiffs hereby request oral argument on their motion.

Dated:  New York, New York
       April 2, 2012

SALON MARROW DYCKMAN NEWMAN & BROUDY LLP

     /s/ Liviu Vogel
       Liviu Vogel
292 Madison Avenue
New York, NY  10017
(212) 661-7100

       -and –

James P. Bonner
Patrick L. Rocco
STONE BONNER & ROCCO LLP
260 Madison Avenue, 17th Floor
New York, NY 10016
(212) 239-4340

*Attorneys for Peterson Plaintiffs*


Curtis Campbell Mechling
James L. Bernard
Benjamin Weathers-Lowin
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, NY  10038

*Attorneys for Greenbaum and Acosta Plaintiffs*


Richard Marc Kremen
DLA Piper US LLP (MD)
6225 Smith Avenue
Baltimore, MD 21209

*Attorneys for Heiser Plaintiffs*

(190156_1)

Suzelle M. Smith
HOWARTH AND SMITH (LA)
523 West Sixth Street,
Suite 728
Los Angeles, CA 90014

*Attorneys for Levin Plaintiff*


Keith Martin Fleischman
FLEISCHMAN LAW FIRM
565 Fifth Avenue, 7th Floor
New York, NY 10017

*Attorneys for Valore Plaintiffs*

(190156_1)