UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DEBORAH D. PETERSON, Personal
Representative of the Estate of James C. Knipple
(Dec.), et al.,

        Plaintiffs,

        v.

ISLAMIC REPUBLIC OF IRAN, et al.,

        Defendants.

CITIBANK, N.A.

        Third-Party Petitioner,

        v.

JAMES OWENS, JEREMY LEVIN, et al.

        Third-Party Defendants.
------------------------------------------------------------x

Case No. 10 Civ. 4518 (BSJ) (GWG)

**DECLARATION OF SUZELLE SMITH IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**

    I, SUZELLE M. SMITH, an attorney admitted to practice *pro hac vice* in this case, declare as follows:

    1.    I am a partner with the law firm of Howarth & Smith, and I am counsel for Mr. Jeremy Levin and Dr. Lucille Levin (the "Levins"). I was admitted to the State of California bar in 1984, and I am a member in good standing of the State of California bar. I am an elected Fellow and Board member of the International Academy of Trial Lawyers, an elected Fellow of the International Society of Barristers, the American Bar Foundation and of the American Board of Trial Advocates. I am a member of the Board of Trustees of the University of Virginia Law School. I am also a Lecturer in Law and a Visiting Fellow of Lady Margaret Hall, Oxford

University. I make this declaration in support of the Judgment Creditors' Motion for Partial Summary Judgment (the "Motion") filed by the Levins and the Peterson Judgment Creditors in the above-referenced matter.

2. The Honorable Gladys Kessler awarded compensatory damages in the amount of $18,506,935 to Mr. Levin and $10,300,784 to Dr. Levin in the case of *Levin v. Islamic Republic of Iran*, Civil Action No. 05-2494., for a total compensatory award of $28,807,719, plus interest. *See Levin v. Islamic Republic of Iran*, 529 F.Supp.2d 1, 5 (D.D.C. 2007). Judgment was entered in favor of the Levins for $28,807,719 on February 6, 2008. Attached as Exhibit A to this declaration is a true and correct copy of the Levins' Judgment from the United States District Court for the District of Columbia, dated February 6, 2008, which is a public record.

3. Attached as Exhibit B is a true and correct copy of a January 16, 2009 letter from United States Department of State to the Clerk of the United States District Court for the District of Columbia stating that service of the Levins' judgment was made on Iran, the Iranian Ministry of Information and Security ("MOIS") and the Iranian Revolutionary Guard Corps ("IRGC") on October 14, 2008, which was prepared and kept by a public agency in the course of its regular business activity.

///

///

///

///

///

///

4.      The Levins registered their judgment in the Southern District of New York on April 20, 2009. Attached as Exhibit C of this declaration is a true and correct copy of the Certification of Judgment in Another District, which is a public record.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: Los Angeles, California
April 2, 2012

Suzelle M. Smith
HOWARTH & SMITH
523 West Sixth Street, Suite 728
Los Angeles, California 90014
(213) 955-9400
(213) 622-0791 facsmile
ssmith@howarth-smith.com