# EXHIBIT A

AO450 (Rev. - DC 04/00) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF COLUMBIA

JEREMY LEVIN, et al

V.

ISLAMIC REPUBLIC OF IRAN, et al

JUDGMENT IN A CIVIL CASE

Case Number: 05-2494

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☑ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that final judgment is hereby entered on behalf of Plaintiff Jeremy Levin and against Defendants the Islamic Republic of Iran ("Iran"), the Iranian Ministry of Information and Security ("MOIS"), and the Iranian Islamic Revolutionary Guard Corp ("IRGC"), jointly and severally, in the amount of $18,506,935; and on behalf of Plaintiff Dr. Lucille Levin and against Defendants Iran, MOIS, and IRGC, jointly and severally, in the amount of $10,300,784.

**ECF DOCUMENT**
I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District Court for the District of Columbia.
Date Filed: 2-6-08
NANCY MAYER-WHITTINGTON, CLERK
By: _Michael Darby_ 3-17-08

Dated: _February 6, 2008_

NANCY MAYER-WHITTINGTON, Clerk

By: _Tonya J. Hightower_
Deputy Clerk