**EXHIBIT B**



United States Department of State

Washington, D.C. 20520

January 16, 2009

Ms. Nancy Mayer-Whittington
United States District Court
For the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re: Jeremy Levin and Dr. Lucille Levin, v. The Islamic
Republic of Iran, et al, Case no. 1:05CV02494

Dear Ms. Mayer-Whittington:

I am writing regarding the Court's request for service of judgments and notices of default judgment pursuant to 28 U.S.C. 1608(a)(4) upon defendants the Islamic Republic of Iran, the Iranian Ministry of Information and Security and the Iranian Revolutionary Guard Corps in the above mentioned lawsuit.

A letter dated January 14 erroneously listed the date that the documents were delivered as February 21, 2008. The actual date of delivery was October 14, 2008.

Should you have any questions regarding this matter, please do not hesitate to contact me at (202) 736-9115.

Sincerely,

William P. Fritzlen
Attorney Adviser
Office of Policy Review and Interagency Liaison

Cc: Ms. Suzelle M. Smith, Esq.
Howarth & Smith
523 West Sixth Street, Suite 728
Los Angeles, CA 90014