UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

------------------------------------------------x

| | |
|---|---|
| DEBORAH D. PETERSON,<br>Personal Representative of the Estate<br>Of James C. Knipple (Dec.), et al.<br><br>      Plaintiffs,<br><br> - against -<br><br>ISLAMIC REPUBLIC OF IRAN; BANK<br>MARKAZI a/k/a CENTRAL BANK OF IRAN;<br>BANCA UBAE SpA; CITIBANK, N.A., and<br>CLEARSTREAM BANKING, S.A.,<br><br>      Defendants. | Civ. No. 10 Civ. 4518 (BSJ)(GWG) |

------------------------------------------------x

### DECLARATION OF SHARON L. SCHNEIER IN SUPPORT OF CITIBANK, N.A.'S RESPONSE TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

I, Sharon L. Schneier, declare as follows:

1.  I am a member of the bar of this Court and am a Partner at Davis Wright Tremaine LLP, counsel for counsel for Citibank, N.A. ("Citibank") in the above-captioned proceedings. I submit this Declaration in support of Citibank's Response to Plaintiffs' Motion for Partial Summary Judgment. I have personal knowledge of and am fully familiar with the facts set forth herein.

2.  Attached hereto as Exhibit 1 is a true and correct copy of the docket sheet in the United States Court of Appeals in *Hausler v. JPMorgan Chase Bank, N.A.*, 740 F. Supp. 2d 520 (S.D.N.Y. 2010) ("*Hausler I*") and No. 09-10289, 2012 WL 601034 (S.D.N.Y. Feb. 22, 2012, *appeal docketed*, Nos. 12-79 (2d Cir.).

3.  Attached hereto as Exhibit 2 is a true and correct copy of the docket sheet in the United States Court of Appeals in *Calderon-Cardona v. JPMorgan Chase Bank, N.A.*, No. 11 Civ. 3283, 2011 WL 6155987 (S.D.N.Y. Dec. 7, 2011), *appeal docketed*, No. 12-75 (2d Cir.).

4.  Attached hereto as Exhibit 3 is a true and correct copy of the Brief for the United States as *Amicus Curiae* in Support of Appellees, dated June 2012, and filed in the appeal to the United States Court of Appeals for the First Circuit in *Rubin et al. v. Islamic Republic of Iran, et al.*, No. 11-2144 (1st Cir.)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
June 15, 2012

_____
Sharon L. Schneier