# EXHIBIT 1

**General Docket**
**Court of Appeals, 2nd Circuit**

| | |
|---|---|
| **Court of Appeals Docket #:** 12-79 | **Docketed:** 01/10/2012 |
| **Nature of Suit:** 3890 STATUTES-Other | **Termed:** 06/04/2012 |
| Jeannette Hausler v. Novafin Financiere, S.A. | |
| **Appeal From:** SDNY (NEW YORK CITY) | |
| **Fee Status:** Paid | |

**Case Type Information:**
   **1)** Civil
   **2)** Private
   **3)** -

**Originating Court Information:**
   **District:** 0208-1 : 09-cv-10289
   **Trial Judge:** Victor Marrero, U.S. District Judge
   **Date Filed:** 12/18/2009

| | |
|---|---|
| **Date Order/Judgment:** | **Date NOA Filed:** |
| 01/03/2011 | 01/05/2012 |

**Prior Cases:**
   None

**Current Cases:**
   None

---

Estate of Robert Otis Fuller
          Plaintiff

Frederick Fuller
          Plaintiff

Grace Lutes
          Plaintiff

Jeannette Hausler
          Plaintiff

Irene Moss
          Plaintiff

Frances Fuller
          Plaintiff

Jeannette Fuller Hausler, as Successor Personal Representative of          James Wilson Perkins, Esq., -
the Estate of Robert Otis Fuller ("Bobby Fuller"), Deceased, on          Direct: 212-801-3188
behalf of Thomas Caskey as Personal Representative of the Estate          [COR LD NTC Retained]
of Lynita Fuller Caskey surviving daughter of Robert Otis Fuller          Greenberg Traurig, LLP
          Plaintiff - Appellee          38th Floor
          200 Park Avenue
          New York, NY 10166

--------------------------

Novafin Financiere, S.A.
          Respondent

Banco Santander S.A.
          Respondent

Estudios Mercados y Suministros, S.L.
          Respondent

Caja Madrid
          Respondent

Banco Espanol De Credito
          Respondent

Banco Santander Totta, S.A.
          Respondent

Philips Mexicana S.A. de C.V.
          Respondent

Union Bancaire Privee
          Respondent

Banco Central de Venezuela
          Respondent

Banco de Desarrollo Economico y Social de Venezuela
          Respondent

UBS AG
          Respondent

Bank of America, National Association
          Respondent

Petroleos De Venezuela, S.A.                     Dennis Henry Tracey, III, Attorney
          Appellant                              Direct: 212-918-3524
                                                 [COR LD NTC Retained]
                                                 Hogan Lovells US LLP
                                                 875 3rd Avenue
                                                 New York, NY 10022

                                                 Ira M. Feinberg, -
                                                 Direct: 212-918-3509
                                                 [COR NTC Retained]
                                                 Hogan Lovells US LLP
                                                 875 3rd Avenue
                                                 New York, NY 10022

-------------------------

Shanghai Pudong Development Bank Co. Ltd.
          Third-Party-Defendant

Dresdner Lateinamerika AG, FKA Dresdner Bank LateinAmerika
AG
          Third-Party-Defendant

Abbott Laboratories, Inc.
          Third-Party-Defendant

LTU LufttransportUnternehmen, LTU Gmbh In Care Of Kirstein &
Young PLLC 1750 K Street NW, Suite 200 Washiongton, DC
20006
          Third-Party-Defendant

Banco Popular de Ahorro
          Third-Party-Defendant

Caja de Ahorros y Pensiones de Barcelona
          Third-Party-Defendant

Linshang Bank Co., Ltd.
          Third-Party-Defendant

Tecnoimport Havana, Cuba
> Third-Party-Defendant

John Does, 1-100, The absent and unknown holders of the 41/2% bearer bonds of the external debt of the Republic of Cuba, 1937-1977
> Third-Party-Defendant

Fundacion Benfica Nicolas S. Acea
> Third-Party-Defendant

Pablo Alcazar, as trustee of Fundacion Benefica Nicolas S. Acea
> Third-Party-Defendant

