# EXHIBIT 2

General Docket
Court of Appeals, 2nd Circuit

| | |
|---|---|
| **Court of Appeals Docket #:** 12-75<br>**Nature of Suit:** 3890 STATUTES-Other<br>Calderon-Cardona v. JPMorgan Chase Bank, N.A.<br>**Appeal From:** SDNY (NEW YORK CITY)<br>**Fee Status:** Paid | **Docketed:** 01/10/2012 |

**Case Type Information:**
  1) Civil
  2) Private
  3) -

**Originating Court Information:**
  **District:** 0208-1 : 11-cv-3283
  **Trial Judge:** Denise Cote, U.S. District Judge
  **Date Filed:** 05/12/2011
  **Date Order/Judgment:** 12/08/2011     **Date NOA Filed:** 01/05/2012     **Date Rec'd COA:** 01/10/2012

**Current Cases:**
  None

| | |
|---|---|
| Ruth Calderon-Cardona<br>    Petitioner - Appellant | Robert J. Tolchin, Esq., -<br>Direct: 718-855-3627<br>[COR LD NTC Retained]<br>The Berkman Law Office, LLC<br>Suite 1928<br>111 Livingston Street<br>Brooklyn, NY 11201 |
| JPMorgan Chase Bank, N.A.<br>    Respondent - Appellee | Howard B. Levi, -<br>Direct: 212-308-6100<br>[COR LD NTC Retained]<br>Levi Lubarsky & Feigenbaum LLP<br>1185 Avenue of the Americas<br>New York, NY 10036<br><br>James Kelley Nevling, Jr., -<br>[COR LD NTC Retained]<br>Levi Lubarsky & Feigenbaum LLP<br>1185 Avenue of the Americas<br>New York, NY 10036 |
| Intesa Saopaolo<br>    Respondent - Appellee | Jennifer G. Newstead, -<br>Direct: 212-450-4000<br>[COR LD NTC Retained]<br>Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017 |
| The Bank of New York Mellon<br>    Defendant - Appellee | Howard B. Levi, -<br>Direct: 212-308-6100<br>[COR LD NTC Retained]<br>(see above)<br><br>James Kelley Nevling, Jr., -<br>[COR NTC Retained]<br>(see above) |

| | |
|---|---|
| HSBC<br>　　Defendant - Appellee | Paul Kenneth Stecker, Esq., -<br>Direct: 716-847-7044<br>[COR LD NTC Retained]<br>Phillips Lytle LLP<br>3400 HSBC Center<br>Buffalo, NY 14203 |
| Standard Chartered<br>　　Defendant - Appellee | Barry J. Glickman, -<br>Direct: 212-223-0400<br>[COR LD NTC Retained]<br>Zeichner Ellman & Krause LLP<br>12th Floor<br>575 Lexington Avenue<br>New York, NY 10022 |
| Deutsche Bank Trust Company Americas<br>　　Defendant - Appellee | Mark Putnam Gimbel, Esq., -<br>Direct: 212-841-1000<br>[COR LD NTC Retained]<br>Covington & Burling LLP<br>620 8th Avenue<br>New York, NY 10018 |
| UBS AG<br>　　Defendant - Appellee | Sharon L. Schneier, -<br>Direct: 212-489-8230<br>[COR LD NTC Retained]<br>Davis Wright Tremaine LLP<br>27th Floor<br>1633 Broadway<br>New York, NY 10019 |
| Citibank, N.A.<br>　　Defendant - Appellee | Sharon L. Schneier, -<br>Direct: 212-489-8230<br>[COR LD NTC Retained]<br>(see above) |
| Bank Of China<br>　　Defendant - Appellee | Lanier Saperstein, Esq., -<br>Direct: 212-415-9385<br>[COR NTC Retained]<br>Dorsey & Whitney LLP<br>51 West 52nd Street<br>New York, NY 10019 |

------------------------

| | |
|---|---|
| United States of America<br>　　Amicus Curiae | David S. Jones, Assistant U.S. Attorney<br>Direct: 212-637-2739<br>[COR LD NTC Government]<br>United States Attorney's Office, Southern District of New York<br>3rd Floor<br>86 Chambers Street<br>New York, NY 10007 |

