UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al.,

Plaintiffs,

v.

ISLAMIC REPUBLIC OF IRAN, et al.,

Defendants.

Case No. 10 Civ. 4518 (BSJ) (CONSOLIDATED)

**DECLARATION OF FRANK PANOPOULOS**

I, Frank Panopoulos, hereby declare as follows:

1. I am counsel at the law firm of White & Case LLP, attorneys for Defendant Clearstream Banking, S.A. ("Clearstream"). I submit this Declaration in support of Clearstream's Renewed Motion To Vacate Restraints ("Motion") in the above-captioned case.

2. The location in the record of the exhibits accompanying Clearstream's Motion is reflected in the Index to the Compendium of Exhibits.

3. Compendium Exhibit 1 is a true and correct copy of Legal Memorandum of Arendt & Medernach, dated September 13, 2010.

4. Compendium Exhibit 2 is a true and correct copy of Legal Memorandum of Arendt & Medernach, dated 7 January 2011.

5. Compendium Exhibit 3 is a true and correct copy of Declaration of Mr. Michael Barrett, dated September 10, 2009, with exhibits.

6. Compendium Exhibit 4 is a true and correct copy of the Declaration of Professor James S. Rogers, dated January 6, 2011, with exhibits.

7. Compendium Exhibit 5 is a true and correct copy of Amended Restraining Notice to Garnishee, dated June 20, 2008.

8. Compendium Exhibit 6 is a true and correct copy of Writ of Execution, dated June 12, 2008.

9. Compendium Exhibit 7 is a true and correct copy of the Hearing Transcript, dated June 27, 2008.

10. Compendium Exhibit 8 is a true and correct copy of Order, dated June 23, 2009.

11. Compendium Exhibit 9 is a true and correct copy of Federal Reserve Bank of New York, EU Clearing and Settlement and Legal Certainty Group Questionnaire, dated March 6, 2006.

12. Compendium Exhibit 10 is a true and correct copy of Clearstream's General Terms and Conditions, dated July 2008.

13. Compendium Exhibit 11 is a true and correct copy of excerpts from Bank Markazi account opening documents.

14. Compendium Exhibit 12 is a true and correct copy of illustrative charts reflecting Clearstream's Settlement System.

15. Compendium Exhibit 13 is a true and correct copy of excerpts from Carl S. Bjerre & Sandra M Rocks, The ABCs of the UCC (Amelia H. Boss, ed., American Bar Association 2004).

16. Compendium Exhibit 14 is a true and correct copy of a chart of Securities Affected by Writ of Execution and Restraining Notice.

17. Compendium Exhibit 15 is a true and correct copy of Hearing Transcript, dated October 31, 2011.

18. Compendium Exhibit 16 is a true and correct copy of excerpts from UNIDROIT Committee of Government Experts for the Preparation of a Draft Convention on Harmonised Substantive Rules Regarding Securities Held With An Intermediary, Final Report, dated August 2005.

19. Compendium Exhibit 17 is a true and correct copy of excerpt from UNIDROIT Committee of Government Experts for the Preparation of a Draft Convention on Harmonised Substantive Rules Regarding Securities Held With An Intermediary, Explanatory Notes of preliminary draft Convention, dated December 2004.

20. Compendium Exhibit 18 is a true and correct copy of excerpts from UNIDROIT Committee of Governmental Experts for the Preparation of a Draft Convention on Harmonised Substantive Rules Regarding Securities Held with an Intermediary, Comments by the Government of the United States of America dated February 2006.

21. Compendium Exhibit 19 is a true and correct copy of excerpts from *OFAC Regulations for the Financial Community*, Office of Foreign Assets Control, U.S. Department of the Treasury, dated October 16, 2010.

22. Compendium Exhibit 20 is a true and correct copy of 7A WILLIAM D. HAWKLAND ET AL., HAWKLAND UNIFORM COMMERCIAL CODE SERIES § 8-112:01 (2008).

23. Compendium Exhibit 21 is a true and correct copy of excerpts from Joanna Benjamin, INTERESTS IN SECURITIES (2000).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 22nd day of December, 2011.

Frank Panopoulos