## DECLARATION OF MICHAEL BARRETT

I, Michael Barrett, state as follows:

1.  I am the director of Clearstream's representative office in New York City, located at 350 Madison Avenue in Manhattan. I have been employed by Clearstream since March 1, 2006, and have held my current title since March 1, 2006. Unless otherwise stated, I have personal knowledge of the facts stated herein.

2.  Clearstream maintains its representative office in New York City pursuant to an approval order from the U.S. Federal Reserve Board of Governors and a license from the New York State Banking Department. The approval order and license were issued to Cedel Bank S.A., Clearstream's predecessor, and copies are attached hereto as Exhibits 1 and 2, respectively. In accordance with both the approval order from the Federal Reserve Board of Governors and the New York State Banking Department license, the representative office's activities are limited to providing support services for customers, market research, and promotional activities, and specifically exclude engaging in banking in New York.

3.  The New York representative office serves as a customer service center and has two functions: soliciting new customers and providing customer support services. Soliciting customers entails representing Clearstream to market participants and industry groups. Providing customer support includes handling customer inquiries about Clearstream deadlines, system problems, questions on settlement procedures, and forwarding to Clearstream's Operations Center in Luxembourg and monitoring all technical and service issues that cannot be resolved by the representative office. The representative office's customer base ranges throughout all of North, South and Central America, as well as the Caribbean.

4.  The representative office does not conduct settlement or clearing operations or engage in customer transactions; all transactions are conducted centrally out of Clearstream's Operations

Center in Luxembourg.  The representative office also does not sign any documentation relating to their customers' business.  New customers enter into contracts with Clearstream's main office in Luxembourg, where their security accounts are maintained.

5.  The office employs 13 sales and customer support officers, many of whom speak Spanish.  The duties of the sales staff are to solicit business and retain customers.  The duties of the customer support officers are limited to providing guidance and explanation as well as communication to the main office concerning cash or security settlement.  The customer service officer's job is only to exchange information between the customer and the Operations Center in Luxembourg.  Attached hereto as Exhibits 3 and 4, respectively, are template job descriptions for sales and customer services staff.

6.  The representative office has an operating expense account locally with Citibank that is used for vendor payments and local bills.  It also has a payroll account with Citibank that is controlled by the main office in Luxembourg.  Other accounts in New York are controlled by the main office in Luxembourg and are used for settlement, including cash settlement where applicable, of transactions.

7.  I have read the affidavit of Mr. William Cortellessa concerning his visits to this office.  With respect to paragraphs 16-21 of that affidavit, I note for the record that this office returned to Plaintiffs' counsel the $15.00 check Mr. Cortellessa left with us on June 24, 2009.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 10th day of September, 2009 in New York, New York.


_____
Michael Barrett

# EXHIBIT 1

FEDERAL RESERVE SYSTEM

Cedel Bank, S.A.
Luxembourg

Order Approving Establishment of a Representative Office

Cedel Bank, S.A. ("Bank"), Luxembourg, a foreign bank within the meaning of the International Banking Act ("IBA"), has applied under section 10(a) of the IBA (12 U.S.C. § 3107(a)) to establish a representative office in New York, New York. The Foreign Bank Supervision Enhancement Act of 1991, which amended the IBA, provides that a foreign bank must obtain the approval of the Board to establish a representative office in the United States.

Notice of the application, affording interested persons an opportunity to submit comments, has been published in a newspaper of general circulation in New York, New York (New York Times, November 23, 1994). The time for filing comments has expired, and the Board has considered the application and all comments received.

As of December 31, 1994, Bank had total assets of approximately $2.5 billion. Bank, which is one of Europe's major securities clearing, settlement and custody organizations, converted to bank status under Luxembourg law as of January 1, 1995. Prior to conversion, Bank was licensed as a non-bank financial institution authorized to conduct business as a financial advisor and a professional depository of securities and other financial instruments. Bank continues to be engaged primarily in providing specialized services relating to

-2-

securities clearing and settlement. The shares of Bank are held
directly by Cedel International, S.A. ("Parent"), which is a
holding company separately licensed as a professional depository
of securities by the Luxembourg Ministry of the Treasury. Parent
is owned by approximately 100 banks, securities dealers, and
other financial institutions from around the world. None of
Parent's shareholders owns more than 5 percent of its shares.

