# Custody Structure for US Securities in Clearstream Banking S.A. (illustrative)



# Settlements in Clearstream Banking S.A.
## 1. Internal Delivery Free of Payment (illustrative)



# Settlements in Clearstream Banking S.A.
## 2. External Delivery Free of Payment (illustrative)



# Settlements in Clearstream Banking S.A.
## 3. Internal Delivery against Payment (illustrative)



# Settlements in Clearstream Banking S.A.
## 4. External Delivery against Payment (illustrative)

