

ELECTRONICALLY FILED

DATE FILED: 8/24/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEBORAH D. PETERSON,<br>Personal Representative of the Estate<br>Of James C. Knipple (Dec.), et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ISLAMIC REPUBLIC OF IRAN; BANK<br>MARKAZI a/k/a CENTRAL BANK OF<br>IRAN; BANCA UBAE SpA; CITIBANK,<br>N.A., and CLEARSTREAM BANKING, S.A.,<br><br>Defendants. | Case No.: 10 CIV 4518 (BSJ) (GWG)<br><br>**STIPULATION AS TO FILING OF**<br>**SUPPLEMENTAL BRIEFS ON**<br>**PLAINTIFFS' MOTION FOR**<br>**PARTIAL SUMMARY JUDGMENT** |

It is hereby stipulated by and between Plaintiffs listed on Exhibit A annexed hereto and the Defendants, by their undersigned attorneys, as follows:

Whereas the Plaintiffs moved for partial summary judgment by notice of motion dated April 2, 2012, which motion was submitted for decision to the Court on August 6, 2012; and

Whereas on August 10, 2012, President Obama signed into law the Iran Threat Reduction and Syria Human Rights Act of 2012, Public Law No. 112-158, 126 Stat. 1214 (the "Act"); and

Whereas Section 502 of the Act may affect the Court's decision with respect to the relief sought in the Plaintiffs' motion for partial summary judgment, and the parties desire to file additional briefs that address the effect of the Act on the relief sought by the Plaintiffs in their motion;

Therefore the undersigned parties agree as follows:

1. The judgment creditors may file a supplemental brief and supporting papers addressing the effect of the Act on their motion for partial summary judgment on or before September 14, 2012;

2. The defendants may file an answering brief and supporting papers on or before October 12, 2012; and

3. The judgment creditors may file a reply brief and supporting papers on or before October 26, 2012.

By agreeing on the within briefing schedule, Defendant Banca UBAE S.p.A. does not waive or intend to waive defenses of lack of subject matter jurisdiction and/or lack of personal jurisdiction. In addition, nothing in this Stipulation should be deemed as a jurisdictional waiver because this Court on several occasions, and over UBAE's objections, has held UBAE's jurisdictional motion in abeyance pending the resolution of, inter alia, the Peterson Plaintiffs' motion for partial summary judgment.

Dated: August 20, 2012

/s/ Liviu Vogel
Liviu Vogel
Annureet K. Grewal
Salon Marrow Dyckman Newman & Broudy LLP
292 Madison Avenue
New York, NY 10017
(212) 661-7100

– and –

202371

James P. Bonner
Patrick L. Rocco
Stone Bonner & Rocco LLP
260 Madison Avenue, 17th Floor
New York, NY 10016
(212) 239-4340

*Attorneys for Peterson Plaintiffs*

Curtis C. Mechling
James L. Bernard
Judy P. Goodwin
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038
(212) 806-5400

*Attorneys for Greenbaum and Acosta Plaintiffs*

Richard Marc Kremen
Dale K. Cathell
DLA Piper US LLP (MD)
6225 Smith Avenue
Baltimore, MD 21209
(410) 580-3000

*Attorneys for Heiser Plaintiffs*

Suzelle M. Smith
Howarth and Smith (LA)
523 West Sixth Street,
Suite 728
Los Angeles, CA 90014
(213) 955-9400

*Attorneys for Levin Plaintiffs*

202371

James P. Bonner
Patrick L. Rocco
Stone Bonner & Rocco LLP
260 Madison Avenue, 17th Floor
New York, NY 10016
(212) 239-4340

*Attorneys for Peterson Plaintiffs*

Curtis C. Mechling
James L. Bernard
Judy P. Goodwin
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038
(212) 806-5400

*Attorneys for Greenbaum and Acosta Plaintiffs*

Richard Marc Kremen
Dale K. Cathell
DLA Piper US LLP (MD)
6225 Smith Avenue
Baltimore, MD 21209
(410) 580-3000

*Attorneys for Heiser Plaintiffs*

Suzelle M. Smith
Howarth and Smith (LA)
523 West Sixth Street,
Suite 728
Los Angeles, CA 90014
(213) 955-9400

*Attorneys for Levin Plaintiffs*

202371

James P. Bonner
Patrick L. Rocco
Stone Bonner & Rocco LLP
260 Madison Avenue, 17th Floor
New York, NY 10016
(212) 239-4340

*Attorneys for Peterson Plaintiffs*

---

Curtis C. Mechling
James L. Bernard
Judy P. Goodwin
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038
(212) 806-5400

*Attorneys for Greenbaum and Acosta Plaintiffs*

---

Richard Marc Kremen
Dale K. Cathell
DLA Piper US LLP (MD)
6225 Smith Avenue
Baltimore, MD 21209
(410) 580-3000

*Attorneys for Heiser Plaintiffs*

/s/ Suzelle M. Smith
Howarth and Smith (LA)
523 West Sixth Street,
Suite 728
Los Angeles, CA 90014
(213) 955-9400

