```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
                                                :
DEBORAH D. PETERSON, Personal Representative of :
the Estate of James C. Knipple (Dec.), et al.,  :
                                                :    10 Civ. 4518 (KBF)
                           Plaintiffs,          :
                                                :         ORDER
              -v-                               :
                                                :
ISLAMIC REPUBLIC OF IRAN, et al.,               :
                                                :
                           Defendants.          :
------------------------------------------------X
```

KATHERINE B. FORREST, District Judge:

This case having recently been reassigned to the undersigned, it is hereby

ORDERED that the Orders of Reference to a Magistrate Judge, issued October 18, 2011 (Docket Nos. 136, 137), are VACATED. All matters, including the pending motions, will proceed before Judge Forrest.

IT IS FURTHER ORDERED that the parties shall appear for a status conference on <u>Wednesday, November 14, 2012, at 1:30 p.m.</u> in Courtroom 15A, U.S. Courthouse, 500 Pearl Street, New York, NY 10007.

SO ORDERED:

Dated:   New York, New York
         October 24, 2012

                              _____
                                    KATHERINE B. FORREST
                                 United States District Judge