IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **DEBORAH D. PETERSON,** | * | |
| **Personal Representative of the Estate** | * | |
| **of James C. Knipple (Dec.), et. al.** | * | |
| | * | |
| Plaintiffs | * | Case No.: 10 cv 4518 (KBF) |
| | * | |
| v. | * | (Civil Action Nos. 01-2094 (RCL) |
| | * | and 1-2684 (RCL (D.D.C.) |
| **ISLAMIC REPUBLIC OF IRAN, et. al.** | * | |
| | * | |
| Defendants | * | |
| _____ | * | |
| | * | |
| **CITIBANK, N.A.** | * | |
| | * | |
| Third-Party Petitioner | * | |
| | * | |
| v. | * | |
| | * | |
| **JAMES OWENS, et. al.** | * | |
| | * | |
| Third-Party Respondents | * | |
| | * | |
| v. | * | |
| | * | |
| **ABKIR ASSOCIATES, LLC** | * | |
| | * | |
| Third-Party Petitioner | * | |

## ORDER

UPON CONSIDERATION of Third-Party Petitioner Abkir Associates, LLC's Petition to Intervene, the record herein, and good cause having been shown, it is thereupon this _____ day of _____, 2013, by the United States District Court for the Southern District of New York,

ORDERED, that Third-Party Petitioner Abkir Associates, LLC's Petition to Intervene be and the same is hereby granted; and it is further,

ORDERED, that Third-Party Petitioner Abkir Associates, LLC be and is hereby granted leave to share in any assets ordered to be turned over by the Court in satisfaction of judgment.

_____
Judge, United States District Court
for the Southern District of New York