Exhibit A

| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>Deborah D. Peterson et al. | COURT CASE NUMBER<br>M18302  # 080472 |
|---|---|
| DEFENDANT<br>Islamic Republic of Iran | TYPE OF PROCESS |

| SERVE ➡ | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | Clearstream Banking SA held at Citibank |
| AT | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)<br>Legal Service Intake Unit, 1 Court Square, 7th Floor, Long Island City, NY 11120 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Liviu Vogel, Esq.
Salon Marrow et al
292 Madison Ave
New York, NY 10017

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please see Exhibit A to Writ of Execution, copy attached.

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 212-661-7100
DATE: 6/12/08

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process: 1 | District of Origin No.: | District to Serve No.: 54 | Signature of Authorized USMS Deputy or Clerk | Date: 6/12/08

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Russum Abidally, Asst. to Kevin Law Div.

Address (complete only if different than shown above):
1 Court Square 7th Floor
Long Island City, NY 11120

Date of Service: 1/3/09
Time: pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 45 | 6.15 | | 51.15 | | |

REMARKS:

NOTE

# United States District Court
## SOUTHERN DISTRICT OF NEW YORK

JUDGMENT NO. __08,0472__                                    DOCKET NO. __M18302__

Control # 080472

**THE PRESIDENT OF THE UNITED STATES OF AMERICA**

To the Marshal of the Southern District of New York, GREETING:

YOU ARE COMMANDED, that of the goods and chattels of A _Islamic Republic of Iran who has an interest in accounts held by Citibank, N.A., Legal Service Intake Unit, 1 Court Square, 7th Floor, Long Island City, NY 11120, as custodian for the accounts and assets described on attached Exhibit A._

in your district you cause to be made the sum of __Two Billion, Six Hundred and Fifty Six Million, Nine hundred and forty four thousand, Eight Hundred and Seventy Seven and 00/100__ dollars and _____ cents, ($2,656,944,877.00)

which lately in the United States District Court of the United States for the Southern District of New York, in the Second Circuit, __DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Deceased), et al.__

recovered against the said __ISLAMIC REPUBLIC OF IRAN, et al.__

in an action between __DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Deceased), et al.__

PLAINTIFF and __ISLAMIC REPUBLIC OF IRAN, et al.__

DEFENDANT, in favor of said __Plaintiff, DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Deceased), et al.__

as appears by the record filed in the Clerk's Office of said District Court on the __24th__ day of __March__, in the year of __2008__

and if sufficient personal property of the said judgment debtor cannot be found in your District, that then you cause the same to be made out of the real property belonging to such judgment debtor on the above-mentioned day, or at any time thereafter, in whose hands soever the same may be, and return this execution within sixty days after its receipt by you, to the Clerk of said District Court.

WITNESS, the Honorable Kimba M. Wood, Chief Judge of the United States District Court, for the Southern District of New York, at the City of New York, on the __12th__ day of __June__ in the year of our Lord __2008__, and of the Independence of the United States the two hundred twenty-seventh year.

*(year)*

_J. Michael McMahon_
CLERK

**REDACTED**