Exhibit G

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
------------------------------------------------x

DEBORAH D. PETERSON,
Personal Representative of the Estate
of James C. Knipple (Dec.), et al.,

             Plaintiffs,

v.

ISLAMIC REPUBLIC OF IRAN, et al.

             Defendants.
------------------------------------------------x

Case No. 18 Misc. 302 (BSJ)

(Civil Action Nos. 01-2094 (RCL)
And 1-2684 (RCL) (D.D.C.))

## ORDER EXTENDING LEVY

THIS MATTER having been brought before the Court by Salon Marrow Dyckman Newman & Broudy, LLP, counsel for Plaintiffs, Deborah D. Peterson, personal representative of the Estate of James C. Knipple, *et al.*, by Order to Show Cause entered by this Court on April 30, 2010, and the Court having considered the Declaration of Liviu Vogel, dated April 29, 2010, and the exhibits attached thereto, the Memorandum of Law in Support of an Order Extending Levy, the Response of Clearstream Banking, S.A. dated May 6, 2010, and all of the prior proceedings heretofore had herein, and Citibank, N.A. having filed no opposition,

IT IS ORDERED that the Plaintiffs' execution issued by this Court on June 12, 2008 and the levy by service of the execution initially made on Citibank on June 13, 2008, are hereby extended *nunc pro tunc* until 30 days after the date of this Order, without prejudice to the rights of any creditors that as of April 30, 2010 and thereafter continue to hold a valid and subsisting levy as to the assets which are already restrained by Plaintiffs pursuant to restraining notices which have been extended by the Court's prior Order dated July 13, 2009.

Dated: May 10, 2010

SO ORDERED

/s/ Barbara S. Jones
U.S.D.J.