**Exhibit H**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

-----------------------------------------------x
                           :

DEBORAH D. PETERSON,                :        Case No. 18 Misc. 302 (BSJ)
Personal Representative of the Estate   :
of James C. Knipple (Dec.), et al.,      :

                       Plaintiffs,   :       (Civil Action Nos. 01-2094 (RCL)
                               :       And 1-2684 (RCL) (D.D.C.))
          v.                           :

                               :
                               :
ISLAMIC REPUBLIC OF IRAN, et al.    :

                    Defendants.   :
-----------------------------------------------x

## ORDER EXTENDING LEVY

       THIS MATTER having been brought before the Court by Salon Marrow Dyckman

Newman & Broudy, LLP, counsel for Plaintiffs, Deborah D. Peterson, personal representative of

the Estate of James C. Knipple, *et al.*, by Order to Show Cause entered by this Court on June 7,

2010, and the Court having considered the Declaration of Liviu Vogel, dated June 7, 2010, and

the exhibits attached thereto, the Memorandum of Law in Support of an Order Extending Levy,

the Response of Clearstream Banking, S.A. dated June 9, 2010, and all of the prior proceedings

heretofore had herein, and Citibank, N.A. having filed no opposition,

         IT IS ORDERED that the Plaintiffs' execution issued by this Court on October 17, 2008

and the levy by service of the execution initially made on Clearstream on October 27, 2008, are

hereby extended *nunc pro tunc* until 15 days after the date of this Order, without prejudice to the

rights of any creditors that as of June 7, 2010 and thereafter continue to hold a valid and

#146445.1

subsisting levy as to the assets which are already restrained by Plaintiffs pursuant to restraining

notices which have been extended by the Court's prior Order dated July 13, 2009.

Dated: June//, 2010

SO ORDERED

Barbara S. Jones
_____
U.S.D.J.