Exhibit M

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
----------------------------------------------------------- x
DEBORAH D. PETERSON,
Personal Representative of the Estate
of James C. Knipple (Dec.), et al.,

        Case No.: 10 Civ 4518 (BSJ)

       Plaintiffs,

v.

        **CERTIFICATE OF SERVICE**

ISLAMIC REPUBLIC OF IRAN, et al.,

       Defendants.
----------------------------------------------------------- x

    I, MARIA RIVERA, state the following under penalty of perjury:

    I am over eighteen (18) years of age and reside in New York, NY. On the 29th day of July, 2011, I caused to be served redacted and unredacted copies of CITIBANK, N.A.'S THIRD PARTY PETITION ALLEGING CLAIMS IN THE NATURE OF INTERPLEADER on the following individuals by email and U.S. Mail:

Frank Panopoulos, Esq.  
White & Case LLP  
701 Thirteenth Street NW  
Washington, DC 20005

Ugo Colella, Esq.  
Patton Boggs LP  
2550 M Street, NW  
Washington, DC 20037

David M. Lindsey, Esq.  
Chaffetz Lindsey LLP  
505 Fifth Avenue, 4th Floor  
New York, NY 10017

    Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

                                                  *Maria Rivera*  
                                                  Maria Rivera

Sworn to before me this  
29th of July, 2011

LAURA E. MOSCHETTI  
Notary Public State of New York  
No. 01MO4723235  
Qualified in Bronx County  
Term Expires August 31, 2014

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: 8/26/11
```

Deborah D. Peterson

              Plaintiff(s)

**CERTIFICATE OF MAILING**

Case No.: __10Civ4518__ (BSJ)

-v-

Islamic Republic Iran, et al.

              Defendant(s)

---

I hereby certify under the penalties of perjury that on 26 day of August, 20 11, I served: The Islamic Republic of Islam.

[X] One copy of the _____

by _____, to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

[ ] One copy of the Redacted order Authorizing Third-Party Interpleader Complaints; Redacted Third Party Petition Alleging Claims in the Nature of Interpleader; Redacted Amended Complaint; ECF Rules; Individual Practices of Judge Barbara S. Jones; Translations of the above pleadings into Farsi.
by RB Tracking # 859-11-226 US _____, to the head of the ministry of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(3).

[ ] Two copies of the _____

by _____, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4).

[ ] One copy of the _____

by _____, to the head of the agency or instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

Dated: New York, New York
8/26/11

RUBY J. KRAJICK
CLERK OF COURT

Print Name: Hassam Mizh Jr.
DEPUTY CLERK OF COURT

**Registered No.** R885914122605

| | | | | Date Stamp |
|---|---|---|---|---|
| Reg Fee | $11.50 | | | 0004 |
| Handling Charge | $0.00 | Return Receipt | $2.30 | 05 |
| Postage | $31.89 | Restricted Delivery | $0.00 | 08/25/11 |
| Received by | | | | |
| Customer Must Declare Full Value $0.00 | | Domestic Insurance up to $25,000 is included based upon the declared value. International Indemnity is limited (See Reverse) | | |

To Be Completed By Post Office

**FROM:**
Davis Wright Tremaine, LLP
1633 Broadway, 27th Floor
New York, NY 10019
USA

**TO:**
Ayatollah Ali Salehi
Bagh-E Melli
Imam Khomeyni Avenue
Tehran, Iran 67206-6

PS Form 3806, Receipt for Registered Mail (Copy 1 - Customer)
May 2007 (7530-02-000-9051) (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com

LC691723696US
USPS® Customs Declaration — CN 22

IMPORTANT: The item/parcel may be opened officially. See Privacy Notice on reverse of Sender's Instructions page. Please print in English and press firmly you are making multiple copies.

From:

To:

AUG 24 2011
Mailing Office Date Stamp