UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Represenative of the Estate of James C. Knipple (Dec.) *et al.*,<br><br>         Plaintiffs,<br><br>    v.<br><br>ISLAMIC REPUBLIC OF IRAN, BANK MARKAZI a/k/a CENTRAL BANK OF IRAN, BANCA UBAE SpA, CITIBANK, N.A., and CLEARSTREAM BANKING, S.A.,<br><br>         Defendants.<br><br>AND RELATED ACTIONS | Case No.: 1:10-cv-04518-KBF |

**NOTICE OF MOTION TO INTERVENE**

  PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the Declaration of Jaime Sneider, and the exhibits thereto, the Estate of Daniel Wultz, Sheryl Wultz, Yekutiel "Tuly" Wultz, and Amanda Wultz (collectively, the "Wultzes") will move this Court, before the Honorable Katherine B. Forrest, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, for an Order permitting them to intervene in the case pursuant to Fed. R. Civ. P. 24(a) and (b); and (b) for any such other relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that the Wultzes request that oral argument be heard if this motion is opposed.

PLEASE TAKE FURTHER NOTICE that opposition papers, if any, to the Wultzes motion, shall be served and filed pursuant to Local Civil Rule 6.1(b) or as otherwise ordered by the Court.

Dated:  February 22, 2013              Respectfully submitted


                                        /s/ Lee S. Wolosky_____
                                       Lee S. Wolosky
                                       Marilyn C. Kunstler
                                       Jamie D. Sneider
                                       BOIES, SCHILLER & FLEXNER LLP
                                       575 Lexington Avenue
                                       New York, New York 10022
                                       Tel:  (212) 446-2300
                                       Fax:  (212) 446-2350

                                       *Attorneys for Proposed Intervenors*