```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: FEB 28 2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

DEBORAH D. PETERSON, Personal
Representative of the Estate of James C. Knipple
(Dec.), et al.,

        Plaintiffs,

        -v-

ISLAMIC REPUBLIC OF IRAN, et al.,

        Defendants.
------------------------------------------------------------X

10 Civ. 4518 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

For the reasons set forth in the Court's Opinion and Order of February 28, 2013, filed separately under temporary seal, the following motions are DENIED:

- UBAE's Motion to Dismiss (ECF No. 299);
- Clearstream's Motion to Dismiss (ECF No. 295, 301);
- Bank Markazi's Motion to Dismiss (ECF No. 205);
- Clearstream's Renewed Motion to Vacate the Restraints (ECF No. 174);

In addition, the following motions are GRANTED:

- Plaintiffs' Motion for Partial Summary Judgment (ECF No. 209);
- The Bland judgment creditors' motion for execution (ECF No. 305);

The parties shall confer and jointly and, not later than March 15, 2013, submit a proposed schedule to resolve the remainder of the case. If the parties are

unable to agree, they shall set forth in a letter by the same date the matters and issues which they believe remain to be resolved and each party's proposed schedule.

In addition, the Court intends to post the full Opinion and Order to the public docket and believes no redactions are necessary. As such, not later than March 15, 2013, the parties shall submit an additional letter stating which portions, if any, of the Court's February 28, 2013, Opinion and Order they believe should be redacted before the document is posted to the public docket.

The Clerk of Court is directed to close the motions at ECF Nos. 174, 205, 209, 295, 299 (under seal), 301, and 305 (under seal).

SO ORDERED.

Dated:   New York, New York
         February 28, 2013

_____
KATHERINE B. FORREST
United States District Judge