UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEBORAH D. PETERSON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ISLAMIC REPUBLIC OF IRAN, et al.,<br><br>Defendants. | Case No. 10-CIV-4518 (KBF)<br><br>**NOTICE OF MOTION FOR RECONSIDERATION** |
| CITIBANK, N.A.,<br><br>Third-Party Petitioner,<br><br>v.<br><br>JAMES OWENS, et al.,<br><br>Third-Party Defendants. | |

**TO:**     Liviu Vogel, Esq.
Salon Marrow Dyckman Newman & Broudy LLP
292 Madison Avenue, 6th Floor
New York, NY 10017

Thomas Fay, Esq.
Fay Kaplan Law P.A.
777 Sixth Street NW, Suite 410
Washington, DC 20001

Suzelle M. Smith, Esq.
Howarth & Smith
523 West Sixth Street, Suite 728
Los Angeles, California 90014

Curtis C. Mechling, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, New York 10038

Steven R. Perles, Esq.
Perles Law Firm, PC
1146 19th Street, 5th Floor
Washington DC 20036

Keith Martin Fleischman, Esq.
Fleischman Law Firm
565 Fifth Avenue, Seventh Floor
New York, NY 10017

James Bonner, Esq.
Stone Bonner & Rocco, LLP
260 Madison Avenue, 17th Floor
New York, NY 10016

Richard Marc Kremen, Esq.
DLA Piper US LLP
6225 Smith Avenue
Baltimore, MD 21209-3600

Cary B. Samowitz, Esq.
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020

Noel J. Nudelman, Esq.
Heideman Nudelman & Kalik, PC
1146 19th Street, 5th Floor
Washington DC 20036

Sharon L. Schneier, Esq.
Davis Wright Tremaine, LLP
1633 Broadway, 27th Floor
New York, NY 10019-6708

Frank Panopoulos, Esq.
White & Case, LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807

David M. Lindsey, Esq.
Chaffetz Lindsey LLP
1350 Avenue of the Americas
New York, NY 10019

Karen E. Wagner, Esq.
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

**PLEASE TAKE NOTICE** that on a date and time set by the Court, Defendant Banca UBAE SpA ("UBAE") shall move before the Honorable Katherine B. Forrest, U.S.D.J. at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007-1312 for an Order, pursuant to Local Civil Rule 6.3, granting reconsideration of the Court's Order denying UBAE's motion to dismiss for lack of personal jurisdiction.

**PLEASE TAKE FURTHER NOTICE** that as grounds for this motion, UBAE asserts that the Court's decision contains statements that are not supported by the record and that are inconsistent with settled principles of personal jurisdiction. UBAE will further show that it never "transacted business" in New York and it had no "agents" in New York working on its behalf. UBAE will also show that it has been denied federal due process because it has no contacts—let alone minimum contacts—that would justify the exercise of worldwide jurisdiction by this Court. Finally, UBAE will demonstrate that the Court's statements concerning its alleged relationship with the other defendants are incorrect and unfairly prejudicial to UBAE.

**PLEASE TAKE FURTHER NOTICE** that in support of its motion, UBAE shall rely on its Memorandum of Law in Support of Motion for Reconsideration and this Notice of Motion.

**PLEASE TAKE FURTHER NOTICE** that oral argument on the motion is respectfully requested.

Dated: Newark, New Jersey
March 14, 2013

**PATTON BOGGS LLP**

By: _____
Ugo Colella (admitted pro hac vice)
John J. Zefutie, Jr. (JZ-9419)
The Legal Center
One Riverfront Plaza, 6th Floor
Newark, New Jersey 07102-0301
(973) 848-5600

*Attorneys for Defendant*
*Banca UBAE SpA*