

27th Floor
1633 Broadway
New York, NY 10019-6708

**Sharon L. Schneier**
(212) 603-6448 tel
(212) 489-8340 fax

sharonschneier@dwt.com

March 15, 2013

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/18/13
```

By E-mail (ForrestNYSDChambers@nysd.uscourts.gov)

Hon. Katherine B. Forrest
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *Peterson et al. v. Islamic Republic of Iran et al.*, No. 10 Civ. 4518 (KBF)

Dear Judge Forrest:

    This firm represents Citibank, N.A. ("Citibank") in this action. I write concerning the proposed schedule for the matters that remain to be resolved in this action pursuant to the Court's February 28, 2013 Order (Dkt. No. 337).

    As the Court noted in its February 28, 2012 Opinion and Order (Dkt. No. 367), "Citibank is a stakeholder without interest in the ultimate outcome of this dispute. Its interest is in resolution of ownership of funds held in the account so that it may, if and when requested, ensure that the funds are appropriately disbursed." *Id.* at 2. In that regard, and shortly after the Court issues a decision on the motions for reconsideration, Citibank intends to submit a proposed order which will provide, in general, for the immediate deposit of the assets that are the subject of the Court's Opinion and Order into the Registry of the Court, a discharge of Citibank of any further liability with respect to those funds, and dismissal of Citibank from this lawsuit. *See Weininger v. Castro*, 462 F. Supp.2d 457 (S.D.N.Y. 2006); *Levin v. Bank of New York, et al.*, 09 Civ. 5900 (RPP) (Dkt. No. 412); *Rux v. ABN-AMRO Bank, N.V. et al.*, 08 Civ. 6588 (AKH) (Dkt. No. 213). As had been discussed by the other Parties -- and we understand this to be a point of agreement between them -- the proposed order will also provide for entry of judgment pursuant to Fed. R. Civ. P. 54(b).

DWT 21421793v1 0067486-000011

Anchorage    New York       Seattle
Bellevue     Portland       Shanghai
Los Angeles  San Francisco  Washington, D.C.

www.dwt.com

Hon. Katherine B. Forrest
March 15, 2013
Page 2

Finally, because the remaining claims asserted in the Second Amended Complaint are not alleged against Citibank it is not submitting a schedule with respect to resolution of those claims.

Respectfully yours,

Sharon L. Schneier

cc:   All Counsel of Record (via e-mail)