# PATTON BOGGS LLP

2550 M Street, NW
Washington, DC 20037
202-457-6000

Facsimile 202-457-6315
www.pattonboggs.com

May 21, 2013

Ugo Colella
202-457-6620
ucolella@pattonboggs.com

**VIA E-MAIL WITH PERMISSION OF CHAMBERS**
ForrestNYSDChambers@nysd.uscourts.gov

The Honorable Katherine B. Forrest, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 730
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAY 2 1 2013
```

Re: *Peterson v. Islamic Republic of Iran*
No. 10 Civ. 4518 (KBF)

Dear Judge Forrest:

We are counsel to Defendant Banca UBAE S.p.A. ("UBAE") in the above-referenced matter. We write to the Court to respectfully request a modest extension of time for UBAE to respond to Plaintiffs' Motion for an Order Pursuant to Fed. R. Civ. P. 54(b) and an Order Establishing a Qualified Settlement Fund (ECF No. 399). The undersigned counsel respectfully requests this extension so that it may have some additional time to confer with UBAE, which is overseas with no officers or directors in the United States. The extension also is necessary in light of pre-arranged travels abroad over the holiday weekend.

The original date for all Defendants' responses to Plaintiffs' motion is May 29. UBAE requests only a modest four-day extension—to Monday, June 3, 2013—to submit its opposition. This is UBAE's first request for an extension of time to respond to the above-referenced motion. All Defendants consent to this request; Plaintiffs also consent.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

s/ *Ugo Colella*

Ugo Colella

cc: All counsel (via email)

*Ordered*
*Application granted.*
*5/21/13*
*K. B. Forrest*
*USDJ*