SALON MARROW DYCKMAN NEWMAN & BROUDY LLP
BOIES, SCHILLER & FLEXNER LLP

May 20, 2013

**By Hand Delivery**

The Honorable Katherine B. Forrest, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 730
New York, NY 10007

Re: *Peterson v. Islamic Republic of Iran*, 10-cv-04518 (KBF)

Dear Judge Forrest:

We write jointly to inform the Court that, as a result of discussions among the Wultz judgment creditors and the Petersen Plaintiffs and the other judgment creditors joined in the captioned proceeding (collectively, the "Plaintiffs"), the briefing schedule ordered by the Court in its order dated May 10, 2013 (ECF Dkt. No. 398) is no longer necessary. The parties intend to keep the terms of their settlement confidential.

Respectfully,

Liviu Vogel
Salon Marrow Dyckman Newman &
Broudy LLP
292 Madison Avenue
New York, NY 10017
Tel: (212) 661-7100
Fax: (212) 661-3339
Attorneys for the Peterson Judgment
Creditors

Lee Wolosky
Boies, Schiller & Flexner LLP
575 Lexington Avenue
New York, NY 10022
Tel: (212) 446-2300
Fax: (212) 446-2350
Attorneys for Wultz Judgment Creditors

**ORDERED**
Post on Docket
5/22/13
Katherine B. Forrest, USDJ

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 22 2013