UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
DEBORAH D. PETERSON,
Personal Representative of the Estate of
James C. Knipple (Dec.), et al.,

                Plaintiffs,

                v.

ISLAMIC REPUBLIC OF IRAN, et al.,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Case No. 10 Civ. 4518 (KBF)

Oral Argument Requested

## AMENDED NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, dated June 3, 2013, and the Declaration of Karen E. Wagner, dated June 3, 2013, the exhibits attached thereto, and upon all other papers and proceedings heretofore had herein, defendant Clearstream Banking, S.A. ("Clearstream"), through the undersigned counsel, hereby moves this Court before the Honorable Katherine B. Forrest, United States District Judge for the Southern District of New York, at the United States Courthouse located at 500 Pearl Street, Courtroom 15A, New York, New York 10007, at a date and time as the Court may direct, for an order, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing all direct claims against Clearstream by all known plaintiffs in the above-captioned case, including, but not limited to the claims denominated as:

- Counts Two, Three, Seven and Eight of the Second Amended Complaint of the Peterson Plaintiffs, dated December 7, 2011;

- The Third Crossclaim of the Kirschenbaum Judgment Creditors' Answer to Supplemental Third-Party Petition, Counterclaims and Crossclaims, dated June 19, 2012 (filed under seal);

- The Third Crossclaim of the Beer Judgment Creditors' Answer to Supplemental Third-Party Petition, Counterclaims and Crossclaims, dated June 19, 2012 (filed under seal);

- The Second, Sixth and Seventh Crossclaims of the Answer by Third-Party Respondents Arnold et al. to Supplemental Third-Party Petition of Citibank, N.A. Alleging Claims in the Nature of Interpleader, Counterclaims Against Citibank, N.A. and Crossclaims Against Defendants Bank Markazi, Banca UBAE SpA and Clearstream Banking, S.A., dated June 5, 2012 (filed under seal);

- The Third, Fourth, and Seventh Counts of the Answer, Counterclaim, and Crossclaims of Murphy, Harris, Ybarra, L'Heureux, Wells, L'Heureux and L'Heureux to Supplemental Third-Party Petition Alleging Claims in the Nature of Interpleader, dated June 19, 2012 (filed under seal);

- The Amended Crossclaim of the Greenbaum Judgment Creditors' Second Amended Answer to Third-Party Petition, Counterclaim and Crossclaims, dated June 11, 2012 (filed under seal); and

- The Amended Crossclaim of the Acosta Judgment Creditors' Second Amended Answer to Third-Party Petition, Counterclaims and Crossclaim, dated June 11, 2012 (filed under seal);

and granting such further relief as the Court deems proper and just.

Dated: June 17, 2013

      New York, New York

                                        DAVIS POLK & WARDWELL LLP

                                        By:  /s/ Karen E. Wagner
                                                Karen E. Wagner
                                                karen.wagner@davispolk.com
                                                Jennifer G. Newstead
                                                jennifer.newstead@davispolk.com
                                                Jonathan D. Martin
                                                jonathan.martin@davispolk.com
                                                Gerald M. Moody, Jr.
                                                gerald.moody@davispolk.com

                                        450 Lexington Avenue
                                        New York, New York  10017
                                        Telephone: (212) 450-4000
                                        Facsimile: (212) 701-5800

                                        WHITE & CASE LLP

                                        By:  /s/ Nicole Erb
                                                Nicole Erb
                                                nerb@whitecase.com
                                                Frank Panopoulos
                                                fpanopoulos@whitecase.com

                                        701 Thirteenth Street, N.W.
                                        Washington, D.C.  20005
                                        Telephone: (202) 626-3600
                                        Facsimile: (202) 639-9355

                                        *Counsel to Defendant Clearstream*
                                        *Banking, S.A.*

To: All counsel