# KARR & ALLISON, P.C.

ATTORNEYS AND COUNSELORS AT LAW

1250 CONNECTICUT AVENUE, N.W.
2ND FLOOR
WASHINGTON, D.C. 20036

TELEPHONE (202) 331-7600

JOHN W. KARR
DIRECT DIAL (202) 737-3544

THEODORE S. ALLISON†
DIRECT DIAL (202) 331-7600

† ALSO ADMITTED
IN VA, MD, CA, WA

FACSIMILE (202) 618-6211
INTERNET WWW.KARRALLISON.COM

July 3, 2013

The Honorable Katherine B. Forrest
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, N.Y. 10017-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/3/13

Re: *Peterson v. Islamic Republic of Iran*, Case No.: 10 Civ 4518 (KBF)

Dear Judge Forrest:

We represent the "Murphy Judgment Creditors" (Elizabeth Murphy, Armando Ybarra, Estate of Terrance Rich, John L'Heureux, Kerry L'Heureux, Jane L'Heureux, Mary Wells, and Bryan Harris).

On behalf of the Murphy Judgment Creditors, and as requested by the July 2, 2013, letter from Liviu Vogel, Esq. to the Court (endorsed/filed July 2, 2013 as Dkt. #454), we respectfully request an extension of time to and including July 12, 2013, to file any memoranda opposing the motions to dismiss of Clearstream and Bank Markazi (Dkt. ##419 and 421), or to join in memoranda to be filed on behalf of other judgment creditors in this action.

Respectfully submitted,

KARR & ALLISON, P.C.

/s/ John W. Karr
John W. Karr
*Pro hac vice*

- and -

Steven Barentzen (N.Y. Bar #2770147)

*Attorneys for respondents, counterclaimants and cross-claimants (judgment creditors) Murphy, et al.*

cc: Lead Counsel of Record

ORDERED: Application granted. Any plaintiff group wishing to oppose the pending motions to dismiss or join in memoranda to be filed on behalf of other judgment creditors shall do so not later than July 12, 2013.
SO ORDERED.
7/3/13
_____
KATHERINE B. FORREST, USDJ