

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

---

DEBORAH D. PETERSON,
Personal Representative of the Estate
of James C. Knipple (Dec.), *et al.*,

                  Plaintiffs,

      v.

ISLAMIC REPUBLIC OF IRAN, BANK
MARKAZI a/k/a CENTRAL BANK OF IRAN;
BANCA UBAE SpA; CITIBANK, N.A., and
CLEARSTREAM BANKING, S.A.,

                  Defendants.

10 Civ. 4518 (KBF)

---

## ORDER APPROVING QUALIFIED SETTLEMENT FUND

This Court issued an Opinion and Order on February 28, 2013, granting partial summary judgment to plaintiffs and ordering turnover of approximately $1.75 billion in cash held in a blocked account at Citibank, N.A. ("Partial Judgment") (ECF No. 367). The turnover of the assets at issue is to result in the discharge of Citibank from all claims asserted in the action and partial satisfaction of claims against the other Defendants in the action held by the judgment creditors of the Islamic Republic of Iran in the following cases:

(1) Peterson, et al. v. Islamic Republic of Iran, et al., Civil Action Nos. 01-cv-2094 and 2684 (D.D.C.); (2) Acosta, et al. v. Islamic Republic of Iran, et al., 06-cv-00745 (D.D.C.); (3) Greenbaum v. Islamic Republic of Iran, et al., 02-cv-02148-RCL (D.D.C.); (4) Estate of Michael Heiser v. Islamic Republic of Iran et al., 00-02329 and 00-cv-2104 (D.D.C.) (the "Heiser Judgment Creditors"); (5) Jeremy and Dr. Lucille Levin v. The Islamic Republic of Iran, et al., Civil Action No. 05-cv-2494 (D.D.C.); (6) Valore v. The Islamic Republic of Iran, et al., Civil Action No. 08-cv-1273 (D.D.C.); (7) Beer, et al. v. Islamic Republic of Iran, et al., Civil Action Nos. 06-cv-473 and 08-cv-1807 (D.D.C.); (8) Kirschenbaum, et al. v. Islamic Republic of Iran, et

1

al., Civil Action Nos. 03-cv-1708 and 08-cv-1814 (D.D.C.); (9) Murphy, et al. v. Islamic

Republic of Iran, et al., Civil Action No. 06-cv-596 (D.D.C.) (the "Murphy Judgment

Creditors"); (10) Rubin v. Islamic Republic of Iran, et al., Civil Action No. 01-cv-1655 (D.D.C.);

(11) Estate of Anthony K. Brown v. Islamic Republic of Iran, et al., Civil Action No. 08-cv-531

(D.D.C.); (12) Estate of Stephen B. Bland v. Islamic Republic of Iran, et al., Civil Action No. 05-

cv-2124 (D.D.C.); (13) Mwila, et al. v. Islamic Republic of Iran, et al., Civil Action No. 08-cv-

1377 (D.D.C.); (14) Owens, et al., v. Republic of Sudan, et al., Civil Action No. 01-cv-2244

(D.D.C.); (15) Khaliq, et al. v. Republic of Sudan, et al., Civil Action No. 08-cv-1273 (D.D.C.);

(16) Bonk, et al. v. Islamic Republic of Iran, et al., Civil Action No. 08-cv-1273 (D.D.C.); (17)

Arnold, et al. v. Islamic Republic of Iran, et al., Civil Action 06-cv-516 (D.D.C.); and (18) Estate

of James Silvia, et al. v. Islamic Republic of Iran, et al., Civil Action No. 06-cv-750 (D.D.C.)

(collectively referred to herein as "Plaintiffs").  Upon consideration of the Partial Judgment and

the entire record herein, it is hereby

ORDERED that the Court authorizes the establishment and funding of the Peterson

§468B Qualified Settlement Fund  (the "Fund"), which shall be established and maintained so as

to qualify as a qualified settlement fund as defined and described in Internal Revenue Code

§468B and in U.S. Treasury Regulation §1.468B-1, and according to the terms of the Agreement

for the Peterson §468B Qualified Settlement Fund Pursuant to 26 U.S.C. §468B  Qualified

Settlement Fund Provisions (the "Fund Agreement"), the form of which is attached to this order;

FURTHER ORDERED that Stanley Sporkin, Esq. shall be appointed as Trustee of the

Fund (the "Fund Trustee"); and it is

FURTHER ORDERED that all funds directed for turnover pursuant to the Partial

Judgment and any Order of this Court directing the entry of a final and appealable order and

judgment consistent with the Partial Judgment, shall be paid to the Fund; and it is

2

FURTHER ORDERED that the Fund shall be administered by the Fund Trustee in accordance with: (i) the terms of the Fund Agreement, (ii) the terms of this Order and any subsequent Orders issued by this Court, and (iii) Internal Revenue Code Section 468B, and (iv) Treasury Regulation Section 1.468B-1 through 1.468B-5; and it is

FURTHER ORDERED that the Court shall retain continuing jurisdiction over the Fund, pursuant to Treasury Regulation Section 1.468B-1(c)(1).

SO ORDERED.

Dated:  New York, NY
        July 9, 2013

_____
KATHERINE B. FORREST
United States District Judge