UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), el al.<br><br>        Plaintiffs,<br>  v.<br><br>ISLAMIC REPUBLIC OF IRAN, et. al.<br><br>        Defendants.<br><br>CITIBANK, N.A.<br>        Third-Party Petitioner,<br><br>  v.<br><br>ANNA BEER, HARRY BEER, ESTATE OF ALAN BEER, ESTELLE CARROL, PHYLLIS MAISEL, JASON KIRSCHENBAUM, ISABELLE KIRSCHENBAUM, ESTATE OF MARTIN KIRSCHENBAUM, DANIELLE TEITLEBAUM, DAVID KIRSCHENBAUM. JOSHUA KIRSCHENBAUM, LOLITA M. ARNOLD, ESTATE OF MOSES ARNOLD JR., NEALE SCOTT BOLEN, SHELDON H. BOLEN, BETTY J. BOLEN, KEITH EDWIN BOLEN,SHARLA M. KORZ, LISA ANN BECK, ELIZABETH MURPHY, ARMANDO YBARRA, ESTATE OF TERRANCE RICH, JOHN L'HEUREUX, KERRY L'HEUREUX, JANE L'HEUREUX, MARY WELLS, and BRYAN HARRIS,<br><br>        Third-Party Respondents.<br><br>ELIZABETH MURPHY, ARMANDO YBARRA, ESTATE OF TERRANCE RICH, JOHN L'HEUREUX, KERRY L'HEUREUX, JANE L'HEUREUX, MARY WELLS, and BRYAN HARRIS,<br><br>        Counterclaim Claimants/Plaintiffs,<br><br>  v.<br><br>CITIBANK, N.A.<br>        Counterclaim Respondent/Defendant.<br><br>ELIZABETH MURPHY. ARMANDO YBARRA. ESTATE OF TERRANCE RICH, JOHN L'HEUREUX, KERRY L'HEUREUX, JANE L'HEUREUX, MARY WELLS, and BRYAN HARRIS,<br><br>        Cross-claimants, | **10 Civ 4518 (KBF)** |

| |
|---|
| v.<br><br>ISLAMIC REPUBLIC OF IRAN; BANK MARKAZI (Central Bank of Iran); BANCA UBAE, S.p.A., CLEARSTREAM BANKING, S.A.<br><br>Cross-claim Defendants. |

## STIPULATION OF DISMISSAL WITH PREJUDICE OF CITIBANK, N.A.

WHEREAS, Citibank, N.A. served Elizabeth Murphy, Armando Ybarra, Estate of Terrance Rich, John L'Heureux, Kerry L'Heureux, Jane L'Heureux, Mary Wells, and Bryan Harris (hereinafter "Murphy Judgment Creditors") with a Supplemental Third Party Petition Alleging Claims in the Nature of Interpleader in the above action on or about May 29, 2012, in response to which the Murphy Judgment Creditors served their Answer, Counterclaims and Cross-claims on or about June 19, 2012 (the "Counterclaim");

WHEREAS, on July 9, 2013, in the above captioned matter, the United States District Court for the Southern District of New York entered a turnover order and discharge (the "Peterson Judgment") with respect to certain assets (the "Blocked Assets") in favor of all judgment creditors of the Islamic Republic of Iran who are parties to this consolidated action ("Plaintiffs");

WHEREAS, the Blocked Assets have been deposited in a Qualified Settlement Fund in accordance with the Peterson Judgment and the order of the Court dated July 9, 2013;

WHEREAS, the Plaintiffs and Citibank have resolved all pending claims in this matter with respect to the Blocked Assets pursuant to the terms of this stipulation;

NOW, THEREFORE, the Murphy Judgment Creditors and Citibank hereby stipulate as follows:

1. Pursuant to Federal Rule of Civil Procedure 41(a), the Murphy Judgment Creditors and Citibank, by their undersigned counsel, hereby stipulate and agree that the remaining claims

asserted in their Counterclaims against Citibank that have not been adjudicated by the Peterson Judgment shall be dismissed with prejudice with respect to Citibank only, and that the above-referenced action shall be dismissed with prejudice against Citibank.

**STIPULATED AND AGREED TO:**

Dated: New York. New York
August 20, 2013

John W. Karr
KARR & ALLISON, P.C.
1250 Connecticut Ave., N.W., Suite 200
Washington, DC 20036
Tel. (202) 331-7600
Fax. (202) 618-6211
E-mail jwkarr@msn.com

*Pro hac vice*

Steven Barentzen (N.Y. Bar #2770147)
1575 Eye Street, NW, Suite 300
Washington DC 20005
Tel. (202) 289-4333
Fax. (202) 289-8450

Attorneys for the Murphy Judgment Creditors

Dated: New York, New York
August 20, 2013

Sharon L. Schneier
Christopher J. Robinson
DAVIS WRIGHT TREMAINE LLP
1633 Broadway, 27th Floor
New York, New York 10019
Telephone: 212-603-6448
Facsimile: 212-489-8340
sharonschneier@dwt.com
chrisrobinson@dwt.com

Attorneys for Citibank, N.A.