# SALON MARROW DYCKMAN NEWMAN & BROUDY LLP

ATTORNEYS AT LAW

| | | |
|---|---|---|
| LIVIU VOGEL*<br>Partner<br><br>lvogel@salonmarrow.com<br>direct dial (646) 843-1909<br><br>*also admitted in Connecticut | 292 MADISON AVENUE • NEW YORK, NY 10017<br>Telephone (212) 661-7100<br>Facsimile (212) 661-3339 | One University Plaza, Suite 408<br>Hackensack, NJ 07601<br>Telephone (201) 662-0656<br>Facsimile (201) 487-9054<br><br>257 Lyons Plains Road<br>Weston, CT 06883<br>Telephone (203) 227-0023<br>Facsimile (646) 843-1910<br><br>800 Corporate Drive, Suite 208<br>Ft. Lauderdale, FL 33334<br>Telephone (954) 491-0099<br>Facsimile (954) 491-1544 |

September 9, 2013

Via e-mail: Forrestnysdchambers@nysd.uscourts.gov
Hon. Katherine B. Forrest
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: Peterson v. Islamic Republic of Iran, Case No. 10 Civ. 4518 (KBF)

Dear Judge Forrest:

I write on behalf of the Peterson Judgment Creditors and Clearstream Banking S.A. to inform you that the plaintiffs and Clearstream have entered into a settlement agreement.

The settlement agreement resolves the direct claims against Clearstream and therefore provides, *inter alia*, that Clearstream will withdraw its motion to dismiss the remaining claims still pending before this Court. The agreement is contingent upon approval of a certain number of the individual judgment creditors, which approval must be achieved by November 8, 2013. Because the settlement agreement will render moot Clearstream's pending motion to dismiss the remaining claims, we wanted to make Your Honor aware of its terms. A copy of the settlement agreement is enclosed.

Respectfully yours,

Liviu Vogel

Enclosure
cc: All Counsel (by e-mail)