UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

DEBORAH D. PETERSON, Personal
Representative of the Estate of James C. Knipple
(Dec.), et al.,

                         Plaintiffs,

-v-

ISLAMIC REPUBLIC OF IRAN, et al.,

                         Defendants.
-------------------------------------------------------------X

10 Civ. 4518 (KBF)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 10 2013

KATHERINE B. FORREST, District Judge:

    The Court has reviewed plaintiffs' letter dated September 9, 2013 (ECF no. 490), indicating they have reached an agreement with defendant Clearstream Banking S.A. ("Clearstream"). It is therefore

    ORDERED that Clearstream's motion to dismiss is denied as moot, with leave to renew.

    The Clerk of Court is directed to terminate the motion at ECF Nos. 421 and 438 as moot.

    SO ORDERED.

Dated:    New York, New York
            September 10, 2013

                                            KATHERINE B. FORREST
                                            United States District Judge