UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.) et al., <br><br> Plaintiffs, <br><br> v. <br><br> ISLAMIC REPUBLIC OF IRAN, et al. <br><br> Defendants. | Case No. 10 Civ. 4518 (KBF) |

## NOTICE OF APPEAL

Notice is hereby given that Bank Markazi, the Central Bank of Iran and a defendant in the above-named case, appeals to the United States Court of Appeals for the Second Circuit from the Order entered by the Hon. Katherine B. Forrest, USDJ, on October 8, 2013 (Dkt. No. 508) denying Bank Markazi's Motion to Dismiss the remaining claims against Bank Markazi in this action for lack of subject matter jurisdiction under the Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1602-1611.

Dated: October 15, 2013

Respectfully submitted,

**CHAFFETZ LINDSEY LLP**

By:   /s/  David M. Lindsey

  David M. Lindsey
  Andreas A. Frischknecht
CHAFFETZ LINDSEY LLP
505 Fifth Avenue, 4th Floor
New York, New York 10017
Tel. (212) 257-6960
Fax (212) 257-6950
d.lindsey@chaffetzlindsey.com

*Attorneys for Defendant Bank Markazi*