# SALON MARROW DYCKMAN NEWMAN & BROUDY LLP

ATTORNEYS AT LAW

LIVIU VOGEL*
Partner

lvogel@salonmarrow.com
direct dial (646) 843-1909

*also admitted in Connecticut

292 MADISON AVENUE • NEW YORK, NY 10017

Telephone (212) 661-7100

Facsimile (212) 661-3339

One University Plaza, Suite 408
Hackensack, NJ 07601
Telephone (201) 662-0656
Facsimile (201) 487-9054

257 Lyons Plains Road
Weston, CT 06883
Telephone (203) 227-0023
Facsimile (646) 843-1910

800 Corporate Drive, Suite 208
Ft. Lauderdale, FL 33334
Telephone (954) 491-0099
Facsimile (954) 491-1544

November 7, 2013

Hon. Katherine B. Forrest
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *Peterson v. Islamic Republic of Iran*, Case No. 10 Civ. 4518 (KBF)

Dear Judge Forrest:

I write to report that the requisite approval from judgment creditors has been obtained in order to trigger a voluntary dismissal of the remaining direct claims against Clearstream under the terms of the settlement agreement filed with the Court on September 9, 2013. Accordingly, counsel for all judgment creditors with remaining claims against Clearstream, as well as counsel for Clearstream, have executed the attached stipulation of voluntary discontinuance. We respectfully request that Your Honor so order the attached stipulation. This letter and stipulation are being filed via ECF.

Respectfully yours,

Liviu Vogel

LV:rcj

cc: All attorneys of record