# SALON MARROW DYCKMAN NEWMAN & BROUDY LLP

ATTORNEYS AT LAW

LIVIU VOGEL*
Partner

lvogel@salonmarrow.com
direct dial (646) 843-1909

*also admitted in Connecticut

292 MADISON AVENUE • NEW YORK, NY 10017

Telephone (212) 661-7100

Facsimile (212) 661-3339

One University Plaza, Suite 408
Hackensack, NJ 07601
Telephone (201) 662-0656
Facsimile (201) 487-9054

257 Lyons Plains Road
Weston, CT 06883
Telephone (203) 227-0023
Facsimile (646) 843-1910

800 Corporate Drive, Suite 208
Ft. Lauderdale, FL 33334
Telephone (954) 491-0099
Facsimile (954) 491-1544

December 2, 2013

Hon. Katherine B. Forrest
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *Peterson v. Islamic Republic of Iran*, Case No. 10 Civ. 4518 (KBF)

Dear Judge Forrest:

I write to report that the remaining direct claims against Banca UBAE SpA have been settled pursuant to the terms of a confidential agreement. The agreement calls for the filing of a stipulation of voluntary discontinuance with prejudice. Accordingly, counsel for all judgment creditors with remaining claims against Banca UBAE, as well as counsel for Banca UBAE, have executed the attached stipulation of voluntary discontinuance. The agreement also calls for Banca UBAE to file a withdrawal of its appeal from this Court's Order Entering Final Judgment dated July 9, 2013. Banca UBAE is required to file the withdrawal by tomorrow, December 3, 2013. We respectfully request that Your Honor so order the attached stipulation by December 3, 2013. This letter and stipulation are being filed via ECF.

Respectfully yours,

Liviu Vogel

LV:rcj

cc: All attorneys of record