```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
DEBORAH D. PETERSON, Personal                                     :
Representative of the Estate of James C. Knipple                  :
(Dec.) et al.,                                                    :         10 Civ. 4518 (KBF)
                                                                  :
                     Plaintiffs,                                  :         ORDER
                                                                  :
             -v-                                                  :
                                                                  :
ISLAMIC REPUBLIC OF IRAN et al.,                                  :
                                                                  :
                     Defendants.                                  :
------------------------------------------------------------------X
```

KATHERINE B. FORREST, District Judge:

The Court has received correspondence from attorney Loraine A. Ray regarding unpaid fees in two cases in the U.S. District Court for the District of Columbia. This Court should not be involved with this issue. Accordingly, this Court is returning Ms. Ray's correspondence.

SO ORDERED:

Dated:    New York, New York
          October 5, 2015

_____
KATHERINE B. FORREST
United States District Judge