UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

DEBORAH D. PETERSON, a personal representative of the
Estate of James C. Knipple (Dec.), et al.,

                Plaintiffs,                        **AFFIDAVIT OF SERVICE**

        -against-                                 **Docket No: 10-cv-4518 (KBF)**

ISLAMIC REPUBLIC OF IRAN, et al.,

                Defendants,

---------------------------------------------------------------x

STATE OF NEW YORK  )
                          ) ss.:
COUNTY OF KINGS     )

FRANCA TALAVERA, being duly sworn, deposes and says:

        I am not a party to the action, am over 18 years of age and reside in Richmond County, New York.

        On May 26, 2016, I served the within **PROPOSED INTERVENORS GREGG SALZMAN AND AVI ELISHIS' MOTION TO INTERVENE, MEMORANDUM IN SUPPORT OF MOTION TO INTERVENE AND UPON INTERVENTION TO REQUIRE CERTAIN FUNDS TO BE HELD IN ESCROW AND SUPPORTTING EXHIBITS** upon:

                      **MICHAEL ENGELBERG**
                      **75 WOODMERE BLVD**
            **SOUTH WOODMERE, NEW YORK 11598**

by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the **United States Postal Service Via: Fed- Ex: Priority Overnight Delivery: Tracking Number: 7763-8057-4060** within New York State, addressed to each of the above named person/office at the last know addressed set forth after each name.

Sworn to before me this
26th Day of May, 2016

_____                          _____
Notary Public                                                        Franca Talavera

VALERY YERUSALIMSKY
Notary Public, State of New York
No. 01YE4989411
Qualified in Kings County
Commission Expires Dec. 2, 2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――x
DEBORAH D. PETERSON, a personal representative of the
Estate of James C. Knipple (Dec.), et al.,

                        Plaintiffs,                      **AFFIDAVIT OF SERVICE**

       -against-                                **Docket No: 10-cv-4518 (KBF)**

ISLAMIC REPUBLIC OF IRAN, et al.,

                        Defendants,
―――――――――――――――――――――――――x

**AFFIDAVIT OF SERVICE**

**TO:**