```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                            :
DEBORAH D. PETERSON, Personal                               :
Representative of the Estate of James C. Knipple            :
(Dec.) et al.,                                              :           10-cv-4518 (KBF)
                                                            :
                                      Plaintiffs,           :           ORDER
                                                            :
          -v-                                               :
                                                            :
ISLAMIC REPUBLIC OF IRAN et al.,                            :
                                                            :
                                      Defendants.           :
------------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 17, 2017

KATHERINE B. FORREST, District Judge:

The Court has received a number of applications in this case, including:

- A motion from plaintiff Annette Livingston requesting that the Court order that, inter alia: (1) certain provisions of the Confidential Disbursement Authorization form be declared invalid; (2) Fay & Perles provide an accounting of the expenses being charged against the Peterson plaintiffs; and (3) Fay & Perles provide an accounting of their ongoing actions to locate additional assets from which the Peterson plaintiffs' judgments may be further satisfied. (ECF Nos. 718-24.)

- A letter motion from RD Legal Capital, LLC and various related entities (collectively, "RD Legal") requesting that the Court order the Trustee to resume making distributions to RD Legal on account of the Peterson plaintiffs who assigned portions of their judgments to RD Legal. (ECF No. 726.)

- A letter motion from Cedars Funding LLC ("Cedars") requesting that the Court order the Trustee to resume making distributions to Cedars on account of the Peterson plaintiffs who assigned portions of their judgments to Cedars. (ECF No. 741.)
- A motion from Thomas Fortune Fay, on behalf of the Peterson plaintiffs, requesting that the Court order that: (1) an accounting of amounts paid from the Qualified Settlement Fund ("QSF") be provided; (2) certain attorneys' fees be disbursed within thirty days; and (3) the Trustee provide a schedule for disbursement of the remaining funds being held in the QSF. (ECF Nos. 727, 735.)
- A letter from David J. Cook and Cook Collection Attorneys, P.L.C. suggesting that the Court does not have jurisdiction over Mr. Fay's motion. (ECF No. 737.)
- A letter from Thomas Fortune Fay objecting to the letter from David J. Cook and Cook Collection Attorneys, P.L.C. (ECF No. 738.)

The Court believes that the appointment of a Special Master under Federal Rule of Civil Procedure 53 is necessary and appropriate to handle the applications described above and others that may come in.  Accordingly, the Court hereby notifies the parties of its intention to appoint a Special Master for this purpose.

The Court intends to order that the Special Master's fees and expenses be paid from the Qualified Settlement Fund.  If any party wishes to be heard regarding the Court's intention to appoint a Special Master they shall submit a letter to the Court, providing the legal basis for any objections, not later than **Wednesday, May 24, 2017**.

SO ORDERED:

Dated:    New York, New York
         May 17, 2017

_____
KATHERINE B. FORREST
United States District Judge