# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
                                                               :
DEBORAH D. PETERSON, Personal                                  :
Representative of the Estate of James C. Knipple               :
(Dec.) *et al.*,                                               :
                                Plaintiffs,                    :    10 Civ. 4518 (KBF)
                                                               :
            -v-                                                :
                                                               :
ISLAMIC REPUBLIC OF IRAN *et al.*,                             :
                                                               :
                                Defendants.                    :
---------------------------------------------------------------X

## DECLARATION OF ANNIE PENNOCK KAPLAN

I, Annie Pennock Kaplan, declare as follows:

1. I am a graduate of Hofstra University and New York Law School. I have practiced law as a litigator for more than 30 years. I have represented clients in more than 30 jury trials. I have served as an officer or on the board of governors of the Pennsylvania, Maryland, and District of Columbia Trial Lawyers Associations. I am a past president of the District of Columbia Trial Lawyers Association. I am a member of the bars of New York, Maryland, Pennsylvania, the District of Columbia, and of this Court (among others).

2. From 2008 through 2015, I represented plaintiffs in this and related actions with the attorneys on the *Peterson* enforcement team, a group of attorneys who worked together to effect the turnover of the funds in New York.

3. When the defendants sought to lift the restraints on their assets in 2008, I appeared in this Court at motions hearings and status conferences. I helped formulate the plaintiffs' legal strategy in response to the defendants' filings. I also successfully represented

Thomas Fortune Fay and the Fay Perles partnership in litigation in this Court seeking to challenge their work in this case.

4. In 2009, I traveled to North Carolina and New York to take depositions of approximately 15 surviving marines and their family members.

5. I took action to restrain defendants' assets, serving notices of *lis pendens* on Citibank and Clearstream on behalf of the *Bonk* and *Valore* plaintiffs. I also represented the *Bonk* and *Valore* plaintiffs when they were named as third-party defendants in a related action, *Levin v. Bank of New York*, No. 09-cv-5900 (S.D.N.Y.).

6. I represented the *Peterson* plaintiffs at meetings with Senators and Congressmen. I organized events in Washington to promote their claims, and with Mr. Fay I hosted a fundraiser for Senator Harry Reid during the time we were discussing with Senator Reid's staff proposed changes to the Federal Sovereign Immunity Act.

7. In 2012, I helped negotiate the cooperation agreement to share the assets restrained in *Peterson*. I spent significant time advising my clients in connection with that agreement. I also attended multiple meetings in New York to help negotiate the terms and language that all of the plaintiff groups' different counsel ultimately approved.

8. When defendants appealed the judgments against them, I attended oral argument before the Second Circuit along with co-counsel. When defendants petitioned the Supreme Court for certiorari, I coordinated an effort to identify amici and persuade them to file amicus briefs.

9. My former colleague Thomas Fortune Fay did not inform me in advance that he was receiving a distribution of *Peterson* attorneys' fees in 2016. Nor did he pay me any part of the distribution he received. I learned of the distribution and met with Mr. Fay, who reported

that he already had used the money to pay off creditors. Mr. Fay's adult daughter, lawyer Caragh Fay, also told me in January of 2017 that the distribution had been spent.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed May 22, 2017 in Washington, D.C.

_____
Annie Pennock Kaplan