

CONFIDENTIAL



CONFIDENTIAL



CS User ▮▮▮▮▮   Clearstream Banking - CreationOnline   ▮▮▮▮



OSG











CONFIDENTIAL



Input Media

Reason-Narrative

Forthcoming internal settlement date

Reports Creation NG Swift

Clearstream Banking - CreationOnline



1/2



CONFIDENTIAL

Clearstream Banking - CreationOnline                                    13:07 CET



CONFIDENTIAL







Clearstream Banking - CreationOnline



CONFIDENTIAL

Clearstream Banking - CreationOnline                                         13:09 CET







CS User