

EXHIBIT I

CS User Clearstream Banking - CreationOnline (1) D Del.

CS User

2/2



User 13:34 CET

CONFIDENTIAL

Yes

Settlement Activity

Exp./Eff. Value Date



User
CET
07/02/08 21:38
CONFIDENTIAL



CS User Clearstream Banking - CreationOnline 11:36 CE

Page 2/2


CS User

08

Page 1/2

CS User Clearstream Banking - CreationOnline

TIAL

/06/08 Page 2/2

CS User
Clearstream Banking - CreationOnline
11:44 CE
CONFIDENTIAL

CS User [illegible] Clearstream Banking - CreationOnline CON 11:44 CE

[redacted]

/06/08 Page 2/2