# Exhibit E

1

X86REPET1                        SEALED

1    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
2    ------------------------------x

3    DEBORAH D. PETERSON, Personal
     Representative of the Estate
4    of James C. Knipple (Dec.),
     et al.,
5                   Plaintiffs,

6         v.                              01 CV 2094(RCL)
                                     and 01 CV 2684(RCL)(D.D.C.)
7
     ISLAMIC REPUBLIC OF IRAN,
8    et al.,
                  Defendants.
9    ------------------------------x

10                                    June 27, 2008
                                      11:15 a.m.
11

12   Before:

13                    HON. JOHN G. KOELTL,

14                                       District Judge

15                    APPEARANCES

16

     SALON MARROW DYCKMAN NEWMAN & BROUDY, LLP
17        Attorneys for Plaintiffs
     BY:  LIVIU VOGEL
18        WILLIAM CORTELLESSA

19   LAW OFFICES OF THOMAS FORTUNE FAY, PA
          Attorneys for Plaintiffs
20   BY:  THOMAS FORTUNE FAY

21   PERLES LAW FIRM, PC
          Attorneys for Plaintiffs
22   BY:  STEVEN R. PERLES

23   COOK COLLECTION ATTORNEYS, PLC
          Attorneys for Plaintiffs
24   BY:  DAVID J. COOK

25

```
X86REPET1                    SEALED
```

1                 A P P E A R A N C E S (continued)

2    WHITE & CASE
          Attorneys for Defendants
3    BY:  FRANK PANOPOULOS
          CHRISTIAN HEYNE
4
     DAVIS WRIGHT TREMAINE, LLP
5         Attorneys for Citibank
     BY:  SHARON L. SCHNEIER
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

X86RYPET2             SEALED        Gem - direct

1              MR. PANOPOULOS:  Your Honor, I think when we now refer

2     to the securities, I will just refer to the last four digits

3     and numbers for ease of reference.

4              So the one marked in yen, the third one in the

5     column --

6              THE COURT:  You are now on Exhibit C?

7              MR. PANOPOULOS:  Yes, sir.

8              The list in Exhibit C is the same as the securities

9     that are in the writ and in the restraining notices.  We

10    reordered them because of the presentation of evidence.

11             In other words, it doesn't follow the order that

12    plaintiffs had, that's all.

13             THE COURT:  Okay.

14    BY MR. PANOPOULOS:

15    Q.  Continue, Mr. Gem.

16    A.  I would say all of these securities are denominated in U.S.

17    dollars.  That means they are due to redeem and pay periodic

18    interest in the currency United States dollars, with one

19    exception, ███████████████████████████, ████████████████

20    ████████████████████████████████████,

21             The information that we have here is the description

22    that appears in Clearstream Bank's Incorporation records of the

23    security itself so that is an extract or a summarization of the

24    information provided by the issuer and its agent on the

25    security, the distribution dates of the security, meaning when

X86RYPET2                    SEALED          Gem - direct

1    it was settled initially on the primary market, in other words,

2    when the issuer got his money; the maturity date when that

3    issue is due to redeem; and all of these are simple bonds in

4    that they will redeem at par, they are not complex structures

5    or become somewhat more frequent, but here they are what we

6    call straight bonds.

7            The initial amounts were the initial amounts raised by

8    the issuer on that security.  The initial amount is not

9    necessarily the currency outstanding, because in certain

10   securities issued it is possible for the issuer to tap the

11   issue with further drawings during the life of the security,

12   and this has happened, indeed, with the ███, which is the one

13   set out all by itself where ████████████████████████,

14   ██████████████████████  ███████████████████████████)

15   █████████████████████.

16           The fourth column is the interest rate and that is

17   important to show that these are, again, simple and

18   straightforward securities that pay a fixed coupon that would

19   not vary during the lifetime of the security so the issuer is

20   committed to pay that interest rate from its issuance to its

21   maturity.

22   Q.  Mr. Gem, you testified earlier that many persons take

23   positions on these securities, is that correct?

24   A.  That is, indeed, correct.

25   Q.  And who are Clearstream's customers?

X86RYPET2              SEALED          Gem - direct

1   A.   Clearstream customers are uniquely banks, central banks and

2   financial institutions.

3   Q.   And so it would be those kinds of institutions or banks who

4   would be taking positions on these securities?

5   A.   These securities will be held in general by, for example,

6   investment funds who would not necessarily be holding them

7   directly through us but through a consortium bank who would

8   then employ the custody.

9        They would be held, also being very high-grade

10  securities, these are what we call supranatural issues, meaning

11  they are issued by super sovereign agencies, such as the

12  European Investment Bank or a German government subsidy agent

13  or by the World Bank.  We see that issuer here, or by sovereign

14  issuer here if we see the Republic of Italy there, for example,

15  and that would all tend to appeal to central banks, for

16  example, as stores of reserve investments.

17  Q.   Thank you, Mr. Gem.

18       Could I now move to Exhibit D.  I would like to pass

19  out a new Exhibit D.

20       MR. PANOPOULOS:  We noticed a mistake in the first row

21  of Exhibit D for security ██████.  You will see in the column

22  that has UBAE there is a zero and it is followed by a 13061.

23  That line is a result of the Excel program dragging down the

24  heading in the column before hand.

25       Your Honor, I am just going to hand out a new Exhibit