UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DEBORAH D. PETERSON,
Personal Representative of the Estate of
James C. Knipple (Dec.) et al.,

          Plaintiffs,

v.

ISLAMIC REPUBLIC OF IRAN, et al.

          Defendants.

Case No. 10 CIV 4518 (BSJ)(GWG)

## DECLARATION OF DAVID M. LINDSEY

I, David M. Lindsey, hereby declare as follows:

1. I am a partner in the law firm of Chaffetz Lindsey LLP, attorneys for Defendant Bank Markazi. I am an attorney duly admitted to practice law in the State of New York, as well as in the Southern District of New York.

2. I submit this Declaration in support of Bank Markazi's Opposition to Plaintiffs' Motion for Partial Summary Judgment dated April 2, 2012 in the above-captioned action.

3. Attached hereto as Exhibit A is a true and correct copy of the June 8, 2012 Brief for the United States as *Amicus Curiae* in Support of the Appellees in *Rubin v. Islamic Republic of Iran*, No. 11-2144 (1st Cir. June 8, 2012).

4. Attached hereto as Exhibit B is a true and correct copy of the May 15, 2012 Motion of the United States for a 30-day Extension of Time to File an *Amicus* Brief in *Calderon-Cardona v. JP Morgan Chase Bank, N.A.*, No. 12-75 (Dkt. # 64-2) (2d. Cir. May 15, 2012).

{00120054;v1}

– 1 –

— 2 —

5.    Attached hereto as <u>Exhibit C</u> is a true and correct copy of this Court's May 25, 2012 Order in the related matter of *Bank of Tokyo-Mitsubishi, UFJ, Ltd. New York Branch v. Peterson,* No. 12 Civ. 4038 (BSJ) (Dkt. # 4) (S.D.N.Y. May 25, 2012).

6.    Attached hereto as <u>Exhibit D</u> is a true and correct copy of this Court's February 27, 2012 Order Pursuant to 28 U.S.C. § 1610(c) in the above-captioned action.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:    New York, New York  
              June 15, 2012

_____  
David M. Lindsey