```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
THE BANK OF TOKYO-MITSUBISHI, UFJ, LTD :
NEW YORK BRANCH                     :
                                    :
              Petitioner,           :
                                    :      12 Civ. 4038
                                    :         (BSJ)
         v.                         :
                                    :
                                    :        Order
DEBORAH D. PETERSON, Personal       :
Representative of the Estate of     :
James C. Knipple (Deceased), et al.,:
                                    :
              Respondents.          :
------------------------------------x
```

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/25/12

In a telephone conference with the parties on May 24, 2012, the Court vacated the Restraining Notice to the extent that it seeks attachment and execution of property and/or interests in property of the Judgment Debtors or their agencies or instrumentalities that is located outside of the United States.

Respondents are directed to submit briefing papers on or before June 7, 2012, in which they may address any remaining issues, including those raised during the phone conference. Opposition papers will be due on or before June 21, 2012, with reply papers, if any, due on or before June 28, 2012.

A short opinion will follow.

SO ORDERED:

                                                                     _____
                                                                     BARBARA S. JONES
                                                                     UNITED STATES DISTRICT JUDGE

Dated:    New York, New York
              May 24, 2012