```
2008JUN27  08:34:08                                    Logical Terminal Y5KD        ①
MT S599                        Free Format                     Page 00001
                                                               Func UBAISTP0
                                                               UMR  17291868
MSGACK   DWS765I AUTH OK, WITH THE CURRENT BKE KEY
Basic Header       F  01 UBAIITRRAXXX 4334 513424
Application Header O 599 1751 080626 CEDELULLHXXX 1916 345093 080626 1751 N
                              *CLEARSTREAM BANKING S.A.,
                              *LUXEMBOURG
                              *LUXEMBOURG
User Header         Service Code   103:
                    Bank. Priority 113:
                    Msg User Ref.  108: IMP4089648
                    Info. from CI  115:
TRN                *20  : IOSG4089648
Related Reference   21  : LEGAL DEPARTMENT
Narrative          *79  : Banca Ubae
                          Attention Legal Department
                          .
                          Dear Sirs,
                          .
                          We refer to your SWIFT message dated 23 June 2008
                          to █████████████
                          .
                          The securities impacted by the restraining notices
                          served to Citibank N.A. and Clearstream Banking SA
                          that are held by you are the following:
```

████████

████████████

████████████████

```
                          ++ page 1 of 3 + Cont. Msg : 4089649 +
Trailer                   Order is <MAC:> <PAC:> <ENC:> <CHK:> <TNG:> <PDE:>
                          MAC:00000000
                          CHK:AFE92FA46811
                                Message Trace Display
              Function  Error Date      Time    Terminal
              SBXARICO  0000  20080626  175213
              SBXARICO  0000  20080626  175213
              SBXASAOU  0000  20080626  175213
              UBAISAOU  0000  20080626  175213
              UBAIARR   0000  20080627  083336  N5EA
              UBAIDITA  0000  20080627  083336
              UBAISAO   0000  20080627  083355  N5EA
              UBAICTTA  0000  20080627  083355
              UBAISAO   0000  20080627  083408  N5EA
              UBAISTTA  0000  20080627  083408
```

```
:008JUN27 08:35:33                              Logical Terminal Y5KD      ②
MT S599                    Free Format                   Page 00001
                                                         Func UBAISTP0
                                                         UMR  17291869

   MSGACK  DWS765I AUTH OK, WITH THE CURRENT BKE KEY
   Basic Header         F  01 UBAITTRRAXXX 4334 513425
   Application Header   O 599 1751 080626 CEDELULLHXXX 1916 345094 080626 1751 N
                                          *CLEARSTREAM BANKING S.A.,
                                          *LUXEMBOURG
                                          *LUXEMBOURG
   User Header          Service Code    103:
                        Bank. Priority  113:
                        Msg User Ref.   108: IMP4089649
                        Info. from CI   115:
   TRN                  *20  : IOSG4089649
   Related Reference     21  : LEGAL DEPARTMENT
   Narrative            *79  : Except for two of these securities (see below),
                                such securities are held by you in a Clearstream
                                account 13061 and were sub-deposited in Citibank
                                N.A until their segregation in a specific account
                                by Citibank N.A. following the restraining notice
                                received by Citibank N.A (as mentioned in our
                                letter dated 20 June).
                                .
                                Two of these securities
```



```
                                have redeemed on 13 June. Citibank also placed the
                                cash from this redemption in a segregated account
                                and the cash is therefore not available.
                                .
                                At a hearing to be held before US District Court
                                for the Southern District of New York to be held
                                this Friday at 10 am in the procedure relating to
                                the restraining notice served to Citibank (case
                                No. 18 Misc. 8302) , Clearstream Banking SA has
                                been ordered by US Judge Koeltl to testify in
                                order to disclose  the identity of account holders
                                impacted by the restraining notice in order to
                                determine which funds should be released.
                                Cleastream position is that we have no written
                                evidence that there is an Iranian beneficial
                                ownership on the above mentioned assets in
                                relation to your account 13061.
                                .
                                ++ page 2 of 3 + Cont. Msg : 4089650 +
   Trailer              Order is <MAC:> <PAC:> <ENC:> <CHK:> <TNG:> <PDE:>
                        MAC:00000000
                        CHK:9CDFE945ED10
                              Message Trace Display
   User-ID    Function  Error Date       Time    Terminal
              SBXARICO  0000  20080626   175213
              SBXARICO  0000  20080626   175213
              SBXASAOU  0000  20080626   175213
              UBAISAOU  0000  20080626   175213
              UBAIARR   0000  20080627   083509  N5EA
              UBAIDITA  0000  20080627   083509
              UBAISAO   0000  20080627   083523  N5EA
              UBAICTTA  0000  20080627   083523
              UBAISAO   0000  20080627   083533  N5EA
              UBAISTTA  0000  20080627   083533
```



```
 2008JUN27 08:37:14                                  Logical Terminal Y5KD        (2)
 MT S599                      Free Format                       Page 00001
                                                                Func UBAISTP0
                                                                UMR  17291870

 MSGACK   DWS765I AUTH OK, WITH THE CURRENT BKE KEY
 Basic Header        F  01 UBAIITRRAXXX 4334 513426
 Application Header  O 599 1751 080626 CEDELULLAXXX 6291 189392 080626 1751 N
                                        *CLEARSTREAM BANKING S.A.,
                                        *LUXEMBOURG
                                        *LUXEMBOURG
 User Header         Service Code    103:
                     Bank. Priority  113:
                     Msg User Ref.   108: IMP4089650
                     Info. from CI   115:
 TRN                 *20   : IOSG4089650
 Related Reference    21   : LEGAL DEPARTMENT
 Narrative           *79   : We will give more details following the hearing on
                             Friday.
                             .
                             Best regards,


                            ++ page 3 of 3 ++
 Trailer                    Order is <MAC:> <PAC:> <ENC:> <CHK:> <TNG:> <PDE:>
                            MAC:00000000
                            CHK:188461525B1A
                          Message Trace Display
 User-ID   Function   Error Date      Time     Terminal
           SBXARICO   0000  20080626  175247
           SBXARICO   0000  20080626  175247
           SBXASAOU   0000  20080626  175247
           UBAISAOU   0000  20080626  175247
           UBAIARR    0000  20080627  083637   N5EA
           UBAIDITA   0000  20080627  083637
           UBAISAO    0000  20080627  083703   N5EA
           UBAICTTA   0000  20080627  083703
           UBAISAO    0000  20080627  083714   N5EA
           UBAISTTA   0000  20080627  083714
```