UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.) et al., <br><br> Plaintiffs, <br><br> -v- <br><br> ISLAMIC REPUBLIC OF IRAN et al., <br><br> Defendants. | 10-cv-4518 (KBF) <br><br> **SPECIAL MASTER'S <br> SUPPLEMENTAL REPORT & <br> RECOMMENDATION** |

KATHLEEN N. MASSEY, SPECIAL MASTER:

As directed in my Report & Recommendation concerning the Advance Company Disputes track dated September 28, 2017 and filed on the public docket on September 29, 2017 (*see* ECF No. 845 at 59), the participants in that track have suggested revisions to the appendices to the Report & Recommendation concerning the positions of certain plaintiffs with respect to advance company distributions. Based on the proposed revisions and the information previously provided by RD Legal Capital, LLC and related entities, Cedars Funding LLC, and Specialty Claims Investments LLC (collectively, the "Advance Companies"), and by the Trustee, I am filing this Supplemental Report & Recommendation with revised Appendices B, C and D. These appendices are intended to supersede the versions of Appendices B, C and D included in my Report & Recommendation.

Subsequent to the issuance of the Report & Recommendation dated September 28, 2017, the Advance Companies requested that they be permitted to seek extensions of the 30-day period within which the Trustee may be ordered to commence interpleader actions with respect to disputes between the Advance Companies and the plaintiffs who have objected to the Trustee's distribution of funds to the Advance Companies (the "Objecting Plaintiffs"). (*See* ECF No. 845

– 2 –

at 57–59.) In view of the Advance Companies' representations that they intend to engage in good faith settlement discussions in an effort to obviate the need for certain interpleader actions, I recommend that the Court allow each Advance Company to request from me, with respect to each dispute, a single, 30-day extension of the deadline for the Trustee to commence any interpleader action ordered by the Court upon a showing that the Advance Company has taken meaningful steps to resolve any dispute with an Objecting Plaintiff without the need for further litigation.

With the exception of the foregoing, no other revisions to the Report & Recommendation are intended.

Dated: New York, New York
October 16, 2017

_____
Kathleen N. Massey
Special Master

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.) et al.,

        Plaintiffs,

-v-

ISLAMIC REPUBLIC OF IRAN et al.,

        Defendants.

10-cv-4518 (KBF)

**APPENDIX B TO SPECIAL MASTER'S SUPPLEMENTAL REPORT & RECOMMENDATION**

## CONSENTING PLAINTIFFS

| | | | | |
|---|---|---|---|---|
| 1. | CDA No. 9 | | 17. | CDA No. 220 |
| 2. | CDA No. 13 | | 18. | CDA No. 227 |
| 3. | CDA No. 48 | | 19. | CDA No. 236 |
| 4. | CDA No. 54 | | 20. | CDA No. 238 |
| 5. | CDA No. 64 | | 21. | CDA No. 243 |
| 6. | CDA No. 67 | | 22. | CDA No. 245 |
| 7. | CDA No. 100 | | 23. | CDA No. 247 |
| 8. | CDA No. 102 | | 24. | CDA No. 261 |
| 9. | CDA No. 106 | | 25. | CDA No. 272 |
| 10. | CDA No. 110 | | 26. | CDA No. 329 |
| 11. | CDA No. 123 | | 27. | CDA No. 340 |
| 12. | CDA No. 128 | | 28. | CDA No. 411 |
| 13. | CDA No. 140 | | 29. | CDA No. 415 |
| 14. | CDA No. 159 | | 30. | CDA No. 420* |
| 15. | CDA No. 160 | | 31. | CDA No. 425* |
| 16. | CDA No. 215 | | 32. | CDA No. 437 |

\* These Assigning Plaintiffs have consented to the distribution of the full amount presently available for distribution by the Trustee, but have objected to the amount owed in connection with any future distributions.

| | | | | |
|---|---|---|---|---|
| 33. | CDA No. 439 | | 58. | CDA No. 994 |
| 34. | CDA No. 442 | | 59. | CDA No. 1006** |
| 35. | CDA No. 449 | | 60. | CDA No. 1037 |
| 36. | CDA No. 539 | | 61. | CDA No. 1042 |
| 37. | CDA No. 533 | | 62. | CDA No. 1045 |
| 38. | CDA No. 578 | | 63. | CDA No. 1051 |
| 39. | CDA No. 588 | | 64. | CDA No. 1053 |
| 40. | CDA No. 589 | | 65. | CDA No. 1054 |
| 41. | CDA No. 592 | | 66. | CDA No. 1055 |
| 42. | CDA No. 642 | | 67. | CDA No. 1059 |
| 43. | CDA No. 661 | | 68. | CDA No. 1074 |
| 44. | CDA No. 662 | | 69. | CDA No. 1094 |
| 45. | CDA No. 681 | | 70. | CDA No. 1102 |
| 46. | CDA No. 728 | | 71. | CDA No. 1107 |
| 47. | CDA No. 773 | | 72. | CDA No. 1121 |
| 48. | CDA No. 791 | | 73. | CDA No. 1124 |
| 49. | CDA No. 813 | | 74. | CDA No. 1147 |
| 50. | CDA No. 855 | | 75. | CDA No. 1154 |
| 51. | CDA No. 861 | | 76. | CDA No. 1156 |
| 52. | CDA No. 868 | | 77. | CDA No. 1178 |
| 53. | CDA No. 876 | | 78. | CDA No. 1180 |
| 54. | CDA No. 884 | | 79. | CDA No. 1181 |
| 55. | CDA No. 927 | | 80. | CDA No. 1182 |
| 56. | CDA No. 935 | | 81. | CDA No. 1210 |
| 57. | CDA No. 968 | | 82. | CDA No. 1281 |

** This Assigning Plaintiff consents to the Trustee's proposed distribution, but payment should be withheld until the Trustee determines that certain pending litigation does not prevent a distribution.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.) et al.,

                    Plaintiffs,

-v-

ISLAMIC REPUBLIC OF IRAN et al.,

                    Defendants.

10-cv-4518 (KBF)

**APPENDIX C TO SPECIAL MASTER'S SUPPLEMENTAL REPORT & RECOMMENDATION**

## NON-RESPONDING PLAINTIFFS

| Group A | Group B |
|---|---|
| 1. CDA No. 6 | 1. CDA No. 218 |
| 2. CDA No. 56 | 2. CDA No. 441 |
| 3. CDA No. 653 | 3. CDA No. 555 |
| 4. CDA No. 811 | 4. CDA No. 1010 |
| 5. CDA No. 999 | 5. CDA No. 1120 |
| 6. CDA No. 1096 | 6. CDA No. 1122 |
| 7. CDA No. 1123 | 7. CDA No. 1148 |
| | 8. CDA No. 1179 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.) et al.,

Plaintiffs,

-v-

ISLAMIC REPUBLIC OF IRAN et al.,

Defendants.

10-cv-4518 (KBF)

**APPENDIX D TO SPECIAL MASTER'S SUPPLEMENTAL REPORT & RECOMMENDATION**

## OBJECTING PLAINTIFFS

1. CDA No. 51
2. CDA No. 150
3. CDA No. 403
4. CDA No. 406
5. CDA No. 433
6. CDA No. 436
7. CDA No. 477
8. CDA No. 478
9. CDA No. 481
10. CDA No. 575
11. CDA No. 625
12. CDA No. 684
13. CDA No. 776
14. CDA No. 779
15. CDA No. 797
16. CDA No. 844
17. CDA No. 865
18. CDA No. 975
19. CDA No. 977
20. CDA No. 978
21. CDA No. 979
22. CDA No. 1275
23. CDA No. 1302