# Exhibit 25

# STORCH AMINI PC

Steven G. Storch
**MEMBER NY & IL BARS**

212.497.8216
sstorch@storchamini.com

July 21, 2017

**POSTED TO BOX**

Kathleen N. Massey, Esq.
Dechert LLP
1095 Avenue of the Americas
New York, New York 10036

Re:   *Peterson v. Islamic Republic of Iran,* No. 10-cv-4518-KBF (S.D.N.Y.)

Dear Special Master Massey:

    We represent Jay Glenn, and write in support of the Advance Companies' request to intervene in proceedings before Your Honor.

    Considerable overlap exists between the Advance Company Dispute and Attorneys' Fee Dispute tracks. Payments to the Advance Companies have been suspended, in part, because distributions to each *Peterson* plaintiff have been conditioned on his or her signing a Confidential Distribution Authorization ("CDA") [*e.g.*, ECF No. 710, pp.2-5; Kingsbery Letter, Ex. A, p.1]. The CDA, in turn, provides that by signing the same the relevant *Peterson* plaintiff consents to his or her sharing her distribution with plaintiffs in other Beirut cases not identified in Footnote 5 of the Supreme Court's *Peterson* decision, reported at 136 S. Ct. 1310, including plaintiffs represented by Fay & Perles (so as not to reduce their recovery), regardless of whether the *Peterson* plaintiff did or did not previously consent, and notwithstanding the fact that the Order Authorizing Distribution of Funds [ECF No. 651] directs the QSF Trustee to distribute funds in accordance with sharing agreements then-existing as of June 2016.

    The propriety of Fay & Perles' obtaining *Peterson* plaintiffs' consent to sharing in this manner presents serious loyalty issues and affects recoveries by the Advance Companies and damages attorneys for the *Peterson* plaintiffs (like Glenn) alike, as their respective recoveries would be higher absent the consent to sharing forced by Fay & Perles on *Peterson* plaintiffs through the CDA.

    The Special Master is empowered to resolve this issue, and others affecting both the Advance Companies and *Peterson* attorneys. The Advance Companies' limited intervention request should be granted so these disputes can be resolved in a central forum and in a transparent manner.

Respectfully,

*Steve Storch /d.g.*
Steven G. Storch