# Exhibit 43

Withheld