# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Deborah D. Peterson, Personal Representative of the Estate of James C. Knipple (Dec.) et al.

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

Islamic Republic of Iran, et al.

(List the full name(s) of the defendant(s)/respondent(s).)

10 CV 4518 (KBF)( )

**NOTICE OF APPEAL**

Notice is hereby given that the following parties: Jay Glenn

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the ☐ judgment ■ order entered on: **June 18, 2018**

(date that judgment or order was entered on docket)

that: denied Jay Glenn's motion to intervene in this action for the purpose of objecting to the Special Master's November 29, 2017 Report and Recommendation, or, in the alternative, to join the QSF Trustee as stakeholder in a pending action in the District of Columbia.

(If the appeal is from an order, provide a brief description above of the decision in the order.)

June 20, 2018

Dated

Signature

Besdin, Noam, of Storch Amini PC

Name (Last, First, MI)

140 East 45th Street, 25th Floor   New York   NY   10017

Address   City   State   Zip Code

(212)490-4100   nbesdin@storchamini.com

Telephone Number   E-mail Address (if available)

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13