UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), et al.,

           Plaintiffs,

-against-

ISLAMIC REPUBLIC OF IRAN, et al.,

           Defendants

10 Civ. 4518 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

Dechert LLP's fees for August, September, and October 2019, which are set forth in three letters dated December 18, 2019 [dkt. nos. 1053, 1054, and 1055], are approved.

**SO ORDERED.**

Dated:    New York, New York
          December 23, 2019

_____
LORETTA A. PRESKA
Senior United States District Judge

1