UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.), *et al.*,<br><br>                Plaintiffs,<br><br>    v.<br><br>ISLAMIC REPUBLIC OF IRAN, BANK MARKAZI a/k/a CENTRAL BANK OF IRAN; BANCA UBAE SpA; CITIBANK, N.A., and CLEARSTREAM BANKING, S.A.,<br><br>                Defendants. | 10 Civ 4518 (LAP) |

## ACCEPTANCE OF APPOINTMENT AS SUCCESSOR TRUSTEE OF THE PETERSON FUND

WHEREAS:

1.  On July 9, 2013, the Court authorized the establishment and funding of the Peterson Fund and appointed retired Judge Stanley Sporkin as Fund Trustee of the Peterson Fund. (Order Approving Qualified Settlement Fund, ECF No. 460, the "Fund Approval Order"). The Peterson Fund is governed by the terms of the Agreement for the Peterson §468B Qualified Settlement Fund Pursuant to 26 U.S.C. §468B (ECF No. 461) (the "QSF Agreement").

2.  By order entered June 6, 2016 (ECF No. 651, the "Distribution Order"), the Court ordered the Fund Trustee to commence distribution of the Peterson Fund's assets to Plaintiffs, other judgment creditors of Iran that have written agreements with any of the Plaintiffs to share in the distribution of the Peterson Fund and their respective attorneys.

3.     On February 28, 2020, the Court approved the Fund Trustee's plan for termination of the Peterson Fund and distribution of remaining funds to the Peterson Fund beneficiaries (ECF No. 1070).

4.     On March 24, 2020, the Fund Trustee's counsel filed with the Court a notice of the death of Fund Trustee Stanley Sporkin (ECF No. 1071).

5.     On April 3, 2020, counsel for the Peterson Plaintiffs filed with the Court a notice of intention to appoint Kenneth R. Feinberg, Esq. as a successor Fund Trustee of the Peterson Fund. The Court entered an Order on April 6, 2020 (ECF No. 1078) that Kenneth R. Feinberg, Esq. is appointed successor trustee effective at his written acceptance and the filing of the letter is good and sufficient notice to interested parties.

The undersigned Kenneth R. Feinberg, Esq. having an office located at 1455 Pennsylvania Avenue, NW, Suite 390, Washington, DC 20004-1008, hereby accepts the appointment as Fund Trustee of the Peterson Fund pursuant to Section 8.2 of the QSF Agreement *pro bono*.

WITNESS, the execution hereof of the successor Fund Trustee, on this __7th__ day of __April__, 2020.

By: _/s/ Kenneth R. Feinberg_
Kenneth R. Feinberg, Esq.
FUND TRUSTEE

Appointment of Kenneth R. Feinberg, Esq. as a successor Fund Trustee of the Peterson Fund is SO ORDERED this __ day of April, 2020

_____
Loretta A. Preska
Senior United States Judge