Mayra Bustaments
> Third-Party-Defendant

Rene Silva, Jr., as trustee of Fundacion Benefica Nicolas S. Acea
> Third-Party-Defendant

---------------------------

San Paolo Bank S.A.
> Claimant

Banco Bilbao Vizcaya Argentina Panama, S.A.
> Claimant

Banco Bilbao Vizcaya Argentina Panama, S.A.
> Claimant

ING Bank N.V.
> Claimant

Republic of Cuba
> Defendant

Fidel Castro Ruz, Individually, As First Vice President of the

Council of State and Council of Ministers and Head of the Cuban Revolutionary Armed Forces
> Defendant

Cuban Revolutionary Armed Forces
> Defendant

El Ministerio Del Interior
> Defendant

Bank of America Corporation
> Defendant

Premuda S.p.A.
> Defendant

Banco Bilbao Vizcaya Argentaria, S.A.
> Defendant

Banco Bilbao Vizcaya Argentaria Panama, S.A.
> Defendant

Citibank, N.A.
> Defendant

ROYAL BANK OF SCOTLAND N.V., FKA ABN AMRO BANK N.V., AKA ABN AMRO Bank N.V.

N.V., AKA / ABN AMRO Bank, N.V.
               Defendant

JP Morgan Chase Bank, N.A.
               Defendant - Appellee

Karen E. Wagner, Esq., -
Direct: 212-450-4404
[COR LD NTC Retained]
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

Thomas M. Noone, Esq., -
Direct: 212-450-4348
[COR NTC Retained]
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

JP Morgan Chase Bank, N.A.,

　　　　　Defendant - Garnishee - ThirdParty Plaintiff - Appellee,

Jeannette Fuller Hausler, as Successor Personal Representative of the Estate of Robert Otis Fuller ("Bobby Fuller"), Deceased, on behalf of Thomas Caskey as Personal Representative of the Estate of Lynita Fuller Caskey surviving daughter of Robert Otis Fuller,

　　　　　Plaintiff - ThirdParty Defendant - Appellee,

UBS AG,

　　　　　Defendant - Respondent - ThirdParty - Plaintiff,

Bank of America, National Association,

　　　　　Garnishee - ThirdParty - Plaintiff,

v.

Petroleos De Venezuela, S.A.,

　　　　　ThirdParty Defendant - Appellant,

Estate of Robert Otis Fuller, Frederick Fuller, Grace Lutes, Jeannette Hausler, Irene Moss, Frances Fuller,

　　　　　Plaintiffs - ThirdParty Defendants,

Novafin Financiere, S.A., Banco Santander S.A., Estudios Mercados y Suministros, S.L., Caja Madrid, Banco Espanol De Credito, Banco Santander Totta, S.A., Philips Mexicana S.A. de C.V., Union Bancaire Privee, Banco Central de Venezuela, Banco de Desarrollo Economico y Social de Venezuela,

　　　　　Respondents,

Shanghai Pudong Development Bank Co. Ltd., Dresdner Lateinamerika AG, FKA Dresdner Bank LateinAmerika AG, Abbott Laboratories, Inc., LTU LufttransportUnternehmen, LTU Gmbh In Care Of Kirstein & Young PLLC 1750 K Street NW, Suite 200 Washiongton, DC 20006, Banco Popular de Ahorro, Caja de Ahorros y Pensiones de Barcelona, Linshang Bank Co., Ltd., Tecnoimport Havana, Cuba, John Does, 1-100, The absent and unknown holders of the 41/2% bearer bonds of the external debt of the Republic of Cuba, 1937-1977, Fundacion Benfica Nicolas S. Acea, Pablo Alcazar, as trustee of Fundacion Benefica Nicolas S. Acea, Mayra Bustaments, Rene Silva, Jr., as trustee of Fundacion Benefica Nicolas S. Acea,

　　　　　Third-Party-Defendants,

San Paolo Bank S.A., Banco Bilbao Vizcaya Argentina, S.A., Banco Bilbao Vizcaya Argentina Panama, S.A., ING Bank N.V.,