------------------------

| | |
|---|---|
| The Heiser Judgment Creditors<br>　　Movant | Neal M. Sher, Esq., -<br>Direct: 917-409-0100<br>[COR LD NTC Retained]<br>Neal M. Sher, Esq.<br>Suite 304<br>132 East 43rd Street<br>New York, NY 10017 |
| The Valore Judgment Creditors<br>　　Movant | Keith Martin Fleischman, Esq., -<br>Direct: 212-880-9567<br>[COR LD NTC Retained]<br>Fleischman Law Firm |

|  |  |
|---|---|
|  | 7th Floor<br>565 5th Avenue<br>New York, NY 10017 |
| The Peterson Judgment Creditors<br>    Movant | Liviu Vogel, Esq., -<br>Direct: 212-661-7100<br>[COR LD NTC Retained]<br>Salon Marrow Dyckman Newman Broudy LLP<br>6th floor<br>292 Madison Avenue<br>New York, NY 10017 |
| Jeremy Levin<br>    Movant | Suzelle M. Smith, -<br>Direct: 213-955-9400<br>[COR LD NTC Retained]<br>Howarth & Smith<br>Suite 728<br>523 West 6th Street<br>Los Angeles, CA 90014 |
| Lucille Levin<br>    Movant | Suzelle M. Smith, -<br>Direct: 213-955-9400<br>[COR LD NTC Retained]<br>(see above) |

Ruth Calderon-Cardona,

    Petitioner - Appellant,

v.

The Bank of New York Mellon, HSBC, Standard Chartered, Deutsche Bank Trust Company Americas, UBS AG, Citibank, N.A., Bank Of China,

    Consolidated - Defendants - Appellees,

JPMorgan Chase Bank, N.A., Intesa Saopaolo,

    Respondents - Appellees.

| Date | Doc | Description |
|---|---|---|
| 01/10/2012 | 1<br>16 pg, 138.02 KB | NOTICE OF CIVIL APPEAL, with district court docket, on behalf of Appellant Ruth Calderon-Cardona, FILED. [492724] [12-75] |
| 01/10/2012 | 2 | PAYMENT OF DOCKETING FEE, on behalf of Appellant Ruth Calderon-Cardona, district court receipt # 0208-7078139, FILED.[492731] [12-75] |
| 01/10/2012 | 3<br>43 pg, 79.95 KB | DISTRICT COURT OPINION, dated 12/07/2011, RECEIVED.[492732] [12-75] |
| 01/10/2012 | 4<br>3 pg, 78.47 KB | DISTRICT COURT JUDGMENT, dated 12/08/2011, RECEIVED.[492736] [12-75] |
| 01/10/2012 | 5<br>41 pg, 196.35 KB | ELECTRONIC INDEX, in lieu of record, FILED.[492737] [12-75] |
| 01/20/2012 | 9<br>1 pg, 38.56 KB | ORDER, dated 01/20/2012, dismissing appeal by 02/03/2012 unless Appellant Ruth Calderon-Cardona submits forms C & D, FILED.[502628] [12-75] |
| 01/20/2012 | 10<br>68 pg, 2.7 MB | FORM C, on behalf of Appellant Ruth Calderon-Cardona, FILED. Service date 01/20/2012 by CM/ECF. [502754] [12-75] |
| 01/20/2012 | 11<br>1 pg, 84.37 KB | FORM D, on behalf of Appellant Ruth Calderon-Cardona, FILED. Service date 01/20/2012 by CM/ECF. [502765] [12-75] |
| 01/20/2012 | 16<br>1 pg, 141.27 KB | CAMP CONFERENCE ORDER: Type of Conference: In-Person, Scheduled Date of Conference: 03/13/2012, Start Time: 10:30 AM, endorsed by Vidya Kurella, FILED.[503041] [12-75] |