In acting on an application to establish a
representative office, the IBA and Regulation K provide that the
Board shall take into account whether the foreign bank engages
directly in the business of banking outside of the United States,
has furnished to the Board the information it needs to assess
adequately the application, is subject to comprehensive
supervision or regulation on a consolidated basis by its home
country supervisor, and has provided adequate assurances of
access to information on the operations of the bank and its
affiliates to determine compliance with U.S. laws. (12 U.S.C.
§ 3107(a); 12 C.F.R. 211.24(d). The Board may also take into
account additional standards as set forth in the IBA (12 U.S.C.
§ 3105(d)(3)-(4)) and Regulation K (12 C.F.R. 211.24(c)). The
Board previously has stated that the standards that apply to the
establishment of a branch or agency need not in every case apply
to the establishment of a representative office.[1/] Moreover,
the Board also has determined that an application by a foreign

---

[1/] Citizens National Bank, 79 Federal Reserve Bulletin 805
(1993).

-2-

bank to establish a representative office may be approved if
(i) the bank commits that the proposed representative office will
engage only in a limited set of activities considered to pose
minimal risk to U.S. markets or U.S. counterparties and (ii) the
bank is subject to a supervisory framework that is consistent
with approval of the application, taking into account the limited
activities of the proposed office and the operating record of the
bank.[2]

In this case, the activities of Bank's representative
office would be limited to those relating to Bank's business as a
provider of clearing, settlement and custody services for
institutional customers, including marketing and promotional
activities, providing technical assistance to Bank's customers in
North and South America, answering customer inquiries and
engaging in research. The representative office would not engage
in activities such as making credit decisions on behalf of Bank
or soliciting business of any kind from individuals acting in
their personal capacity. With respect to home country
supervision of Bank, the Board has considered the following
information. The Institut Monétaire Luxembourgeois ("IML") is
the primary supervisor of financial institutions in Luxembourg
and, as such, is the home country supervisor of Bank. The IML
establishes capital and liquidity requirements, evaluates the
financial condition and performance of all Luxembourg financial

---

[2] *Promstroybank of Russia*, 82 Federal Reserve Bulletin ___
(Order dated April 8, 1996).

-4-

institutions, and monitors all financial institutions and their controlling companies for adherence to Luxembourg laws and regulations. The IML, which has authorized Bank to establish the proposed representative office, supervises the foreign and domestic activities of Bank and Parent.

The IML monitors the operations of Bank through the review of periodic prudential reports from Bank, the review of reports from the Bank's external auditor and the IML's own on-site inspections of Bank. Bank is required to submit to the IML monthly balance sheets, foreign exchange position reports, and solvency and liquidity ratios. In addition, Bank is required to submit quarterly income statements and reports on large exposures and on the maturity structure of Bank's assets and liabilities. The IML requires Bank to undergo annual external audits by approved auditors and to forward the results of such audits, as well as any special audits, to the IML. Bank's external auditors are required, among other things, to review Bank's accounting and risk management systems and to assess the reliability of Bank's periodic prudential reports to the IML. The IML is in the process of implementing an enhanced supervision system for Bank in order to monitor the risks associated with Bank's specialized services.

Bank's operations are conducted primarily from its headquarters in Luxembourg. Bank's internal audit department performs comprehensive audits at least once a year, which include reviews of management processes and practices, verification of

-5-

accounting records, and operational procedures and controls. The representative office would be subject to a comprehensive internal audit at least annually, the results of which would also be reviewed by Bank's external auditors.

Based on all the facts of record, the Board concludes that factors relating to the supervision of Bank by its home country supervisor are consistent with approval of the proposed representative office. The Board also has determined that, for purposes of the IBA and Regulation K, Bank engages directly in the business of banking outside of the United States through its operations in Luxembourg. Bank has provided the Board with the information necessary to assess the application through submissions that address relevant issues.

The Board also has taken into account the additional standards set forth in section 7 of the IBA and Regulation K (see 12 U.S.C. § 3105(d)(3),(4); 12 C.F.R. 211.24(c)(2)). As noted above, the IML has authorized Bank to establish the proposed representative office.

The Board also has determined that the financial and managerial factors are consistent with approval of the representative office. Bank appears to have the experience and capacity to support the proposed office and has established controls and procedures for the proposed representative office to ensure compliance with U.S. law.