*Attorneys for Levin Plaintiffs*

202371

*[signature]*

Keith Martin Fleischman
Fleischman Law Firm
565 Fifth Avenue, 7th Floor
New York, NY 10017
(212) 880-9571

*Attorneys for Valore Plaintiffs*

Annie Pennock Kaplan
Thomas Fortune Fay
Fay Kaplan Law PA
777 Sixth Street, N.W., Suite 410
Washington, D.C. 20001
(202) 589-1300

*Attorneys for Owens Plaintiffs*

Steven Karl Barentzen
The Law Office of Steven Barentzen
1575 Eye Street, N.W., Suite 300
Washington, D.C. 20005
(202) 289-4333

– and –

John W. Karr
Karr & Allison PC
1250 Connecticut Ave., N.W., Suite 200
Washington, D.C. 20036
(202) 331-7600

*Attorneys for Murphy Plaintiffs*

Noel J. Nudelman
Heidman Nudelman & Kalik PC
1146 19th Street, N.W., 5th Floor

202371

Keith Martin Fleischman
Fleischman Law Firm
565 Fifth Avenue, 7th Floor
New York, NY 10017
(212) 880-9571

*Attorneys for Valore Plaintiffs*

*/s/ Annie P. Kaplan* (WCD)
Annie Pennock Kaplan     8/22/12
Thomas Fortune Fay
Fay Kaplan Law PA
777 Sixth Street, N.W., Suite 410
Washington, D.C. 20001
(202) 589-1300

*Attorneys for Owens Plaintiffs*

Steven Karl Barentzen
The Law Office of Steven Barentzen
1575 Eye Street, N.W., Suite 300
Washington, D.C. 20005
(202) 289-4333

– and –

John W. Karr
Karr & Allison PC
1250 Connecticut Ave., N.W., Suite 200
Washington, D.C. 20036
(202) 331-7600

*Attorneys for Murphy Plaintiffs*

*/s/ Noel J. Nudelman* (LV) 8/22/12
Noel J. Nudelman
Heidman Nudelman & Kalik PC
1146 19th Street, N.W., 5th Floor

202371

Keith Martin Fleischman
Fleischman Law Firm
565 Fifth Avenue, 7th Floor
New York, NY 10017
(212) 880-9571

*Attorneys for Valore Plaintiffs*

Annie Pennock Kaplan
Thomas Fortune Fay
Fay Kaplan Law PA
777 Sixth Street, N.W., Suite 410
Washington, D.C. 20001
(202) 589-1300

*Attorneys for Owens Plaintiffs*

/s/ Steven Karl Barentzen

Steven Karl Barentzen
The Law Office of Steven Barentzen
1575 Eye Street, N.W., Suite 300
Washington, D.C. 20005
(202) 289-4333

– and –

John W. Karr
Karr & Allison PC
1250 Connecticut Ave., N.W., Suite 200
Washington, D.C. 20036
(202) 331-7600

*Attorneys for Murphy Plaintiffs*

Noel J. Nudelman
Heidman Nudelman & Kalik PC
1146 19th Street, N.W., 5th Floor

202371

Washington, D.C. 20036
(202) 463-1818

*Attorneys for Brown, Bland and Sylvia Plaintiffs*

*[signature]*

David M. Lindsey
James M. Hosking
Andreas A. Frischknecht
Yasmine Lahlou
Chaffetz Lindsey LLP
505 Fifth Avenue, Suite 400
New York, NY 10017
(212) 257-6960

*Attorneys for Defendant Bank Markazi*

Nicole E. Erb
Frank Panopoulos
White & Case LLP
701 Thirteenth Street, N.W.
Washington, D.C. 20005
(202) 626-3600

*Attorneys for Defendant Clearstream Banking, S.A.*

John J. Zefutie, Jr.
Ugo Colella
Patton Boggs LLP
The Legal Center
One Riverfront Plaza
Newark, NJ 07102
(973) 848-5600

*Attorneys for Defendant UBAE SpA*

202371

Washington, D.C. 20036
(202) 463-1818

*Attorneys for Brown, Bland and Sylvia Plaintiffs*


David M. Lindsey
James M. Hosking
Andreas A. Frischknecht
Yasmine Lahlou
Chaffetz Lindsey LLP
505 Fifth Avenue, Suite 400
New York, NY 10017
(212) 257-6960

*Attorneys for Defendant Bank Markazi*


Nicole E. Erb
Frank Panopoulos
White & Case LLP
701 Thirteenth Street, N.W.
Washington, D.C. 20005
(202) 626-3600

*Attorneys for Defendant Clearstream Banking, S.A.*


John J. Zefutie, Jr.
Ugo Colella
Patton Boggs LLP
The Legal Center
One Riverfront Plaza
Newark, NJ 07102
(973) 848-5600