　　　　　Claimants,

Republic of Cuba, Fidel Castro Ruz, Individually, As First Vice President of the Council of State and Council of Ministers and Head of the Cuban Revolutionary Armed Forces, Cuban Revolutionary Armed Forces, El Ministerio Del Interior, Bank of America Corporation, Premuda S.p.A., Banco Bilbao Vizcaya Argentaria, S.A., Banco Bilbao Vizcaya Argentaria Panama, S.A., Citibank, N.A., ROYAL BANK OF SCOTLAND N.V., FKA ABN AMRO BANK N.V., AKA ABN AMRO Bank, N.V.,

　　　　　Defendants - ThirdParty Defendants.

| 01/10/2012 | 1<br>83 pg, 408.52 KB | NOTICE OF CIVIL APPEAL, with district court docket, on behalf of Appellant Petroleos De Venezuela, S.A., FILED. [494982] [12-79] |
| 01/10/2012 | 2<br>17 pg, 747.85 KB | DISTRICT COURT ORDER, dated 11/28/2011, RECEIVED.[494997] [12-79] |
| 01/10/2012 | 3<br>5 pg, 220.64 KB | DISTRICT COURT ORDER, dated 01/03/2012, RECEIVED.[495007] [12-79] |
| 01/10/2012 | 4<br>85 pg, 329.15 KB | ELECTRONIC INDEX, in lieu of record, FILED.[495012] [12-79] |
| 01/19/2012 | 8<br>1 pg, 74.74 KB | NOTICE OF APPEARANCE AS ADDITIONAL COUNSEL, on behalf of Appellant Petroleos De Venezuela, S.A., FILED. Service date 01/19/2012 by CM/ECF. [502598] [12-79] |
| 01/19/2012 | 9<br>185 pg, 21.87 MB | FORM C, on behalf of Appellant Petroleos De Venezuela, S.A., FILED. Service date 01/19/2012 by CM/ECF.[502614] [12-79] |
| 01/19/2012 | 10<br>1 pg, 120.51 KB | FORM D, on behalf of Appellant Petroleos De Venezuela, S.A., FILED. Service date 01/19/2012 by CM/ECF.[502615] [12-79] |
| 01/20/2012 | 11<br>188 pg, 22.08 MB | FORM C, on behalf of Appellant Petroleos De Venezuela, S.A., FILED. Service date 01/20/2012 by CM/ECF.[502721] [12-79] |
| 01/20/2012 | 12 | ATTORNEY, Ira M. Feinberg for Petroleos De Venezuela, S.A., in case 12-79 , [8], ADDED.[502798] [12-79] |
| 01/20/2012 | 13<br>2 pg, 57.25 KB | DEFECTIVE DOCUMENT,Form C [9], on behalf of Appellant Petroleos De Venezuela, S.A., FILED. [502823] [12-79] |
| 01/20/2012 | 14 | CURED DEFECTIVE , FORM C, [11], on behalf of Appellant Petroleos De Venezuela, S.A., FILED. [502842] [12-79] |
| 01/20/2012 | 19<br>1 pg, 141.33 KB | CAMP CONFERENCE ORDER: Type of Conference: In-Person, Scheduled Date of Conference: 03/07/2012, Start Time: 3:00 PM, endorsed by Lisa J. Greenberg, FILED.[502960] [12-79] |