| 01/20/2012 | 17<br>1 pg, 37.17 KB | NEW CASE MANAGER, Jason Wang, ASSIGNED.[503159] [12-75] |
| 01/26/2012 | 19 | NEW PARTY, Appellee The Bank of New York Mellon, HSBC, Standard Chartered, Deutsche Bank Trust Company Americas, UBS AG, Citibank, N.A., Bank Of China and Intesa Saopaolo, ADDED.[508441] [12-75] |
| 01/26/2012 | 20<br>1 pg, 3.82 KB | AMENDED CAPTION PAGE, adding new parties, SENT.[508448] [12-75] |
| 01/26/2012 | 33<br>9 pg, 572.71 KB | SUPPLEMENTAL CERTIFIED INDEX OF RECORD ON APPEAL, FILED.[511947] [12-75] |
| 01/27/2012 | 21 | ACKNOWLEDGMENT AND NOTICE OF APPEARANCE, on behalf of Appellee JPMorgan Chase Bank, N.A. and The Bank of New York Mellon, FILED. Service date 01/27/2012 by CM/ECF.[510343] [12-75] |
| 01/27/2012 | 22 | NOTICE OF APPEARANCE AS ADDITIONAL COUNSEL, on behalf of Appellee JPMorgan Chase Bank, N.A. and The Bank of New York Mellon, FILED. Service date 01/27/2012 by CM/ECF. [510346] [12-75] |
| 01/27/2012 | 23<br>2 pg, 58.75 KB | DEFECTIVE DOCUMENT, ACKNOWLEDGMENT AND NOTICE OF APPEARANCE, & NOTICE OF APPEARANCE AS ADDITIONAL COUNSEL, [21], [22], on behalf of Appellee JPMorgan Chase Bank, N.A., FILED.[510744] [12-75] |
| 01/27/2012 | 24 | ACKNOWLEDGMENT AND NOTICE OF APPEARANCE, on behalf of Appellee Citibank, N.A. and UBS AG, FILED. Service date 01/27/2012 by CM/ECF.[510924] [12-75] |
| 01/27/2012 | 25<br>1 pg, 50.32 KB | ACKNOWLEDGMENT AND NOTICE OF APPEARANCE, on behalf of Appellee Deutsche Bank Trust Company Americas, FILED. Service date 01/27/2012 by CM/ECF.[510931] [12-75] |
| 01/27/2012 | 26<br>1 pg, 70.33 KB | ACKNOWLEDGMENT AND NOTICE OF APPEARANCE, on behalf of Appellee Standard Chartered, FILED. Service date 01/27/2012 by CM/ECF.[510999] [12-75] |
| 01/30/2012 | 27<br>2 pg, 67.55 KB | DEFECTIVE DOCUMENT, acknowledgment and notice of appearance[24], on behalf of Appellee Citibank, N.A. and UBS AG, FILED.[511126] [12-75] |
| 01/30/2012 | 28<br>1 pg, 34.27 KB | ACKNOWLEDGMENT AND NOTICE OF APPEARANCE, on behalf of Appellee JPMorgan Chase Bank, N.A. and The Bank of New York Mellon, FILED. Service date 01/30/2012 by CM/ECF.[511358] [12-75] |
| 01/30/2012 | 29 | CURED DEFECTIVE ACKNOWLEDGMENT AND NOTICE OF APPEARANCE[28], on behalf of Appellee JPMorgan Chase Bank, N.A. and The Bank of New York Mellon, FILED.[511394] [12-75] |
| 01/30/2012 | 30<br>1 pg, 154.39 KB | NOTICE OF APPEARANCE AS ADDITIONAL COUNSEL, on behalf of Appellee Bank Of China, FILED. Service date 01/30/2012 by CM/ECF. [511775] [12-75] |
| 01/30/2012 | 32 | ATTORNEY, Lanier Saperstein for Bank Of China, in case 12-75, [30], ADDED.[511918] [12-75] |
| 01/30/2012 | 34 | ACKNOWLEDGMENT AND NOTICE OF APPEARANCE, on behalf of Appellee Bank Of China, FILED. |