Finally, with respect to access to information on Bank's operations, the Board has reviewed the relevant provisions

-6-

of law in Luxembourg and has communicated with appropriate
government authorities regarding access to information.  Bank and
Parent each have committed to make available to the Board such
information on the operations of Bank and any of its affiliates
that the Board deems necessary to determine and enforce
compliance with the IBA, the Bank Holding Company Act of 1956, as
amended, and other applicable Federal law.  To the extent that
the provision of such information to the Board may be prohibited
or impeded by law, Bank and Parent have committed to cooperate
with the Board to obtain any necessary consents or waivers that
might be required from third parties in connection with
disclosure of certain information.  In addition, subject to
certain conditions, the IML may share information on Bank's
operations with other supervisors, including the Board.  In light
of the commitments provided by Bank and Parent and other facts of
record, and subject to the condition described below, the Board
concludes that Bank has provided adequate assurances of access to
any necessary information the Board may request.

On the basis of all the facts of record, and subject to
the commitments made by Bank, as well as the terms and conditions
set forth in this order, the Board has determined that Bank's
application to establish a representative office should be, and
hereby is, approved.  Should any restrictions on access to
information on the operations or activities of Bank and any of
its affiliates subsequently interfere with the Board's ability to
determine the compliance by Bank or its affiliates with

-4-

applicable federal statutes, the Board may require termination of
any of Bank's direct or indirect activities in the United States.
Approval of this application is also specifically conditioned on
compliance by Bank with the commitments made in connection with
this application and with the conditions in this order.[5]  The
commitments and conditions referred to above are conditions
imposed in writing by the Board in connection with its decision,
and may be enforced in proceedings under 12 U.S.C. § 1818 against
Bank and its affiliates.

By order of the Board of Governors,[6] effective
April 24, 1996.

Jennifer J. Johnson
Deputy Secretary of the Board

---

[4]  The Board's authority to approve the establishment of
the proposed representative office parallels the continuing
authority of the State of New York to license offices of a
foreign bank.  The Board's approval of this application does not
supplant the authority of the State of New York and its agent,
the New York State Banking Department, to license the proposed
representative office of Bank in accordance with any terms or
conditions that the New York State Banking Department may impose.

[5]  Voting for this action:  Chairman Pro Tempore Greenspan
and Governors Kelley, Lindsey, Phillips, and Yellen.

# EXHIBIT 2

# BANKING DEPARTMENT



# STATE OF NEW YORK

## LICENSE TO MAINTAIN A REPRESENTATIVE OFFICE

WHEREAS, CEDEL BANK S.A., a banking corporation duly organized under the laws of Grand Duchy of Luxembourg and having its principal office in the city of Luxembourg, Luxembourg, has made application, pursuant to Article V-B of the Banking Law, to establish, maintain or use a representative office at One World Trade Center, Borough of Manhattan, City of New York;

WHEREAS, The said applicant has complied with the applicable requirements of the Banking Law;

NOW, THEREFORE, BE IT KNOWN THAT the said applicant is hereby authorized to carry on the activities permissible for a representative office, under relevant Banking Laws and Regulations, at the above location. THIS IS NOT A LICENSE TO ENGAGE IN THE BUSINESS OF BANKING IN THE STATE OF NEW YORK.

This license was originally issued to be effective as of May 1, 1996 and to remain in full force and effect, unless suspended, surrendered or revoked. This license is being reissued to replace the original license.



WITNESS, my hand and official seal of the Banking Department at the City of New York, this 30th day of May in the year two thousand and two.

_____
Superintendent of Banks

*State of New York*

# Banking Department

WHEREAS, Application has been made to the Superintendent of Banks of the State of New York by **Clearstream Banking S.A.**, a banking corporation duly organized under the laws of Grand Duchy of Luxembourg and having its principal office in the city of Luxembourg, Luxembourg, for permission to change the location of its representative office from **One World Trade Center, New York, New York** to **350 Madison Avenue, Borough of Manhattan, City of New York**; and

WHEREAS, Representations have been made to the Superintendent of Banks regarding the quarters to be occupied and the expenditures to be made for constructing and/or altering, equipping and furnishing said office; and

WHEREAS, There appears to be no reasonable objection to such change of location and in reliance on said representations;

NOW, THEREFORE, I, **MICHAEL J. LESSER**, Deputy Superintendent of Banks of the State of New York, **DO HEREBY CONSENT TO** and **APPROVE OF** the aforementioned change of location on or after May 23, 2002 (and such facility is to be placed in operation at its new location on or before one year from the date of this authorization, unless extended in writing by the Superintendent of Banks of the State of New York.