*Attorneys for Defendant UBAE SpA*


202371

Washington, D.C. 20036
(202) 463-1818

*Attorneys for Brown, Bland and Sylvia Plaintiffs*


David M. Lindsey
James M. Hosking
Andreas A. Frischknecht
Yasmine Lahlou
Chaffetz Lindsey LLP
505 Fifth Avenue, Suite 400
New York, NY 10017
(212) 257-6960

*Attorneys for Defendant Bank Markazi*


Nicole E. Erb
Frank Panopoulos
White & Case LLP
701 Thirteenth Street, N.W.
Washington, D.C. 20005
(202) 626-3600

*Attorneys for Defendant Clearstream Banking, S.A.*

John J. Zefutie, Jr.
Ugo Colella
Patton Boggs LLP
The Legal Center
One Riverfront Plaza
Newark, NJ 07102
(973) 848-5600

*Attorneys for Defendant UBAE SpA*


202371

*[signature: Sharon Schneier]*

Sharon L. Schneier
Christopher J. Robinson
Davis Wright Tremaine LLP
1633 Broadway
New York, NY 10019
(212) 489-8230

*Attorneys for Defendant Citibank, N.A.*

SO ORDERED:

*[signature]* USMJ

Dated: 8/24/2012

202371

## Exhibit A

"**Peterson Plaintiffs**" refer to the plaintiffs identified in the complaint filed in the United States District Court for the District of Columbia entitled *Deborah D. Peterson, et al. v. Islamic Republic of Iran, et al.*, Civil Action Nos. 01-2094 and 01-2684 (RCL), who seek to enforce their judgment in the amount of $2,656,944,877.00, arising from the deaths of 241 United States Marines, United States Navy medical personnel and soldiers assigned to the 24th Marine Amphibious Unit that resulted from the October 23, 1983 Iran-sponsored terrorist bombing of the United State Marine Barracks in Beirut, Lebanon.

"**Valore Plaintiffs**" refer to the plaintiffs identified in the complaints filed in the United States District Court for the District of Columbia entitled *Valore, et al. v. Islamic Republic of Iran, et al.*, No. 03-cv-1959 (RCL), *Arnold, et al. v. Islamic Republic of Iran, et al.*, No. 06-cv-516 (RCL), *Spencer, et al. v. Islamic Republic of Iran, et al.*, No. 06-cv-750 (RCL), and *Bonk, et al. v. Islamic Republic of Iran, et al.*, No. 08-cv-1273 (RCL), who seek to enforce their judgment in the amount of $1,290,291,092.00, arising from the deaths of 241 United States Marines, United States Navy medical personnel and soldiers assigned to the 24th Marine Amphibious Unit that resulted from the October 23, 1983 Iran-sponsored terrorist bombing of the United State Marine Barracks in Beirut, Lebanon.

"**Acosta Plaintiffs**" refer to the plaintiffs identified in the complaint filed in the United States District Court for the District of Columbia entitled *Acosta, et al. v. Islamic Republic of Iran, et al.*, Civil Action No. 06-745 (RCL), who seek to enforce their judgment in the amount of $350,172,000.00, arising from the deaths that resulted from the Iran-sponsored assassination of Rabbi Meier Kahane and the shooting of Irving Franklin and U.S. Postal Police Officer Carlos Acosta on November 5, 1990, in New York.

202371

"**Greenbaum Plaintiffs**" refer to the plaintiffs identified in the complaint filed in the United States District Court for the District of Columbia entitled *Greenbaum et al. v. Islamic Republic of Iran, et al.*, Civil Action No. 02-2148 (RCL), who seek to enforce their judgment in the amount of $19,879,023.00, arising from the death that resulted from the Iran-sponsored August 9, 2001 suicide bombing of a restaurant in downtown Jerusalem, Israel.

"**Heiser Plaintiffs**" refer to the plaintiffs identified in the complaint filed in the United States District Court for the District of Columbia entitled *Estate of Heiser v. Islamic Republic of Iran, et al.*, Civil Action Nos. 00-02329 and 01-02104 (RCL), who seek to enforce their judgment in the amount of $254,431,903.00, arising from the death of 17 United States Air Force officers killed in the Iran-sponsored June 25, 1996 terrorist bombing of the Khobar Towers in Saudi Arabia.

"**Levin Plaintiffs**" refer to the plaintiffs identified in the complaint filed in the United States District Court for the District of Columbia entitled *Levin v. Islamic Republic of Iran, et al.*, Civil Action No. 05-02494 (GK), who seek to enforce their judgment in the amount of $28,807,719.00, arising from the kidnapping of Jeremy Levin in Beruit on March 7, 1984.

"**Murphy Plaintiffs**" refer to plaintiffs identified in the complaint filed in the United States District Court for the District of Columbia entitled *Murphy v. Islamic Republic of Iran*, Civil Action No. 06-CV-596 (RCL), who seek to enforce their judgment in the amount of $93,168,141.60, arising from the deaths of 241 United States Marines, United States Navy medical personnel and soldiers assigned to the 24th Marine Amphibious Unit that resulted from the October 23, 1983 Iran-sponsored terrorist bombing of the United State Marine Barracks in Beirut, Lebanon.

202371