| 01/20/2012 | 20<br>1 pg, 37.31 KB | NEW CASE MANAGER, Kimberly Gay, ASSIGNED.[503030] [12-79] |
| 01/20/2012 | 21<br>3 pg, 258.86 KB | CERTIFICATE OF SERVICE, for Notice of Appearance of Ira M. Feinberg as Additional Counsel. Form C and D., on behalf of Appellant Petroleos De Venezuela, S.A., FILED. Service date 01/20/2012 by CM/ECF.[503275] [12-79] |
| 01/23/2012 | 22<br>1 pg, 126.31 KB | ACKNOWLEDGMENT AND NOTICE OF APPEARANCE, on behalf of Appellant Petroleos De Venezuela, S.A., FILED. Service date 01/23/2012 by CM/ECF.[504220] [12-79] |
| 01/25/2012 | 23<br>1 pg, 38.55 KB | CAPTION, UBS AG and Bank of America, N.A. are listed as Defendant-Respondent-ThirdParty-Plaintiff and Garnishee-ThirdParty-Plaintiff respectively as per Acknowledgment and Notice of Appearance filed 01/23/2012, AMENDED.[507279] [12-79] |
| 01/26/2012 | 24<br>1 pg, 150.49 KB | SCHEDULING NOTIFICATION, on behalf of Appellant Petroleos De Venezuela, S.A., informing Court of proposed due date 04/19/2012, RECEIVED. Service date 01/26/2012 by CM/ECF.[508409] [12-79] |
| 01/26/2012 | 25<br>1 pg, 38.55 KB | CAPTION, Jeannette Fuller Hausler added as an Appellee as per Acknowledgment and Notice of Appearance filed 01/23/2012, AMENDED.[508635] [12-79] |
| 01/26/2012 | 26 | NOTICE OF APPEARANCE AS ADDITIONAL COUNSEL, on behalf of Appellee JP Morgan Chase Bank, N.A., FILED. Service date 01/26/2012 by CM/ECF. [509459] [12-79] |
| 01/26/2012 | 27 | NOTICE OF APPEARANCE AS ADDITIONAL COUNSEL, on behalf of Appellee JP Morgan Chase Bank, N.A., FILED. Service date 01/26/2012 by CM/ECF. [509466] [12-79] |
| 01/27/2012 | 29<br>2 pg, 69.11 KB | DEFECTIVE DOCUMENT, Notices of Appearance as Additional Counsel, [26], [27], on behalf of Appellee JP Morgan Chase Bank, N.A., FILED.[510461] [12-79] |
| 01/27/2012 | 30<br>1 pg, 124.47 KB | NOTICE OF APPEARANCE AS SUBSTITUTE COUNSEL, on behalf of Appellee JP Morgan Chase Bank, N.A., FILED. Service date 01/27/2012 by CM/ECF. [510773] [12-79] |
| 01/27/2012 | 31<br>1 pg, 29.42 KB | LETTER, on behalf of Appellee JP Morgan Chase Bank, N.A., RECEIVED. Service date 01/27/2012 by CM/ECF.[510812] [12-79] |
| 01/27/2012 | 32<br>2 pg, 55.29 KB | LETTER, on behalf of Appellee JP Morgan Chase Bank, N.A., RECEIVED. Service date 01/27/2012 by CM/ECF.[510854] [12-79] |