| Date | Doc # | Size | Description |
|---|---|---|---|
| | | 1 pg, 154.39 KB | Service date 01/30/2012 by CM/ECF.[512209] [12-75] |
| 01/30/2012 | 35 | 1 pg, 408.11 KB | ACKNOWLEDGMENT AND NOTICE OF APPEARANCE, on behalf of Appellee HSBC, FILED. Service date 01/30/2012 by CM/ECF.[512249] [12-75] |
| 02/02/2012 | 36 | 1 pg, 408.84 KB | ACKNOWLEDGMENT AND NOTICE OF APPEARANCE, on behalf of Appellee HSBC, FILED. Service date 01/30/2012 by CM/ECF.[515678] [12-75] |
| 03/05/2012 | 37 | 1 pg, 54.25 KB | SCHEDULING NOTIFICATION, on behalf of Appellant Ruth Calderon-Cardona, informing Court of proposed due date 04/20/2012, RECEIVED. Service date 03/05/2012 by CM/ECF.[543855] [12-75] |
| 03/06/2012 | 40 | 2 pg, 40.02 KB | SO-ORDERED SCHEDULING NOTIFICATION, setting Appellant Ruth Calderon-Cardona Brief due date as 04/20/2012; Joint Appendix due date as 04/20/2012, FILED.[543931] [12-75] |
| 03/06/2012 | 41 | 1 pg, 3.68 KB | NOTICE, for the submission of additional paper copies of the appendix or joint appendix, SENT.[543938] [12-75] |
| 03/19/2012 | 43 | 2 pg, 39.51 KB | ORDER, dated 03/19/2012, acknowledgment and notice of appearance default, FILED.[556070] [12-75] |
| 03/26/2012 | 44 | 3 pg, 108.99 KB | ACKNOWLEDGMENT AND NOTICE OF APPEARANCE, on behalf of Appellant Ruth Calderon-Cardona, FILED. Service date 03/26/2012 by CM/ECF.[561884] [12-75] |
| 04/02/2012 | 45 | 131 pg, 1.69 MB | MOTION, to consolidate for argument, to assign to same panel, to extend time, on behalf of Appellant Ruth Calderon-Cardona, FILED. Service date 04/02/2012 by CM/ECF. [569063] [12-75] |
| 04/11/2012 | 49 | 7 pg, 324.24 KB | OPPOSITION TO MOTION to consolidate for argument [45],to assign to same panel [45],to extend time [45], on behalf of Appellee JPMorgan Chase Bank, N.A., FILED. Service date 04/11/2012 by CM/ECF. [577780][49] [12-75] |
| 04/13/2012 | 52 | 2 pg, 53.08 KB | OPPOSITION TO MOTION to consolidate for argument [45],to assign to same panel [45],to extend time [45], on behalf of Appellee Standard Chartered, FILED. Service date 04/13/2012 by CM/ECF. [579819][52] [12-75] |
| 04/16/2012 | 56 | 1 pg, 46.58 KB | MOTION ORDER, denying motion to consolidate for argument, granting motion to have cases heard in tandem, and granting motion to extend time to 6/1/2012[45] filed by Appellant Ruth Calderon-Cardona, by RJL, FILED. [581501][56] [12-75] |
| 04/16/2012 | 57 | 2 pg, 50.32 KB | ORDER, directing appeals 12-75, 12-1264, & 12-1272 to be heard in tandem, FILED.[581562] [12-75, 12-1264, 12-1272] |
| 05/14/2012 | 61 | 1 pg, 56.22 KB | NOTICE OF APPEARANCE AS AMICUS COUNSEL, on behalf of Amicus Curiae United States of America, FILED. Service date 05/14/2012 by CM/ECF. [609312] [12-75]--[Edited 05/15/2012 by JW] |
| 05/14/2012 | 62 | 1 pg, 66.64 KB | NOTICE OF APPEARANCE AS AMICUS COUNSEL, on behalf of Amicus Curiae United States of America, FILED. Service date 05/14/2012 by CM/ECF. [609313] [12-75]--[Edited 05/15/2012 by JW] |
| 05/15/2012 | 63 | | NEW PARTY, Amicus Curiae United States of America, ADDED.[609482] [12-75] |
| 05/15/2012 | 64 | 6 pg, 675.33 KB | MOTION, to extend time, on behalf of Amicus Curiae United States of America, FILED. Service date 05/15/2012 by CM/ECF. [610701] [12-75] |
| 05/22/2012 | 68 | 1 pg, 18.15 KB | LETTER, on behalf of Amicus Curiae United States of America, RECEIVED. Service date 05/22/2012 by CM/ECF.[617347] [12-75] |
| 05/23/2012 | 72 | 1 pg, 146.49 KB | MOTION ORDER, granting motion for extension until 07/09/20112 to file brief [64] filed by Amicus Curiae United States of America, by RKW, FILED. [617645][72] [12-75] |
| 06/01/2012 | 73 | 306 pg, 9.29 MB | JOINT APPENDIX, volume 1 of 3, on behalf of Appellant Ruth Calderon-Cardona, FILED. Service date 06/01/2012 by CM/ECF.[626409] [12-75] |
| 06/01/2012 | 74 | 310 pg, 10.32 MB | JOINT APPENDIX, volume 2 of 3, on behalf of Appellant Ruth Calderon-Cardona, FILED. Service date 06/01/2012 by CM/ECF.[626411] [12-75] |
| 06/01/2012 | 75 | 260 pg, 7.4 MB | JOINT APPENDIX, volume 3 of 3, on behalf of Appellant Ruth Calderon-Cardona, FILED. Service date 06/01/2012 by CM/ECF.[626412] [12-75] |
| 06/01/2012 | 76 | | MOTION, to file oversized brief, on behalf of Appellant Ruth Calderon-Cardona, FILED. Service date 06/01/2012 by CM/ECF. [626415] [12-75] |
| 06/01/2012 | 77 | 117 pg, 1.21 MB | SPECIAL APPENDIX, on behalf of Appellant Ruth Calderon-Cardona, FILED. Service date 06/01/2012 by CM/ECF.[626416] [12-75] |
| 06/01/2012 | 78 | 83 pg, 540.21 KB | BRIEF, on behalf of Appellant Ruth Calderon-Cardona, FILED. Service date 06/01/2012 by CM/ECF. [626418] [12-75] |

| Date | Doc # | Description |
|---|---|---|
| 06/04/2012 | 79<br>2 pg, 63.29 KB | DEFECTIVE DOCUMENT, MOTION, to file oversized brief, [76], on behalf of Appellant Ruth Calderon-Cardona, FILED.[626509] [12-75] |
| 06/04/2012 | 80<br>3 pg, 445.82 KB | MOTION, to file oversized brief, on behalf of Appellant Ruth Calderon-Cardona, FILED. Service date 06/04/2012 by CM/ECF. [626629] [12-75] |
| 06/04/2012 | 81 | CURED DEFECTIVE MOTION, to file oversized brief, [80], [79], on behalf of Appellant Ruth Calderon-Cardona, FILED.[626817] [12-75] |
| 06/07/2012 | 89<br>3 pg, 75.41 KB | NOTICE OF APPEARANCE AS AMICUS COUNSEL, on behalf of Movant The Heiser Judgment Creditors, FILED. Service date 06/07/2012 by CM/ECF. [631188] [12-75]--[Edited 06/07/2012 by JW] |
| 06/07/2012 | 90 | NOTICE OF APPEARANCE AS AMICUS COUNSEL, on behalf of Movant Peterson Judgment Creditors, FILED. Service date 06/07/2012 by CM/ECF. [631295] [12-75]--[Edited 06/07/2012 by JW] |
| 06/07/2012 | 91 | NEW PARTY, Movant The Heiser Judgment Creditors, ADDED.[631301] [12-75] |
| 06/07/2012 | 92<br>2 pg, 67.55 KB | DEFECTIVE DOCUMENT, notice of appearance for amicus counsel[90], on behalf of Movant Peterson Judgment Creditors, FILED.[631305] [12-75] |
| 06/07/2012 | 93<br>2 pg, 83.86 KB | NOTICE OF APPEARANCE AS AMICUS COUNSEL, on behalf of Movant The Valore Judgment Creditors, FILED. Service date 06/07/2012 by CM/ECF. [631350] [12-75]--[Edited 06/07/2012 by JW] |
| 06/07/2012 | 94<br>7 pg, 1.6 MB | NOTICE OF APPEARANCE AS AMICUS COUNSEL, on behalf of Movant Peterson Judgment Creditors, FILED. Service date 06/07/2012 by CM/ECF. [631384] [12-75]--[Edited 06/07/2012 by JW] |
| 06/07/2012 | 95 | NEW PARTY, Movant The Valore Judgment Creditors, ADDED.[631394] [12-75] |
| 06/07/2012 | 96 | NEW PARTY, Movant The Peterson Judgment Creditors, ADDED.[631401] [12-75] |
| 06/07/2012 | 97 | CURED DEFECTIVE NOTICE OF APPEARANCE FOR AMICUS COUNSEL[94], on behalf of Movant The Peterson Judgment Creditors, FILED.[631405] [12-75] |
| 06/07/2012 | 98<br>1 pg, 58.82 KB | NOTICE OF APPEARANCE AS AMICUS COUNSEL, on behalf of, <EDIT by Clerk's Office> , FILED. Service date 06/07/2012 by CM/ECF. [631552] [12-75] |
| 06/08/2012 | 99 | NEW PARTY, Movant Jeremy Levin and Lucille Levin, ADDED.[631637] [12-75] |
| 06/08/2012 | 100<br>48 pg, 470.81 KB | MOTION TO FILE AMICUS CURIAE BRIEF, on behalf of Non-Party Filer(s), FILED. Service date06/08/2012 by CM/ECF.[632281] [12-75] |
| 06/12/2012 | 104<br>1 pg, 17.85 KB | MOTION ORDER, referring Movant The Heiser Judgment Creditors, The Peterson Judgment Creditors, The Valore Judgment Creditors, Jeremy Levin and Lucille Levin motion to file amicus curiae brief [100], FILED. [635202][104] [12-75] |

Clear All

◉ Documents and Docket Summary
○ Documents Only

☐ Include Page Numbers

Selected Pages: 0     Selected Size: 0 KB     (Max: 10 MB)

View Selected

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/13/2012 13:56:59 | | | |
| PACER Login: | lk0036 | Client Code: | |
| Description: | Docket Report (filtered) | Search Criteria: | 12-75 |
| Billable Pages: | 4 | Cost: | 0.40 |