**Witness,** *my hand and official seal of the Banking Department at the City of New York this 23ʳᵈ day of   May   in the Year two thousand and two.*

_____
*Deputy Superintendent of Banks*

# EXHIBIT 3

# Clearstream Banking
## Job Description

### Internal Use Only

**Prepared by:**

**Tel:**

**Date:**

| 1. | Position: | |
|---|---|---|
| | Title: | Senior Expert - Sales |
| 2. | Purpose of the job (describe role of job in unit): | |
| | The purpose of the job is to : <br> 1) Manage the acquisition and retention of customers in assigned region; <br> 2)   Represent Clearstream Banking to market participants and industry groups in assigned region. | |
| 3. | Reporting relationship (identify responsible manager and subordinates, if any): | |
| | • The Senior Expert - Sales reports to the Head of Section, Americas | |
| 4. | Key responsibilities (List the key responsibilities with action verb i.e. direct, maintain, classify): | |
| | The key responsibilities are to: <br><br> 1) Achieve business plan for the region; <br> 2) Provide leadership and guidance to other staff in NY Office; <br> 3) Participate in all customer facing activities in region; <br> 4) Increase Clearstream Banking market share; <br> 5) Adhere to Clearstream Banking best practice and customer care standards. | |

**Internal Use Only**

| 5. | **Authority:** |
|---|---|
| | The Senior Expert - Sales has the authority to:<br><br>1) Co-sign and approve checks for NY Office;<br>2) Approve or deny access to NY office;<br>3) Have full access to regional and global MIS data. |
| **6.** | **Qualifications:** |
| 6.1. | **Educational requirements (specify university degree, etc.):** |
| | 1)   University degree in Economics or Finance is preferable. 15 -20 years experience may be substituted. |
| 6.2. | **Experience (describe relevant previous work experience, if required):** |
| | 1) Knowledge of region, people, customs and business practices;<br>2) Thorough understanding of products, services, policies and procedures of   Clearstream Banking. |
| 6.3. | **Interpersonal skills (communication, leadership, teamwork, etc.):** |
| | 1) Leadership qualities;<br>2) Strong communications skills;<br>3) Ability to travel extensively;<br>4) Strong sales and relationship skills. |
| 6.4. | **Other (i.e. language skills, etc.):** |
| | 1)   English speaking mandatory. |
| 7. | **Authorisation:** |

| | **Title** | **Name** | **Unit** | **Date** | **Signature** |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

**Internal Use Only**

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |

# Clearstream Banking
## Job Description

### Internal Use Only

**Prepared by:**

**Tel:**

**Date:**

| 1. | Position: | |
|----|-----------|---|
| | Title: | Expert - Sales |

| 2. | Purpose of the job (describe role of job in unit): |
|----|---|
| | The purpose of the job is to : <br><br> 1) Manage the acquisition and retention of customers in assigned region; <br> 2) Represent Clearstream Banking to market participants and industry groups in assigned region. |

| 3. | Reporting relationship (identify responsible manager and subordinates, if any): | |
|----|---|---|
| | • The Expert - Sales reports to the Head of Section, Americas | |

| 4. | Key responsibilities (List the key responsibilities with action verb i.e. direct, maintain, classify): |
|----|---|
| | The key responsibilities are to: <br><br> 1) Achieve business plan for the region; <br> 2) Participate in all customer facing activities in region; <br> 3) Increase Clearstream Banking market share; <br> 4) Adhere to Clearstream Banking best practice and customer care standards. |

**Internal Use Only**

| 5. | **Authority:** |
|---|---|
| | The Expert - Sales has the authority to: <br><br> • Have full access to Regional MIS data. |
| **6.** | **Qualifications:** |
| **6.1**<br>. | **Educational requirements (specify university degree, etc.):** |
| | 1)   University degree.  10 – 15 years experience may be substituted. |
| **6.2**<br>. | **Experience (describe relevant previous work experience, if required):** |
| | 1)  Knowledge of region, people, customs and business practices; <br> 2)  Thorough understanding of products, services, policies and procedures of   Clearstream Banking. |
| **6.3**<br>. | **Interpersonal skills (communication, leadership, teamwork, etc.):** |
| | 1)  Strong  communications skills; <br> 2)  Ability to travel extensively; <br> 3)  Strong sales and relationship skills. |
| **6.4**<br>. | **Other (i.e. language skills, etc.):** |
| | 1)   English speaking mandatory; <br> 2.   Spanish or Portuguese speaking is a plus. |
| **7.** | **Authorisation:** |

| | *Title* | *Name* | *Unit* | *Date* | *Signature* |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

# EXHIBIT 4

# Clearstream Banking
## Job Description

### Internal Use Only

**Prepared by:**

**Tel:**

**Date:**

| 1. | Position: | |
|---|---|---|
| | Title: | Senior Expert Customer Service Manager Head of Unit |
| **2.** | **Purpose of the job (describe role of job in unit):** | |
| | The purpose of the job is to :<br>1)   Over sight and management of Customer Service Staff all levels;<br>2)   Administrative and functional office responsibilities for staff and facility<br>3)   Assigned as AML and BSA Officer for The Americas | |
| **3.** | **Reporting relationship (identify responsible manager and subordinates, if any):** | |
| | • The Senior Expert - Customer Service Manager Head of Unit reports to the Head of Section, Americas | |
| **4.** | **Key responsibilities (List the key responsibilities with action verb i.e. direct, maintain, classify):** | |
| | The key responsibilities are to:<br><br>1)   AML and BSA adherence to corporate policy and regulations<br>2)   Provide leadership and guidance to other staff in NY Office;<br>3)   Participate in all customer facing activities in region;<br>4)   Increase Clearstream Banking market share;<br>5)   Adhere to Clearstream Banking best practice and customer care standards. | |

**Internal Use Only**

| 5. | Authority: |
|---|---|

The Senior Expert - Customer Service Manager Head of Unit has the authority to:

1) Co-sign and approve checks for NY Office;
2) Approve or deny access to NY office;
3) Have full access to regional and global MIS data.
4) Author and execute Staff appraisals and review along with task setting and career path guidence

| 6. | Qualifications: |
|---|---|
| 6.1 | Educational requirements (specify university degree, etc.): |

1)   University degree in Economics or Finance is preferable. 15 -20 years experience may be substituted.

| 6.2 | Experience (describe relevant previous work experience, if required): |
|---|---|

1) Knowledge of region, people, customs and business practices;
2) Thorough understanding of products, services, policies and procedures of  Clearstream Banking.
3) Understanding and training in the AML BSA arena and experience in its enforcement

| 6.3 | Interpersonal skills (communication, leadership, teamwork, etc.): |
|---|---|

1) Leadership qualities;
2) Strong communications skills;
3) Ability to travel extensively;
4) Strong management and relationship skills.

| 6.4 | Other (i.e. language skills, etc.): |
|---|---|

1)   English speaking mandatory.

| 7. | Authorisation: | | | | |
|---|---|---|---|---|---|
| | **Title** | **Name** | **Unit** | **Date** | **Signature** |
| | | | | | |

**Internal Use Only**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

# Clearstream Banking
## Job Description
### Internal Use Only

*Prepared by:*

*Tel:*

*Date:*

| 1. | Position: | |
|----|-----------|--|
|    | Title: | Staff – Customer Services, Americas |

| 2. | Purpose of the job (describe role of job in unit): |
|----|---------------------------------------------------|
|    | The purpose of the job is to:<br><br>Provide support services for customers on all securities clearing, custody, billing, COL, Swift and claim issues. |

| 3. | Reporting relationship (identify responsible manager and subordinates, if any): | |
|----|---------------------------------------------------------------------------------|--|
|    | • The Staff - Customer Services reports to the Head of Section, Americas | |

| 4. | Key responsibilities (list the key responsibilities with action verb i.e. direct, maintain, classify): |
|----|----------------------------------------------------------------------------------------------------------|
|    | The key responsibilities of the Staff - Customer Services are to:<br>1) Advise customers on the day-to-day use of all Clearstream Banking products and services as well as to provide information about any Clearstream Banking documentation;<br>2) Forward and monitor all technical, services issues with other units involved;<br>3) Provide support services for customers on all settlement (core and cross-border transactions), cash securities lending & borrowing, credit facilities information and custody administration issues; monitor all complex, complicated and pending enquiries that cannot be resolved or answered directly;<br>4) Agree and keep record of acceptance, refusal and amendment of late instructions, special requests and favours within the empowerment of the manager;<br>5) Provide Help Desk support services to customers on all communication and technical issues related to Customer Services.  Forward and monitor all technical and service issues;<br>6) Log incoming customer calls/queries in SAP |

# Clearstream Banking

Internal Use Only

| 5. | Authority: |
|---|---|
| | The Staff – Customer Service Officer has the authority to:<br><br>1) Access the applicable systems to assist customer inquiries;<br>2) Direct and follow up on customer problems as needed. |

| 6. | Qualifications: |
|---|---|
| 6.1. | Educational requirements (specify university degree, etc.): |
| | 1) University degree.  Experience may substitute for degree. |

| 6.2. | Experience (describe relevant previous work experience, if required): |
|---|---|
| | 1)  Good knowledge of products and services, operational processes, cross border settlements and financial instruments;<br>2)  Good company knowledge;<br>3)  Minimum 2 years experience in Clearstream Banking or minimum 2 years in major broker/dealers or financial institutions. |

| 6.3. | Interpersonal skills (communication, leadership, teamwork, etc.): |
|---|---|
| | 1)  Good communication skills;<br>2)  High team spirit;<br>3)  Excellent phone skills;<br>4)  Advanced PC skills;<br>5)  Customer focused and responsive. |

| 6.4. | Other (i.e. language skills, etc.): |
|---|---|
| | 1)  English mandatory<br>2)  Spanish or Portuguese is a plus |

| 7. | Authorisation: | | | | |
|---|---|---|---|---|---|
| | Title | Name | Unit | Date | Signature |
| | | | | | |
| | | | | | |
| | | | | | |

# Clearstream Banking
## Job Description
Internal Use Only

*Prepared by:*

*Tel:*

*Date:*

| 1. | *Position:* | |
|---|---|---|
| | Title: | Staff – Administration, Americas |
| 2. | *Purpose of the job (describe role of job in unit):* | |
| | The purpose of the job is to:<br><br>Coordinate day-to-day internal company administrative requirements for the NY Regional office with timeliness and accuracy. | |
| 3. | *Reporting relationship (identify responsible manager and subordinates, if any):* | |
| | • The Staff – Administration, Americas reports to the Head of Section, Americas. | |
| 4. | *Key responsibilities (list the key responsibilities with action verb i.e. direct, maintain, classify):* | |
| | The key responsibilities of the Staff – Administration, Americas are to:<br>1) Ensure that accounting entries from each office are coded correctly and allocated to the appropriate cost centre;<br>2) Periodic review of existing/expiring vendor contracts, agreements and re-negotiate for lower prices;<br>3) Serve as regional liaison with Human Resources on benefits and retirement plans.<br>4) Ensure regional compliance with T&E policy;<br>5) Serve as regional liaison with Insurance Unit and Purchasing in Head Office;<br>6) Perform annual fixed assets inventory and coordinate with Accounting in Head Office;<br>7) Ensure office equipment are in proper working condition with supplies in stock;<br>8) Order business cards for all staff/letterheads and stationery from Head Office;<br>9) Manage front office staff ensuring smooth flow of customer calls, visitor reception, mail distribution, outgoing packages, and secretarial support needs. | |

| 5. | Authority: |
|---|---|
| | The Staff – Administration, Americas has the authority to:<br>• Review all expenses ;<br>• Negotiate directly with vendors for discounts/cost savings;<br>• Liaise directly with Finance for Regional Office funding;<br>• Liaise with HR on payroll and benefits issues. |
| 6. | Qualifications: |
| 6.1. | Educational requirements (specify university degree, etc.): |
| | 1) University degree.  Experience may substitute for degree. |
| 6.2. | Experience (describe relevant previous work experience, if required): |
| | 1) Minimum 5 years experience in Office Manager/Administration;<br>2) Knowledge of and training on Clearstream Banking accounting systems, internal audit requirements and internal policies;<br>3) Knowledge of benefits requirements in region. |
| 6.3. | Interpersonal skills (communication, leadership, teamwork, etc.): |
| | 1) Ability to work under pressure and within tight deadlines;<br>2) Strong oral and written communication skills;<br>3) Aptitude for cost avoidance and recovery. |
| 6.4. | Other (i.e. language skills, etc.): |
| | 1) English fluency.<br>2) Spanish is an asset. |
| 7. | Authorisation: |

| Title | Name | Unit | Date | Signature |
|---|---|---|---|---|
| Line Manager: | | | | |
| Human Resources: | | | | |
| | | | | |