| 01/30/2012 | ☐ 33 | ATTORNEY, Karen E Wagner for JP Morgan Chase Bank, N.A., in case 12-79 , [30], [31], ADDED. [512140] [12-79] |
| 02/02/2012 | ☐ 34<br>1 pg, 141.53 KB | CAMP CONFERENCE ORDER: Type of Conference: Amended In-Person, Scheduled Date of Conference: 03/07/2012, Start Time: 3:00 PM, endorsed by Vidya Kurella, FILED.[515532] [12-79] |
| 02/02/2012 | ☐ 35 | CURED DEFECTIVE FORM [29], [30], [31], on behalf of Appellee JP Morgan Chase Bank, N.A., FILED. [515978] [12-79] |
| 02/16/2012 | ☐ 36 | ACKNOWLEDGMENT AND NOTICE OF APPEARANCE, on behalf of Appellee Jeannette Fuller Hausler, FILED. Service date 02/16/2012 by CM/ECF.[527976] [12-79] |
| 02/16/2012 | ☐ 37<br>2 pg, 67.74 KB | DEFECTIVE DOCUMENT, Acknowledgment and Notice of Appearance, [36], on behalf of Appellee Jeannette Fuller Hausler, FILED.[528140] [12-79] |
| 02/16/2012 | ☐ 38<br>2 pg, 96.83 KB | ACKNOWLEDGMENT AND NOTICE OF APPEARANCE, on behalf of Appellee Jeannette Fuller Hausler, FILED. Service date 02/16/2012 by CM/ECF.[528172] [12-79] |
| 02/16/2012 | ☐ 39 | CURED DEFECTIVE FORM [37], [38], on behalf of Appellee Jeannette Fuller Hausler, FILED.[528204] [12-79] |
| 02/22/2012 | ☐ 40<br>1 pg, 141.36 KB | CAMP CONFERENCE ORDER: Type of Conference: Amended In-Person, Scheduled Date of Conference: 03/20/2012, Start Time: 10:30 AM, endorsed by Lisa J. Greenberg, FILED.[532172] [12-79] |
| 02/24/2012 | ☐ 41<br>1 pg, 124.3 KB | LETTER, on behalf of Appellant Petroleos De Venezuela, S.A., RECEIVED. Service date 02/24/2012 by CM/ECF.[535242] [12-79] |
| 02/27/2012 | ☐ 44<br>1 pg, 146.08 KB | CAMP CONFERENCE ORDER: Type of Conference: Amended Telephonic, Scheduled Date of Conference: 03/20/2012, Start Time: 10:30 AM, endorsed by Lisa J. Greenberg, FILED.[535621] [12-79] |
| 03/22/2012 | ☐ 48<br>3 pg, 46.34 KB | SO-ORDERED SCHEDULING NOTIFICATION, setting Appellant Petroleos De Venezuela, S.A. Brief due date as 04/19/2012; Joint Appendix due date as 04/19/2012, FILED.[559538] [12-79] |
| 03/22/2012 | ☐ 49<br>1 pg, 3.69 KB | NOTICE, for the submission of additional paper copies of the appendix or joint appendix, SENT.[559630] [12-79] |
| 04/12/2012 | ☐ 50<br>2 pg, 85.46 KB | LOCAL RULE 42.1 STIPULATION, Without Prejudice to Reinstatement, RECEIVED. Service date 04/12/2012 by CM/ECF.[578261] [12-79] |
| 04/26/2012 | ☐ 56<br>1 pg, 37.56 KB | NEW CASE MANAGER, Yana Segal, ASSIGNED.[591349] [12-79] |
| 04/26/2012 | ☐ 57<br>3 pg, 45.33 KB | LOCAL RULE 42.1 STIPULATION, without prejudice to reinstatement by 07/11/2012 , FILED.[591361] [12-79] |
| 04/26/2012 | ☐ 58<br>3 pg, 296.69 KB | CERTIFIED ORDER, dated 04/26/2012, to SDNY (NEW YORK CITY), ISSUED.[591376] [12-79] |
| 05/31/2012 | ☐ 59<br>20 pg, 1.54 MB | MOTION, to remand appeal, on behalf of Appellant Petroleos De Venezuela, S.A., FILED. Service date 05/31/2012 by CM/ECF. [624759] [12-79] |
| 06/01/2012 | ☐ 62<br>1 pg, 70.6 KB | LETTER, on behalf of Appellant Petroleos De Venezuela, S.A., RECEIVED. Service date 06/01/2012 by CM/ECF.[625250] [12-79] |
| 06/01/2012 | ☐ 63<br>4 pg, 118.78 KB | ORDER, reinstating appeal, FILED.[625560] [12-79] |
| 06/04/2012 | ☐ 66<br>1 pg, 148.57 KB | MOTION ORDER, granting motion to remand appeal [59] filed by Appellant Petroleos De Venezuela, S.A., by CFD., FILED. [627707][66] [12-79] |

Case 1:10-cv-04518-LAP   Document 230-1   Filed 06/15/12   Page 9 of 9

Clear All

◉ **Documents and Docket Summary**
○ **Documents Only**

☐ **Include Page Numbers**

**Selected Pages:** 0          **Selected Size:** 0 KB     **(Max: 10 MB)**

View Selected

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 06/13/2012 13:58:37 | | | |
| **PACER Login:** | lk0036 | **Client Code:** | |
| **Description:** | Docket Report (filtered) | **Search Criteria:** | 12-79 |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |