# EXHIBIT "6"

# EXHIBIT 6 (pt. 1)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT NEW YORK

```
--------------------------------------------------------x
                                             :
DEBORAH D. PETERSON,                         :
Personal Representative of the Estate        :
of James C. Knipple (Dec.), et al.,          :
                                             :   Case No. 10 Civ. 4518 (LAP)
                     Plaintiffs,             :   CONSOLIDATED
                                             :
          v.                                 :
                                             :
ISLAMIC REPUBLIC OF IRAN, BANK               :
MARKAZI a/k/a CENTRAL BANK OF IRAN;          :
BANCA UBAE SpA; CITIBANK, N.A.; and          :
CLEARSTREAM BANKING, S.A.                    :
                                             :
                     Defendants.             :
                                             :
--------------------------------------------------------x
```

## DECLARATION

I, Alan H. Katz, declare as follows:

1.      I am Of Counsel to Locke Lord LLP, attorneys for Successor Trustee Kenneth G. Feinberg (the "Trustee").  This declaration concerns the assignment of Delayed Distributions to Lead Attorneys and Designated Distribution Agents.

2.      Pursuant to the terms of the Court's Order entered on February 28, 2020 (the "Distribution Approval Order"), the Trustee determined that all or portions of Supplemental Distributions, Pre-Final Distributions and/or Final Distributions of the Plaintiffs assigned the following tracking numbers were Delayed Distributions that should be assigned to Lead Attorneys or Designated Distribution Agents:

| | | | |
|---|---|---|---|
| TN 316 | TN 763 | TN 1120 | TN 1520 |
| TN 343 | TN 839 | TN 1308 | TN 1532 |
| TN 359 | TN 925 | TN 1363 | TN 1693 |
| TN 362 | TN 996 | TN 1397 | TN 1728 |
| TN 424 | TN 1061 | TN 1486 | |
| TN 592 | TN 1107 | TN 1491 | |

3.      Assignments to Lead Attorneys for the Plaintiffs identified above were accomplished by sending to such Lead Attorneys, by courier, the letters attached hereto as Exhibits A and B-1.  The letters enclosed schedules detailing the amounts assigned

91476008v.2

with regard to each Plaintiff, the Lead Attorney to whom each individual assignment was being made, the name of each Plaintiff, the principal reasons why the Trustee had determined each Plaintiff's distributions to be Delayed Distributions and the allocation of each assigned Delayed Distribution that the Trustee had anticipated making had the issues delaying distribution been resolved in a timely manner.  The letters also enclosed checks payable to each Lead Attorney in the amounts being assigned to such Lead Attorney.  The Plaintiffs' names and the Trustee's checking account number have been redacted from the schedules and checks in Exhibits A and B-1.

4.      After sending the letter attached hereto as Exhibit B-1, the Trustee discovered that, with regard to several Plaintiffs identified in Exhibit B-1, the information in the schedule concerning the Trustee's anticipated distribution of attorneys' fees contained a misallocation of approximately $6,000 of attorneys' fees.  The misallocation did not affect the total amounts of attorneys' fees or the amounts payable to Plaintiffs themselves.  Further, it is the obligation of the Lead Attorneys to properly distribute the Delayed Distributions assigned to them.  Nevertheless, the Trustee prepared a corrected schedule and sent it to the Lead Attorneys for such Plaintiffs and the attorneys who may have been affected by the misallocation, who agreed to substitute the corrected schedule for the one originally included with Exhibit B-1.  The corrected schedule is attached hereto as Exhibit B-2.

5.      The amounts assigned to Lead Attorneys for the following Plaintiffs, all of which are estates, consisted only of attorneys' fees.  Such Plaintiffs' Delayed Distributions also included amounts payable to the Plaintiffs, but for the issues delaying distribution.  The Trustee chose to assign the amounts payable to the Plaintiffs to such Plaintiffs' Designated Distribution Agents, who also serve as such Plaintiffs' estate counsel and agreed to properly handle the amounts assigned to them. Following are the tracking numbers for such Plaintiffs and the names of the Designated Distribution Agents/estate counsel to whom the Plaintiffs' portions were assigned:

| | |
|---|---|
| TN 343 | Leah Shedlo |
| TN 424 | Leah Shedlo |
| TN 1363 | Kevin P. Connolly |
| TN 1397 | Leah Shedlo |

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: March 24, 2021

_____
Alan H. Katz

91476008v.2

<u>EXHIBIT A</u>



Attorneys & Counselors

Brookfield Place, 200 Vesey Street
20th Floor
New York, NY 10281-2101
Telephone: 212-415-8600
Fax: 212-303-2754
www.lockelord.com

Alan H. Katz
Direct Telephone: 212-415-8509
Direct Fax: 212-812-8380
akatz@lockelord.com

February 18, 2021

<u>By E-Mail and FedEx</u>:

Dale K. Cathell
Virginia Callahan
DLA Piper LLP (US)
The Marbury Building 6225 Smith Avenue
Baltimore, Maryland  21209-3600

Re:     Peterson Fund – Assignment of Distributions

Dear Counsel:

As you know, we represent Kenneth R. Feinberg, Successor Trustee (the "Trustee") of the Peterson §468B Qualified Settlement Fund (the "Fund").  As described in the motion (ECF No. 1059, the "Motion") filed by the Trustee on January 22, 2020 in *Peterson, et al. v. Islamic Republic of Iran, et al.*, Case No. 10-4518, U.S. District Court for the Southern District of New York (the "Peterson Case"), the Trustee has been making Pre-Final and Final Distributions and associated attorneys' fees.

Pursuant to an order (ECF No. 1070, the "Order") entered by the District Court, where the Trustee determines that one or more issues exist that may delay the Trustee's ability to timely remit payment of one or more of the distributions, the Trustee is authorized, among other things, to transfer and assign such distributions, which may include attorneys' fees and/or amounts owed to advance or funding companies, to a distribution agent designated by the relevant Plaintiff (a "Designated Distribution Agent") or to the lead attorney authorized to represent such Plaintiff in connection with the Peterson Case (the "Lead Litigation Attorney"), to be held in trust pending resolution of such issues.

The Order further provides that: (a) once such distributions have been transferred as provided in the Order, the Fund and the Trustee shall have no further liability for, or responsibility regarding, such distributions and (b) the transfer of such distributions to a Designated Distribution Agent or Lead Litigation Attorney shall not modify, limit or impair the rights of any Plaintiff, estate, attorney, advance company or other funding company, lender or other person or entity with respect to such distributions.  Accordingly, a Designated Distribution Agent or Lead Litigation Attorney, as the case may be, is required to hold such distributions in a manner that does not modify, limit or impair

Atlanta | Austin | Boston | Brussels | Chicago | Cincinnati | Dallas | Hartford | Houston | London | Los Angeles
Miami | New Orleans | New York | Princeton | Providence | San Francisco | Stamford | Washington DC | West Palm Beach

91276462v.2

Dale K. Cathell
Virginia Callahan
February 18, 2021
Page 2

the rights of any Plaintiff, estate, attorney, Advance Company, other funding company, lender or other person or entity with respect to the Plaintiff's Delayed Distributions.[1]

The Trustee has determined that issues exist that are delaying his ability to timely remit payment of the distributions (the "Assigned Distributions") listed in the enclosed schedule (the "Schedule"). The Plaintiffs listed in the Schedule have not designated Designated Distribution Agents. Accordingly, the Trustee is remitting the Assigned Distributions, which may include associated attorneys' fees and amounts due to Advance Companies, other funding companies, lenders or other persons or entities, to you as the Lead Litigation Attorneys for such Plaintiffs, as indicated in the Schedule.[2]  A check payable to your law firm is enclosed in the amount of the Assigned Distributions being remitted to you.

The Schedule also provides limited information about the principal issues that were delaying the Trustee's ability to distribute the Assigned Distributions and indicates how the Trustee anticipated distributing the Assigned Distributions, based on the information available to him, but for the issues that were delaying the Trustee's ability to timely distribute the Assigned Distributions.  The Trustee is providing such information and allocation solely for informational purposes, without representation or warranty that it is correct and complete.  We urge you to undertake your own analysis of the legal actions that may be required before you release any of the Assigned Distributions and make your own determination of to how the Assigned Distributions should be allocated.

Please acknowledge your receipt of this letter and check by signing where indicated below and returning a scan of the letter by email.

If you have any questions, or we can be of assistance, please let us know promptly.

Very truly yours,

Alan H. Katz

RECEIPT ACKNOWLEDGED:

Print Name: _____
Insert Date: _____, 2021

Enclosures

---

[1] This letter summarizes the relevant provisions of the Order.  We suggest that you review the provisions of the Order in their entirety.

[2] The Trustee is designating Lead Litigation Attorneys only for the purpose of assigning payments as described herein and not for any other purpose.

WARNING: THIS DOCUMENT CONTAINS SEVERAL DOCUMENT SECURITY FEATURES

BLD ADMINISTRATOR
PO BOX 4199
PORTLAND OR 97208-4199

UBS FINANCIAL SERVICES, INC

25-80
440

CHECK NUMBER
7041

DATE
02/12/2021

Void if not negotiated on or before March 1, 2021.

PAY EXACTLY ********** ONE HUNDRED EIGHTY ONE THOUSAND NINE HUNDRED
EIGHTY AND 98/100 DOLLARS

AMOUNT
$181,980.98

This check may not be cashed at a check cashing
agency or money service business.

PAY TO THE ORDER OF:
DLA PIPER

Delayed Distributions Assignment,
per 2/28/20 court order

_Kenneth R. Feinberg_
Authorized Signature

DO NOT CASH IF THE WORD VOID IS VISIBLE • SEE REVERSE SIDE FOR LIST OF SECURITY FEATURES

⑈000000 7041⑈ ⑆044000804⑆

**PETERSON FUND**
**AMOUNTS ASSIGNED**

**DRAFT FOR DISCUSSION PURPOSES ONLY**
**PRIVILEGED & CONFIDENTIAL**

| TN | PAYEE/PLAINTIFF | PRE-FINAL | | FINAL | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | PLAINTIFF AMOUNT | DLA PIPER AMOUNT | PLAINTIFF AMOUNT | DLA PIPER AMOUNT | TOTAL |
| 1486 | ▓▓▓▓▓▓ | $ 10,649.27 | $ 2,232.11 | $ 3,386.42 | $ 747.00 | $ 17,014.80 |
| 1491 | ▓▓▓▓▓▓ | 33,306.29 | 6,981.05 | 10,591.25 | 2,336.30 | 53,214.89 |
| 1520 | ▓▓▓▓▓▓ | 53,290.07 | 11,169.69 | 16,945.99 | 3,738.09 | 85,143.84 |
| 1532 | ▓▓▓▓▓▓ | 16,653.15 | 3,490.53 | 5,295.62 | 1,168.15 | 26,607.45 |
| TOTAL | | $ 113,898.78 | $ 23,873.37 | $ 36,219.28 | $ 7,989.55 | $ 181,980.98 |

| TN | Plaintiff | Estate Representative | Lead Litigation Attorney | Principal Defects |
|---|---|---|---|---|
| 1486 | | | DLA Piper | FCDA not returned |
| 1491 | | | DLA Piper | Missing payment instructions |
| 1520 | | | DLA Piper | FCDA not returned |
| 1532 | | | DLA Piper | FCDA not returned |

# EXHIBIT B-1



Brookfield Place, 200 Vesey Street
20th Floor
New York, NY 10281-2101
Telephone:  212-415-8600
Fax:  212-303-2754
www.lockelord.com

Alan H. Katz
Direct Telephone:  212-415-8509
Direct Fax:  212-812-8380
akatz@lockelord.com

February 22, 2021

<u>By E-Mail and FedEx</u>:

Caragh Fay                                         Joseph Peter Drennan
Fay Law Group, P.A.                          Attorney at Law
777 Sixth Street, NW, Suite 410          218 North Lee Street
Washington, DC 20001                       Alexandria, VA  22314-2631

Patrick M. Donahue
The Donahue Law Firm, LLC
18 West Street
Annapolis, MD 21401

Re:     Peterson Fund – Assignment of Distributions

Dear Counsel:

As you know, we represent Kenneth R. Feinberg, Successor Trustee (the "Trustee") of the Peterson §468B Qualified Settlement Fund (the "Fund").  As described in the motion (ECF No. 1059, the "Motion") filed by the Trustee on January 22, 2020 in *Peterson, et al. v. Islamic Republic of Iran, et al.*, Case No. 10-4518, U.S. District Court for the Southern District of New York (the "Peterson Case"), the Trustee has been making Pre-Final and Final Distributions and associated attorneys' fees.

Pursuant to an order (ECF No. 1070, the "Order") entered by the District Court, where the Trustee determines that one or more issues exist that may delay the Trustee's ability to timely remit payment of one or more of the distributions, the Trustee is authorized, among other things, to transfer and assign such distributions, which may include attorneys' fees and/or amounts owed to advance or funding companies, to a distribution agent designated by the relevant Plaintiff (a "Designated Distribution Agent") or to the lead attorney authorized to represent such Plaintiff in connection with the Peterson Case (the "Lead Litigation Attorney"), to be held in trust pending resolution of such issues.

The Order further provides that: (a) once such distributions have been transferred as provided in the Order, the Fund and the Trustee shall have no further liability for, or responsibility regarding, such distributions and (b) the transfer of such distributions to a Designated Distribution Agent or Lead Litigation Attorney shall not modify, limit or impair the rights of any Plaintiff, estate, attorney, advance company or other funding company, lender or other person or entity with respect to such distributions.  Accordingly, a Designated Distribution Agent or Lead Litigation Attorney, as the case may be, is required to hold such distributions in a manner that does not modify, limit or impair

Atlanta | Austin | Boston | Brussels | Chicago | Cincinnati | Dallas | Hartford | Houston | London | Los Angeles
Miami | New Orleans | New York | Princeton | Providence | San Francisco | Stamford | Washington DC | West Palm Beach

91218402v.6

Caragh Fay
Patrick M. Donahue
Joseph Peter Drennan
February 22, 2021
Page 2

the rights of any Plaintiff, estate, attorney, Advance Company, other funding company, lender or other person or entity with respect to the Plaintiff's Delayed Distributions. [1]

The Trustee has determined that issues exist that are delaying his ability to timely remit payment of the distributions (the "Assigned Distributions") listed in the enclosed schedule (the "Schedule"). The Plaintiffs listed in the Schedule have not validly designated appropriate Designated Distribution Agents. Accordingly, the Trustee is remitting the Assigned Distributions, which may include associated attorneys' fees and amounts due to Advance Companies, other funding companies, lenders or other persons or entities, to you as the Lead Litigation Attorneys for such Plaintiffs, as indicated in the Schedule.[2] A check payable to you or your law firm is enclosed in the amount of the Assigned Distributions being remitted to you.

The Schedule also provides limited information about the principal issues that were delaying the Trustee's ability to distribute the Assigned Distributions and indicates how the Trustee anticipated distributing the Assigned Distributions, based on the information available to him, but for the issues that were delaying the Trustee's ability to timely distribute the Assigned Distributions. The Trustee is providing such information and allocation solely for informational purposes, without representation or warranty that it is correct and complete. We urge you to undertake your own analysis of the legal actions that may be required before you release any of the Assigned Distributions and make your own determination of to how the Assigned Distributions should be allocated.

Please acknowledge your receipt of this letter and check by signing where indicated below and returning a scan of the letter by email.

If you have any questions, or we can be of assistance, please let us know promptly.

Very truly yours,

Alan H. Katz

RECEIPT ACKNOWLEDGED:

Print Name: _____
Insert Date: _____, 2021

Enclosures

---

[1] This letter summarizes the relevant provisions of the Order. We suggest that you review the provisions of the Order in their entirety.
[2] The Trustee is designating Lead Litigation Attorneys only for the purpose of assigning payments as described herein and not for any other purpose.

Caragh Fay
Patrick M. Donahue
Joseph Peter Drennan
February 22, 2021
Page 3

cc (via email, w/ encls.):

| | |
|---|---|
| Theodore S. Allison | Hanna Mayer |
| Ferris Bond | Tuna Mecit |
| James P. Bonner | Jane C. Norman |
| Douglas M. Bregman | Noel J. Nudelman |
| Fredric J. Einhorn | Alan J. Nuta |
| Keith M. Fleischman | Charles C. Parsons |
| Daniel W. Gaskill | Steven R. Perles |
| Elizabeth A. Green | Harry Rothenberg |
| Geoffrey T. Hervey | Ralph M. Stone |
| Tracy R. Kalik | Liviu Vogel |
| Anthony J. LaSpada | |

EXHIBIT Q
PETERSON FUND
AMOUNTS ASSIGNED

DRAFT FOR DISCUSSION PURPOSES ONLY
PRIVILEGED & CONFIDENTIAL

| TN: | 316 | 343 | 359 | 362 | 424 | 592 | 763 | 839 | 925 | 996 | 1061 | 1107 | 1120 | 1308[3] | 1363 | 1397 | 1693 | 1728 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LEAD ATTORNEY[1]: | FLF | FLF | FLF | FLF | FLF | FLF | FLF | FLF | FLF | FLF | FLF | PMD | JPD | FLF | PMD | FLF | FLF | FLF | TOTAL |
| **SCDA AMOUNTS:** | | | | | | | | | | | | | | | | | | | |
| *Plaintiff amounts:* | | | | | | | | | | | | | | | | | | | |
| Plaintiff portion assigned | | | | | | | | | $ 29,731.94 | | | | | | | | | | $ 29,731.94 |
| *Attorney fee portion:* | | | | | | | | | | | | | | | | | | | |
| DRENNAN | | | | | $ 2,596.56 | | | | $ - | | | | | | | $ - | | | $ 2,596.56 |
| SALON MARROW | | | | | 2,812.94 | | | | 1,406.47 | | | | | | | 843.88 | | | 5,063.29 |
| BONNER[2] | | | | | 1,298.28 | | | | 649.14 | | | | | | | 389.48 | | | 2,336.90 |
| FAY | | | | | 7,380.96 | | | | 6,184.86 | | | | | | | 3,710.91 | | | 17,276.73 |
| PERLES | | | | | 7,380.96 | | | | 6,184.86 | | | | | | | 3,710.91 | | | 17,276.73 |
| ROTHENBERG | | | | | 7,380.96 | | | | - | | | | | | | | | | 7,380.96 |
| Total attorney fee portion | $ - | $ - | $ - | $ - | $28,850.65 | $ - | $ - | $ - | $ 14,425.32 | $ - | $ - | $ - | $ - | $ - | $ - | $ 8,655.19 | $ - | $ - | $ 51,931.16 |
| TOTAL SCDAS | $ - | $ - | $ - | $ - | $28,850.65 | $ - | $ - | $ - | $ 44,157.26 | $ - | $ - | $ - | $ - | $ - | $ - | $ 8,655.19 | $ - | $ - | $ 81,663.10 |
| **PRE-FINAL AMOUNTS:** | | | | | | | | | | | | | | | | | | | |
| *Plaintiff amounts:* | | | | | | | | | | | | | | | | | | | |
| Plaintiff portion assigned | | $ 8,180.50 | $ 22,166.25 | | $ 8,264.52 | $ 3,931.49 | $ 44,332.50 | $ 22,166.25 | $ 5,763.23 | $ 22,166.25 | $ 8,264.52 | $ - | $ 22,166.25 | | | $ 8,866.50 | $ 2,049.02 | | $178,317.27 |
| RD Legal amount assigned | | | | | | | | | | | | | 44,332.50 | | | | | | 44,332.50 |
| Specialty amount assigned | | | | | 13,901.73 | | | | | | | | | | | | | | 13,901.73 |
| *Attorney fee portion:* | | | | | | | | | | | | | | | | | | | |
| DRENNAN | | | | | $ 1,311.30 | | | | | | | | | | | | | | $ 1,311.30 |
| KARR | | | | | | | | 1,311.30 | | | | | | | | | | | 1,311.30 |
| MECIT | | 655.65 | | | | 655.65 | | | | | | | | | | | | | 1,311.30 |
| SALON MARROW | | 710.29 | | | 1,420.57 | 710.29 | | 1,420.57 | 710.29 | 184.67 | 710.29 | | 1,420.57 | | 710.29 | 994.40 | 426.17 | | 9,418.39 |
| BONNER[2] | | 327.82 | | | 655.65 | 327.82 | | 327.82 | 327.82 | 85.23 | 327.82 | | 655.65 | | 327.82 | 458.95 | 196.69 | | 3,691.30 |
| FLEISCHMAN | | | | | | | 1,529.85 | | | | | | | | | | | | 1,529.85 |
| FAY | | 1,863.74 | | | 3,727.48 | 1,863.74 | | 859.02 | 3,123.44 | 812.09 | 3,123.44 | | 1,561.72 | | 1,041.15 | 1,093.20 | 1,874.06 | | 20,943.08 |
| PERLES | | 1,863.74 | | | 3,727.48 | 1,863.74 | | 859.02 | 3,123.44 | 812.09 | 3,123.44 | | 1,561.72 | | 1,041.15 | 1,093.20 | 1,874.06 | | 20,943.08 |
| GASKILL | | | | | | | | 1,718.04 | | | | | 3,123.44 | | | 2,186.41 | | | 7,027.88 |
| HNK | | | | | | | | | | | | | | | 4,164.58 | | | | 4,164.58 |
| DRENNAN | | | | | | | | 1,718.04 | | | | | 3,123.44 | | | 2,186.41 | | | 7,027.88 |
| DONAHUE | | | | | | | | 1,718.04 | | | | | 3,123.44 | | | 2,186.41 | | | 7,027.88 |
| ROTHENBERG | | 1,863.74 | | | 3,727.48 | 1,863.74 | | 3,436.08 | | | | | | | | | | | 10,891.05 |
| Total attorney fee portion | | 7,284.98 | - | - | 14,569.97 | 7,284.98 | | 14,569.97 | 7,284.98 | 1,894.10 | 7,284.98 | | 14,569.97 | | 7,284.98 | 10,198.98 | 4,370.99 | - | 96,598.89 |
| TOTAL PRE-FINAL | | 7,284.98 | 8,180.50 | 22,166.25 | 14,569.97 | 29,451.23 | 3,931.49 | 58,902.47 | 29,451.23 | 7,657.32 | 29,451.23 | 8,264.52 | 58,902.47 | 29,451.23 | 10,198.98 | 4,370.99 | 8,866.50 | 2,049.02 | 333,150.39 |
| **FINAL AMOUNTS:** | | | | | | | | | | | | | | | | | | | |
| *Plaintiff amounts:* | | | | | | | | | | | | | | | | | | | |
| Plaintiff portion assigned | $ 2,740.13 | | $ 1,473.91 | $ 3,993.78 | | $ 3,993.78 | $ 708.35 | $ 7,987.55 | $ 3,993.78 | $ 1,038.38 | $ 3,993.78 | $ 3,993.78 | $ - | | $ 3,993.78 | | $ 1,597.51 | $ 369.18 | $ 39,877.68 |
| RD Legal amount assigned | | | | | | | | | | | | | 7,987.55 | | | | | | 7,987.55 |

| TN: | 316 | 343 | 359 | 362 | 424 | 592 | 763 | 839 | 925 | 996 | 1061 | 1107 | 1120 | 1308[3] | 1363 | 1397 | 1693 | 1728 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LEAD ATTORNEY[1]: | FLF | FLF | FLF | FLF | FLF | FLF | FLF | FLF | FLF | FLF | FLF | PMD | JPD | FLF | PMD | FLF | FLF | FLF | |
| **Attorney fee portion:** | | | | | | | | | | | | | | | | | | | |
| DRENNAN | | | | | $ 359.44 | | | | | | | | | | | | | | $ 359.44 |
| KARR | | | | | | | | 359.44 | | | | | | | | | | | 359.44 |
| MECIT | | 179.72 | | | | 179.72 | | | | | | | | | | | | | 359.44 |
| SALON MARROW | | 194.70 | | | 389.39 | 194.70 | | 389.39 | 194.70 | 50.62 | 194.70 | | 389.39 | 194.70 | 272.58 | 116.82 | | | 2,581.68 |
| BONNER[2] | | 89.86 | | | 179.72 | 89.86 | | | 89.86 | 23.36 | 89.86 | | 179.72 | 89.86 | 125.80 | 53.92 | | | 1,011.82 |
| FLEISCHMAN | | | | | | | | 419.35 | | | | | | | | | | | 419.35 |
| FAY | | 510.87 | | | 1,021.74 | 510.87 | | 235.47 | 856.17 | 222.60 | 856.17 | | 428.08 | 285.39 | 299.66 | 513.70 | | | 5,740.72 |
| PERLES | | 510.87 | | | 1,021.74 | 510.87 | | 235.47 | 856.17 | 222.60 | 856.17 | | 428.08 | 285.39 | 299.66 | 513.70 | | | 5,740.72 |
| GASKILL | | | | | | 470.93 | | | | | | | | 856.17 | | 599.32 | | | 1,926.41 |
| HNK | | | | | | | | | | | | | | | 1,141.55 | | | | 1,141.55 |
| DRENNAN | | | | | | | | 470.93 | | | | | | 856.17 | | 599.32 | | | 1,926.41 |
| DONAHUE | | | | | | | | 470.93 | | | | | | 856.17 | | 599.32 | | | 1,926.41 |
| ROTHENBERG | | 510.87 | | | 1,021.74 | 510.87 | | 941.87 | | | | | | | | | | | 2,985.35 |
| **Total attorney fee portion** | $ - | $ 1,996.89 | $ - | $ - | $ 3,993.77 | $ 1,996.89 | $ - | $ 3,993.78 | $ 1,996.90 | $ 519.18 | $ 1,996.90 | $ - | $ 3,993.77 | $ 1,996.89 | $ 2,795.65 | $ 1,198.13 | $ - | $ - | $ 26,478.75 |
| **TOTAL FINAL** | $ 2,740.13 | $ 1,996.89 | $ 1,473.91 | $ 3,993.78 | $ 3,993.77 | $ 5,990.66 | $ 708.35 | $ 11,981.34 | $ 5,990.67 | $ 1,557.57 | $ 5,990.67 | $ 3,993.78 | $ 11,981.32 | $ 5,990.67 | $ 2,795.65 | $ 1,198.13 | $ 1,597.51 | $ 369.18 | $ 74,343.98 |
| **TOTAL ALL** | $ 2,740.13 | $ 9,281.87 | $ 9,654.41 | $ 26,160.03 | $ 47,414.39 | $ 35,441.90 | $ 4,639.84 | $ 70,883.81 | $ 79,599.17 | $ 9,214.89 | $ 35,441.91 | $ 12,258.30 | $ 70,883.79 | $ 35,441.90 | $ 12,994.63 | $ 14,224.32 | $ 10,464.01 | $ 2,418.20 | $ 489,157.48 |
| **TOTAL PLAINTIFF AMOUNT** | $ 2,740.13 | $ - | $ 9,654.41 | $ 26,160.03 | $ - | $ 12,258.30 | $ 4,639.84 | $ 52,320.05 | $ 55,891.97 | $ 6,801.61 | $ 26,160.03 | $ 12,258.30 | $ - | $ 26,160.03 | $ - | $ - | $ 10,464.01 | $ 2,418.20 | $ 247,926.89 |
| **TOTAL RD LEGAL** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 52,320.05 | $ - | $ - | $ - | $ - | $ - | $ 52,320.05 |
| **TOTAL SPECIALTY** | $ - | $ - | $ - | $ - | $ - | $ 13,901.73 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 13,901.73 |
| **TOTAL ATTORNEY FEES** | $ - | $ 9,281.87 | $ - | $ - | $ 47,414.39 | $ 9,281.87 | $ - | $ 18,563.75 | $ 23,707.20 | $ 2,413.28 | $ 9,281.88 | $ - | $ 18,563.74 | $ 9,281.88 | $ 12,994.63 | $ 14,224.32 | $ - | $ - | $ 175,008.81 |

[1]Lead attorney abbreviations: FLF-Fay Law Firm, PMD- Patrick M. Donahue, HNK-Noel Nudelman, JPD- Joseph P. Drennan.

[2]Bonner fees should be paid as follows: 2/3 to Fleischman Bonner and Rocco LLP and 1/3 to Stone Law Group PLLC.

[3]TN 1308 is being assigned to Fay Law Firm at the request and consent of Heideman Nudelman & Kalik, PC and Fay Law Firm.

| TN | Plaintiff | Estate Representative | Lead Litigation Attorney | Principal Defects |
|---|---|---|---|---|
| 316 | | | Fay Law Group | Conflicting payment instructions |
| 343 | | | Fay Law Group | Estate issue-awaiting distribution order |
| 359 | | | Fay Law Group | FCDA not returned |
| 362 | | | Fay Law Group | FCDA incomplete |
| 424 | | | Fay Law Group | Estate issue-awaiting distribution order |
| 592 | | | Fay Law Group | Missing estate info; FCDA not returned |
| 763 | | | Fay Law Group | Conflicting payment instructions |
| 839 | | | Fay Law Group | Missing estate info |
| 925 | | | Fay Law Group | Missing estate info; SCDA incomplete; FCDA not returned |
| 996 | | | Fay Law Group | FCDA not returned; missing estate info |
| 1061 | | | Fay Law Group | FCDA not returned |
| 1107 | | | Patrick M. Donahue | FCDA not returned |
| 1120 | | | Joseph P. Drennan | Estate not opened; FCDA not returned |
| 1308 | | | Fay Law Group | FCDA incomplete; missing estate info |
| 1363 | | | Patrick M. Donahue | Estate issue-awaiting distribution order |
| 1397 | | | Fay Law Group | Estate issue-awaiting distribution order |
| 1693 | | | Fay Law Group | FCDA not returned |
| 1728 | | | Fay Law Group | FCDA not returned |

WARNING: THIS DOCUMENT CONTAINS SEVERAL DOCUMENT SECURITY FEATURES

BLD ADMINISTRATOR
PO BOX 4199
PORTLAND OR 97208-4199

UBS FINANCIAL SERVICES, INC

25-80
440

CHECK NUMBER
7040

DATE
02/12/2021

Void if not negotiated on or before March 1, 2021.

PAY EXACTLY ********** TWENTY FIVE THOUSAND TWO HUNDRED FIFTY TWO
AND 92/100 DOLLARS

AMOUNT
$25,252.92

PAY TO THE ORDER OF:
THE DONAHUE LAW FIRM TRUST ACCOUNT

This check may not be cashed at a check cashing
agency or money service business.

*Delayed Distributions Assignment,
per 2/28/20 Court Order*

Kenneth R. Feinberg
Authorized Signature

DO NOT CASH IF THE WORD VOID IS VISIBLE • SEE REVERSE SIDE FOR LIST OF SECURITY FEATURES

⑈000000 7040⑈ ⑆044000804⑆

---

WARNING: THIS DOCUMENT CONTAINS SEVERAL DOCUMENT SECURITY FEATURES

BLD ADMINISTRATOR
PO BOX 4199
PORTLAND OR 97208-4199

UBS FINANCIAL SERVICES, INC

25-80
440

CHECK NUMBER
7039

DATE
02/12/2021

Void if not negotiated on or before March 1, 2021.

PAY EXACTLY ********** SEVENTY THOUSAND EIGHT HUNDRED EIGHTY THREE
AND 79/100 DOLLARS

AMOUNT
$70,883.79

PAY TO THE ORDER OF:
JOSEPH PETER DRENNAN, IN TRUST, IN RE ESTATE OF MOSES ARNOLD

This check may not be cashed at a check cashing
agency or money service business.

*Delayed Distributions Assignment,
per 2/28/20 Court Order*

Kenneth R. Feinberg
Authorized Signature

DO NOT CASH IF THE WORD VOID IS VISIBLE • SEE REVERSE SIDE FOR LIST OF SECURITY FEATURES

⑈000000 7039⑈ ⑆044000804⑆

---

WARNING: THIS DOCUMENT CONTAINS SEVERAL DOCUMENT SECURITY FEATURES

BLD ADMINISTRATOR
PO BOX 4199
PORTLAND OR 97208-4199

UBS FINANCIAL SERVICES, INC

25-80
440

CHECK NUMBER
7038

DATE
02/12/2021

Void if not negotiated on or before March 1, 2021.

PAY EXACTLY ********** THREE HUNDRED NINETY THREE THOUSAND TWENTY
AND 77/100 DOLLARS

AMOUNT
$393,020.77

PAY TO THE ORDER OF:
FAY LAW GROUP

This check may not be cashed at a check cashing
agency or money service business.

*Delayed Distributions Assignment,
per 2/28/20 Court Order*

Kenneth R. Feinberg
Authorized Signature

DO NOT CASH IF THE WORD VOID IS VISIBLE • SEE REVERSE SIDE FOR LIST OF SECURITY FEATURES

⑈000000 7038⑈ ⑆044000804⑆

# EXHIBIT B-2

EXHIBIT Q
**PETERSON FUND**
**AMOUNTS ASSIGNED**

DRAFT FOR DISCUSSION PURPOSES ONLY
PRIVILEGED & CONFIDENTIAL

|  |  |  |  |  |  |  |  |  | TN NUMBER |  |  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TN: | 316 | 343 | 359 | 362 | 424 | 592 | 763 | 839 | 925 | 996 | 1061 | 1107 | 1120 | 1308³ | 1363 | 1397 | 1693 | 1728 | TOTAL |
| LEAD ATTORNEY[1]: | FLF | FLF | FLF | FLF | FLF | FLF | FLF | FLF | FLF | FLF | FLF | PMD | JPD | FLF | PMD | FLF | FLF | FLF | |
| **SCDA AMOUNTS:** | | | | | | | | | | | | | | | | | | | |
| Plaintiff amounts: | | | | | | | | | | | | | | | | | | | |
| Plaintiff portion assigned | | | | | | | | | $ 29,731.94 | | | | | | | | | | $ 29,731.94 |
| Attorney fee portion: | | | | | | | | | | | | | | | | | | | |
| DRENNAN | | | | | $ 2,596.56 | | | $ - | | | | | | | | $ - | | | $ 2,596.56 |
| SALON MARROW | | | | | 2,812.94 | | | | 1,406.47 | | | | | | | 843.88 | | | 5,063.29 |
| BONNER² | | | | | 1,298.28 | | | | 649.14 | | | | | | | 389.48 | | | 2,336.90 |
| FAY | | | | | 7,380.96 | | | | 6,184.86 | | | | | | | 3,710.91 | | | 17,276.73 |
| PERLES | | | | | 7,380.96 | | | | 6,184.86 | | | | | | | 3,710.91 | | | 17,276.73 |
| ROTHENBERG | | | | | 7,380.96 | | | | | | | | | | | - | | | 7,380.96 |
| Total attorney fee portion | $ - | $ - | $ - | $ - | $28,850.65 | $ - | $ - | $ - | $ 14,425.32 | $ - | $ - | $ - | $ - | $ - | $ - | $ 8,655.19 | $ - | $ - | $ 51,931.16 |
| TOTAL SCDAS | $ - | $ - | $ - | $ - | $28,850.65 | $ - | $ - | $ - | $ 44,157.26 | $ - | $ - | $ - | $ - | $ - | $ - | $ 8,655.19 | $ - | $ - | $ 81,663.10 |
| **PRE-FINAL AMOUNTS:** | | | | | | | | | | | | | | | | | | | |
| Plaintiff amounts: | | | | | | | | | | | | | | | | | | | |
| Plaintiff portion assigned | | $ 8,180.50 | $ 22,166.25 | | $ 8,264.52 | $ 3,931.49 | $ 44,332.50 | $ 22,166.25 | $ 5,763.23 | $ 22,166.25 | $ 8,264.52 | $ - | $ 22,166.25 | | | $ 8,866.50 | $ 2,049.02 | $178,317.27 |
| RD Legal amount assigned | | | | | | | | | | | | | 44,332.50 | | | | | | 44,332.50 |
| Specialty amount assigned | | | | | 13,901.73 | | | | | | | | | | | | | | 13,901.73 |
| Attorney fee portion: | | | | | | | | | | | | | | | | | | | |
| DRENNAN | | | | | $ 1,311.30 | | | | | | | | | | | | | | $ 1,311.30 |
| KARR | | | | | | | | | | | | | | | | | | | 1,311.30 |
| MECIT | | 655.65 | | | | 655.65 | | | | | | | | | | | | | 1,311.30 |
| SALON MARROW | | 710.29 | | | 1,420.57 | 710.29 | | 1,420.57 | 710.29 | 184.67 | 710.29 | | 1,420.57 | 710.29 | 994.40 | 426.17 | | | 9,418.39 |
| BONNER² | | 327.82 | | | 655.65 | 327.82 | | | 327.82 | 85.23 | 327.82 | | 655.65 | 327.82 | 458.95 | 196.69 | | | 3,691.30 |
| FLEISCHMAN | | | | | | | | 1,529.85 | | | | | | | | | | | 1,529.85 |
| FAY | | 1,863.74 | | | 3,727.48 | 1,863.74 | | 3,436.09 | 3,123.44 | 812.09 | 3,123.44 | | 1,561.72 | 1,041.15 | 1,093.20 | 1,874.06 | | | 23,520.15 |
| PERLES | | 1,863.74 | | | 3,727.48 | 1,863.74 | | 3,436.09 | 3,123.44 | 812.09 | 3,123.44 | | 1,561.72 | 1,041.15 | 1,093.20 | 1,874.06 | | | 23,520.15 |
| GASKILL | | | | | | | | | - | | | | 3,123.44 | | 2,186.41 | | | | 5,309.84 |
| HNK | | | | | | | | | | | | | | 4,164.58 | | | | | 4,164.58 |
| DRENNAN | | | | | | | | | - | | | | 3,123.44 | | 2,186.41 | | | | 5,309.84 |
| DONAHUE | | | | | | | | | - | | | | 3,123.44 | | 2,186.41 | | | | 5,309.84 |
| ROTHENBERG | | 1,863.74 | | | 3,727.48 | 1,863.74 | | 3,436.08 | | | | | | | | | | | 10,891.05 |
| Total attorney fee portion | | 7,284.98 | - | - | 14,569.97 | 7,284.98 | - | 14,569.97 | 7,284.98 | 1,894.10 | 7,284.98 | | 14,569.97 | 7,284.98 | 10,198.98 | 4,370.99 | | - | 96,598.89 |
| TOTAL PRE-FINAL | | 7,284.98 | 8,180.50 | 22,166.25 | 14,569.97 | 29,451.23 | 3,931.49 | 58,902.47 | 29,451.23 | 7,657.32 | 29,451.23 | 8,264.52 | 58,902.47 | 29,451.23 | 10,198.98 | 4,370.99 | 8,866.50 | 2,049.02 | 333,150.39 |
| **FINAL AMOUNTS:** | | | | | | | | | | | | | | | | | | | |
| Plaintiff amounts: | | | | | | | | | | | | | | | | | | | |
| Plaintiff portion assigned | $ 2,740.13 | | | $ 1,473.91 | $ 3,993.78 | | $ 3,993.78 | $ 708.35 | $ 7,987.55 | $ 3,993.78 | $ 1,038.38 | $ 3,993.78 | $ 3,993.78 | $ - | $ 3,993.78 | | $ 1,597.51 | $ 369.18 | $ 39,877.68 |
| RD Legal amount assigned | | | | | | | | | | | | | 7,987.55 | | | | | | 7,987.55 |

| TN: | 316 | 343 | 359 | 362 | 424 | 592 | 763 | 839 | 925 | 996 | 1061 | 1107 | 1120 | 1308[3] | 1363 | 1397 | 1693 | 1728 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LEAD ATTORNEY[1]: | FLF | FLF | FLF | FLF | FLF | FLF | FLF | FLF | FLF | FLF | FLF | PMD | JPD | FLF | PMD | FLF | FLF | FLF | |
| Attorney fee portion: | | | | | | | | | | | | | | | | | | | |
| DRENNAN | | | | | $ 359.44 | | | | | | | | | | | | | | $ 359.44 |
| KARR | | | | | | | | 359.44 | | | | | | | | | | | 359.44 |
| MECIT | | 179.72 | | | | 179.72 | | | | | | | | | | | | | 359.44 |
| SALON MARROW | | 194.70 | | | 389.39 | 194.70 | | 389.39 | 194.70 | 50.62 | 194.70 | | 389.39 | 194.70 | 272.58 | 116.82 | | | 2,581.68 |
| BONNER[2] | | 89.86 | | | 179.72 | 89.86 | | | 89.86 | 23.36 | 89.86 | | 179.72 | 89.86 | 125.80 | 53.92 | | | 1,011.82 |
| FLEISCHMAN | | | | | | | | 419.35 | | | | | | | | | | | 419.35 |
| FAY | | 510.87 | | | 1,021.74 | 510.87 | | 941.87 | 856.17 | 222.60 | 856.17 | | 428.08 | 285.39 | 299.66 | 513.70 | | | 6,447.12 |
| PERLES | | 510.87 | | | 1,021.74 | 510.87 | | 941.87 | 856.17 | 222.60 | 856.17 | | 428.08 | 285.39 | 299.66 | 513.70 | | | 6,447.12 |
| GASKILL | | | | | | | | - | | | | | | 856.17 | | 599.32 | | | 1,455.48 |
| HNK | | | | | | | | | | | | | | | 1,141.55 | | | | 1,141.55 |
| DRENNAN | | | | | | | | - | | | | | | 856.17 | | 599.32 | | | 1,455.48 |
| DONAHUE | | | | | | | | - | | | | | | 856.17 | | 599.32 | | | 1,455.48 |
| ROTHENBERG | | 510.87 | | | 1,021.74 | 510.87 | | 941.87 | | | | | | | | | | | 2,985.35 |
| Total attorney fee portion | $ - | $ 1,996.89 | $ - | $ - | $ 3,993.77 | $ 1,996.89 | $ - | $ 3,993.78 | $ 1,996.90 | $ 519.18 | $ 1,996.90 | $ - | $ 3,993.77 | $ 1,996.89 | $ 2,795.65 | $ 1,198.13 | $ - | $ - | $ 26,478.74 |
| TOTAL FINAL | $ 2,740.13 | $ 1,996.89 | $ 1,473.91 | $ 3,993.78 | $ 3,993.77 | $ 5,990.66 | $ 708.35 | $11,981.33 | $ 5,990.67 | $1,557.57 | $ 5,990.67 | $ 3,993.78 | $11,981.32 | $ 5,990.67 | $ 2,795.65 | $ 1,198.13 | $ 1,597.51 | $ 369.18 | $ 74,343.98 |
| TOTAL ALL | $ 2,740.13 | $ 9,281.87 | $ 9,654.41 | $26,160.03 | $47,414.39 | $35,441.90 | $4,639.84 | $70,883.80 | $ 79,599.17 | $9,214.89 | $35,441.91 | $12,258.30 | $70,883.79 | $35,441.90 | $12,994.63 | $14,224.32 | $10,464.01 | $ 2,418.20 | $489,157.47 |
| TOTAL PLAINTIFF AMOUNT | $ 2,740.13 | $ - | $ 9,654.41 | $26,160.03 | $ - | $12,258.30 | $4,639.84 | $52,320.05 | $ 55,891.97 | $6,801.61 | $26,160.03 | $12,258.30 | $ - | $26,160.03 | $ - | $ - | $10,464.01 | $ 2,418.20 | $247,926.89 |
| TOTAL RD LEGAL | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $52,320.05 | $ - | $ - | $ - | $ - | $ - | $ 52,320.05 |
| TOTAL SPECIALTY | $ - | $ - | $ - | $ - | $ - | $13,901.73 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 13,901.73 |
| TOTAL ATTORNEY FEES | $ - | $ 9,281.87 | $ - | $ - | $47,414.39 | $ 9,281.87 | $ - | $18,563.75 | $ 23,707.20 | $2,413.28 | $ 9,281.88 | $ - | $18,563.74 | $ 9,281.88 | $12,994.63 | $14,224.32 | $ - | $ - | $175,008.80 |

[1]Lead attorney abbreviations: FLF-Fay Law Firm, PMD- Patrick M. Donahue, HNK-Noel Nudelman, JPD- Joseph P. Drennan
[2]Bonner fees should be paid as follows: 2/3 to Fleischman Bonner and Rocco LLP and 1/3 to Stone Law Group PLLC.
[3]TN 1308 is being assigned to Fay Law Firm at the request and consent of Heideman Nudelman & Kalik, PC and Fay Law Firm.

| TN | Plaintiff | Estate Representative | Lead Litigation Attorney | Principal Defects |
|---|---|---|---|---|
| 316 | | | Fay Law Group | Conflicting payment instructions |
| 343 | | | Fay Law Group | Estate issue-awaiting distribution order |
| 359 | | | Fay Law Group | FCDA not returned |
| 362 | | | Fay Law Group | FCDA incomplete |
| 424 | | | Fay Law Group | Estate issue-awaiting distribution order |
| 592 | | | Fay Law Group | Missing estate info; FCDA not returned |
| 763 | | | Fay Law Group | Conflicting payment instructions |
| 839 | | | Fay Law Group | Missing estate info |
| 925 | | | Fay Law Group | Missing estate info; SCDA incomplete; FCDA not returned |
| 996 | | | Fay Law Group | FCDA not returned; missing estate info |
| 1061 | | | Fay Law Group | FCDA not returned |
| 1107 | | | Patrick M. Donahue | FCDA not returned |
| 1120 | | | Joseph P. Drennan | Estate not opened; FCDA not returned |
| 1308 | | | Fay Law Group | FCDA incomplete; missing estate info |
| 1363 | | | Patrick M. Donahue | Estate issue-awaiting distribution order |
| 1397 | | | Fay Law Group | Estate issue-awaiting distribution order |
| 1693 | | | Fay Law Group | FCDA not returned |
| 1728 | | | Fay Law Group | FCDA not returned |

# EXHIBIT 6 (pt. 2)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT NEW YORK**

```
-----------------------------------------------------------x
                                          :
DEBORAH D. PETERSON,                      :
Personal Representative of the Estate     :
of James C. Knipple (Dec.), et al.,       :
                                          :   Case No. 10 Civ. 4518 (LAP)
              Plaintiffs,                  :   CONSOLIDATED
                                          :
        v.                                :
                                          :
ISLAMIC REPUBLIC OF IRAN, BANK            :
MARKAZI a/k/a CENTRAL BANK OF IRAN;       :
BANCA UBAE SpA; CITIBANK, N.A.; and       :
CLEARSTREAM BANKING, S.A.                 :
                                          :
              Defendants.                 :
                                          :
-----------------------------------------------------------x
```

## DECLARATION OF CHARLES MARR

I, Charles Marr, declare as follows:

1.      I am employed by Epiq Class Action & Claims Solutions, Inc. ("Epiq") as Project Director.  I am providing this declaration concerning the sending of notices of assignments of Delayed Distributions to Lead Attorneys and Designated Distribution Agents.

2.      On March 10, 2021, I caused notices (each a "Notice") to be sent by U.S. mail, first class postage prepaid, addressed to the Plaintiffs assigned the following tracking numbers at such Plaintiffs' last know addresses:

| | | | |
|---|---|---|---|
| TN 316 | TN 763 | TN 1120 | TN 1520 |
| TN 343 | TN 839 | TN 1308 | TN 1532 |
| TN 359 | TN 925 | TN 1363 | TN 1693 |
| TN 362 | TN 996 | TN 1397 | TN 1728 |
| TN 424 | TN 1061 | TN 1486 | |
| TN 592 | TN 1107 | TN 1491 | |

3.      Copies of the Notices were sent by email as follows:

For TN 316, TN 343, TN 359, TN 362, TN 424, TN 592, TN 763, TN 839, TN 925,   TN 996, TN 1061, TN 1308, TN 1397, TN 1693 and TN 1728:

Lead Attorney:
Caragh Fay
caragh.fay@faylawgroup.com

For TN 1107 and TN 1363:

Lead Attorney:
Patrick M. Donahue
pmd@wisedonahue.com

For TN 1120:

Lead Attorney:
Joseph Peter Drennan
joseph@josephpeterdrennan.com

For TN 1486; TN 1491; TN 1520 and TN 1532:

Lead Attorney:
Dale K. Cathell
dale.cathell@dlapiper.com

For TN 343, TN 424 and TN 1397:

Designated Distribution Agent and Estate Counsel:
Leah Shedlo
lshedlo@yahoo.com

For TN 1363:

Designated Distribution Agent and Estate Counsel:
Kevin P. Connolly
connollylaw@aol.com

For TN 592:

Advance Company:
Specialty Claims Investments, LLC
susandicicco@morganlewis.com and striant@silverpointcapital.com

For TN 1120:

Advance Company:
RD Legal Funding Partners, LP
pkwon@legalfunding.com and jrobinson@legalfunding.com

91474859v.1
91474859v.2

For TN 316 and TN 359:

      Estate counsel:
      Scott J. Rizzo, srizzo@rizzolaw.com

For TN 362, a copy of the Notice was sent by U.S. first class mail to:

      Estate counsel:
      J. Michael Foster
      Foster Soyars & Assocs.
      P.O. Box 24
      Hopkinsville, KY 42241-0024

4.     A specimen of the form of Notice is annexed hereto.  The actual Notice sent to each Plaintiff included information specific to each Plaintiff's Delayed Distributions.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: March 16, 2021

                                      Charles Marr, Esq., PMP
                                      Project Director
                                      Epiq Class Action & Claims Solutions, Inc.

3

**<u>SPECIMEN</u>**

March [___], 2021                                                      Tracking No. ___

[insert Plaintiff's Name and Address]


Dear [insert Plaintiff's Name]:

Pursuant to an Order entered by the U.S. District Court for the Southern District of New York (the "District Court") in Peterson, et al. v. Islamic Republic of Iran, et al., Case No. 10-4518 (the "Peterson Case"), Kenneth R. Feinberg, Successor Trustee (the "Trustee") of the Peterson §468B Qualified Settlement Fund (the "Fund"), has made final distributions from the assets of the Fund. The District Court's Order provides, in part, that where the Trustee determines that one or more issues exist that may delay the Trustee's ability to timely remit payment of one or more of the distributions, the Trustee is authorized, among other things, to transfer and assign such distributions to a Designated Distribution Agent designated by the relevant Plaintiff or to the lead attorney authorized to represent such Plaintiff in connection with the Peterson Case (the "Lead Attorney"), to be held in trust pending resolution of such issues.  The Order further provides that, once the delayed distributions have been transferred as provided in the Order, the Fund and the Trustee shall have no further liability for, or responsibility regarding, such distributions.[1]

The Trustee has determined that issues exist that have delayed and/or may delay the following distributions to be made to you or on your account:

> Supplemental Distribution in the amount of $[insert amount].
> Pre-Final Distribution in the amount of $[insert amount].
> Final Distribution in the amount of $[insert amount].

The foregoing amounts may include amounts due to attorneys, amounts due to advance companies and/or amounts due to you.

The Trustee has elected to transfer and is in the process of transferring the foregoing distributions to your Lead Attorney:

> [insert Lead Attorney name and address]


For further information, please contact the Lead Attorney.

Sincerely,

Beirut Lawsuit Distribution Administrator

cc:      [insert Lead Attorney name]
         [insert estate counsel name, if applicable]
         [insert advance company name, if applicable]

---

[1] This letter's description of the District Court's Order is intended solely for informational purposes.  The Trustee reserves all rights under the terms of the District Court's orders.

91475466v.1

# EXHIBIT "7"

# EXHIBIT 7 (pt. 1)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT NEW YORK

```
--------------------------------------------------------x
                                            :
DEBORAH D. PETERSON,                        :
Personal Representative of the Estate       :
of James C. Knipple (Dec.), et al.,         :
                                            :   Case No. 10 Civ. 4518 (LAP)
                      Plaintiffs,           :   CONSOLIDATED
                                            :
              v.                            :
                                            :
ISLAMIC REPUBLIC OF IRAN, BANK              :
MARKAZI a/k/a CENTRAL BANK OF IRAN;         :
BANCA UBAE SpA; CITIBANK, N.A.; and         :
CLEARSTREAM BANKING, S.A.                   :
                                            :
                      Defendants.           :
                                            :
--------------------------------------------------------x
```

## DECLARATION

I, Alan H. Katz, declare as follows:

1.      I am Of Counsel to Locke Lord LLP, attorneys for Successor Trustee Kenneth G. Feinberg (the "Trustee").   This declaration concerns the assignment of Delayed Distributions on account of undeliverable and/or uncashed checks to Lead Attorneys and Designated Distribution Agents.

2.      Pursuant to the terms of the Court's Order entered on February 28, 2020 (the "Distribution Approval Order"), the Trustee determined that portions of Pre-Final and/or Final Distributions payable to the Plaintiffs assigned the following tracking numbers were Delayed Distributions because the Trustee's checks payable to such Plaintiffs were undeliverable or uncashed and, accordingly, the amounts thereof should be assigned to Lead Attorneys or Designated Distribution Agents:

| | | | |
|---|---|---|---|
| TN 229 | TN 536 | TN 1222 | TN 1515 |
| TN 306 | TN 735 | TN 1399 | TN 1518 |
| TN 427 | TN 926 | TN 1478 | TN 1770 |
| TN 456 | TN 965 | TN 1489 | |
| TN 515 | TN 1032 | TN 1501 | |
| TN 534 | TN 1217 | TN 1509 | |

3.     The Trustee canceled the outstanding checks payable to such Plaintiffs and assigned the amounts thereof to Lead Attorneys for such Plaintiffs by sending to such Lead Attorneys, by email, the letters attached hereto as Exhibits A and B and wiring the appropriate amount to each Lead Attorney.  The letters included schedules identifying such Plaintiffs and the Lead Attorney for each such Plaintiff and detailing the amounts assigned with regard to each such Plaintiff.  The Plaintiffs' names have been redacted from the schedules in Exhibits A and B.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: March 24, 2021

_____
Alan H. Katz

2

<u>Exhibit A</u>



Brookfield Place, 200 Vesey Street
20th Floor
New York, NY 10281-2101
Telephone:  212-415-8600
Fax:  212-303-2754
www.lockelord.com

Alan H. Katz
Direct Telephone:  212-415-8509
Direct Fax:  212-812-8380
akatz@lockelord.com

March 23, 2021

<u>By E-Mail</u>:

Dale K. Cathell
Virginia Callahan
DLA Piper LLP (US)
The Marbury Building 6225 Smith Avenue
Baltimore, Maryland  21209-3600

Re:    Peterson Fund – Assignment of Distributions

Dear Counsel:

As you know, we represent Kenneth R. Feinberg, Successor Trustee (the "Trustee") of the Peterson §468B Qualified Settlement Fund (the "Fund").  As described in the motion (ECF No. 1059, the "Motion") filed by the Trustee on January 22, 2020 in *Peterson, et al. v. Islamic Republic of Iran, et al.*, Case No. 10-4518, U.S. District Court for the Southern District of New York (the "Peterson Case"), the Trustee has been making Pre-Final and Final Distributions and associated attorneys' fees.

Pursuant to an order (ECF No. 1070, the "Order") entered by the District Court, where the Trustee determines that one or more issues exist that may delay the Trustee's ability to timely remit payment of one or more of the distributions, the Trustee is authorized, among other things, to transfer and assign such distributions, which may include attorneys' fees and/or amounts owed to advance or funding companies, to a distribution agent designated by the relevant Plaintiff (a "Designated Distribution Agent") or to the lead attorney authorized to represent such Plaintiff in connection with the Peterson Case (the "Lead Litigation Attorney"), to be held in trust pending resolution of such issues.

The Order further provides that: (a) once such distributions have been transferred as provided in the Order, the Fund and the Trustee shall have no further liability for, or responsibility regarding, such distributions and (b) the transfer of such distributions to a Designated Distribution Agent or Lead Litigation Attorney shall not modify, limit or impair the rights of any Plaintiff, estate, attorney, advance company or other funding company, lender or other person or entity with respect to such distributions.  Accordingly, a Designated Distribution Agent or Lead Litigation Attorney, as the case may be, is required to hold such distributions in a manner that does not modify, limit or impair

Atlanta | Austin | Boston | Brussels | Chicago | Cincinnati | Dallas | Hartford | Houston | London | Los Angeles
Miami | New Orleans | New York | Princeton | Providence | San Francisco | Stamford | Washington DC | West Palm Beach

91504186v.2

Dale K. Cathell
Virginia Callahan
March 23, 2021
Page 2

the rights of any Plaintiff, estate, attorney, Advance Company, other funding company, lender or other person or entity with respect to the Plaintiff's Delayed Distributions. [1]

The Trustee has determined that issues exist that are delaying his ability to timely remit payment of the distributions (the "Assigned Distributions") listed in the enclosed schedule (the "Schedule"). Specifically, the Plaintiffs listed in the Schedule have not received or have not cashed checks sent to them for the payments listed in the Schedule. Accordingly, the Trustee has canceled the checks and is remitting the Assigned Distributions to you as the Lead Litigation Attorneys for such Plaintiffs, as indicated in the Schedule, for further handling as you deem appropriate. Funds in the total amount of the Assigned Distributions are being wired to your firm per instructions that you have provided.

Please acknowledge your receipt of this letter and check by signing where indicated below and returning a scan of the letter by email.

If you have any questions, or we can be of assistance, please let us know promptly.

Very truly yours,

Alan H. Katz

RECEIPT ACKNOWLEDGED:


Print Name:
Insert Date: _____, 2021

Enclosure

---

[1] This letter summarizes the relevant provisions of the Order. We suggest that you review the provisions of the Order in their entirety.

| Epiq | Plaintiff | Representative | Case | Lead Litigation Attorney | Payment Type | Amount |
|------|-----------|----------------|------|--------------------------|--------------|--------|
| 1478 | ███ | | Heiser | DLA Piper | Final Payment | $ 10,591.25 |
| 1489 | ███ | ███ | Heiser | DLA Piper | Final Payment | $ 5,211.88 |
| 1501 | ███ | ███ | Heiser | DLA Piper | Final Payment | $ 7,879.93 |
| 1509 | ███ | ███ | Heiser | DLA Piper | Final Payment | $ 10,591.25 |
| 1515 | ███ | | Heiser | DLA Piper | Final Payment | $ 5,295.62 |
| 1518 | ███ | | Heiser | DLA Piper | Final Payment | $ 10,591.25 |
| | | | | | Total | $ 50,161.18 |

<u>Exhibit B</u>



Brookfield Place, 200 Vesey Street
20th Floor
New York, NY 10281-2101
Telephone:  212-415-8600
Fax:  212-303-2754
www.lockelord.com

Alan H. Katz
Direct Telephone:  212-415-8509
Direct Fax:  212-812-8380
akatz@lockelord.com

March 23, 2021

<u>By E-Mail</u>:

Caragh Fay                                        Patrick M. Donahue
Fay Law Group, P.A.                          The Donahue Law Firm, LLC
777 Sixth Street, NW, Suite 410        18 West Street
Washington, DC 20001                      Annapolis, MD 21401

Re:     Peterson Fund – Assignment of Distributions – Uncashed Checks

Dear Counsel:

As you know, we represent Kenneth R. Feinberg, Successor Trustee (the "Trustee") of the Peterson §468B Qualified Settlement Fund (the "Fund").  As described in the motion (ECF No. 1059, the "Motion") filed by the Trustee on January 22, 2020 in *Peterson, et al. v. Islamic Republic of Iran, et al.*, Case No. 10-4518, U.S. District Court for the Southern District of New York (the "Peterson Case"), the Trustee has been making Pre-Final and Final Distributions and associated attorneys' fees.

Pursuant to an order (ECF No. 1070, the "Order") entered by the District Court, where the Trustee determines that one or more issues exist that may delay the Trustee's ability to timely remit payment of one or more of the distributions, the Trustee is authorized, among other things, to transfer and assign such distributions, which may include attorneys' fees and/or amounts owed to advance or funding companies, to a distribution agent designated by the relevant Plaintiff (a "Designated Distribution Agent") or to the lead attorney authorized to represent such Plaintiff in connection with the Peterson Case (the "Lead Litigation Attorney"), to be held in trust pending resolution of such issues.

The Order further provides that: (a) once such distributions have been transferred as provided in the Order, the Fund and the Trustee shall have no further liability for, or responsibility regarding, such distributions and (b) the transfer of such distributions to a Designated Distribution Agent or Lead Litigation Attorney shall not modify, limit or impair the rights of any Plaintiff, estate, attorney, advance company or other funding company, lender or other person or entity with respect to such distributions.  Accordingly, a Designated Distribution Agent or Lead Litigation Attorney, as the case may be, is required to hold such distributions in a manner that does not modify, limit or impair

Atlanta | Austin | Boston | Brussels | Chicago | Cincinnati | Dallas | Hartford | Houston | London | Los Angeles
Miami | New Orleans | New York | Princeton | Providence | San Francisco | Stamford | Washington DC | West Palm Beach

91499814v.2

Caragh Fay
Patrick M. Donahue
March 23, 2021
Page 2

the rights of any Plaintiff, estate, attorney, Advance Company, other funding company, lender or other person or entity with respect to the Plaintiff's Delayed Distributions. [1]

The Trustee has determined that issues exist that are delaying his ability to timely remit payment of the distributions (the "Assigned Distributions") listed in the enclosed schedule (the "Schedule"). Specifically, the Plaintiffs listed in the Schedule have not received or have not cashed checks sent to them for the payments listed in the Schedule. Accordingly, the Trustee has canceled the checks and  is remitting the Assigned Distributions to you as the Lead Litigation Attorneys for such Plaintiffs, as indicated in the Schedule, for further handling as you deem appropriate. [2] Funds are being wired to Fay Law Group, P.A. and The Donahue Law Firm, LLC in the total amounts of the Assigned Distributions assigned to them, respectively, per instructions provided by Ms. Fay and Mr. Donahue.

Please acknowledge your receipt of this letter and check by signing where indicated below and returning a scan of the letter by email.

If you have any questions, or we can be of assistance, please let us know promptly.

Very truly yours,

Alan H. Katz

RECEIPT ACKNOWLEDGED:

Print Name: _____
Insert Date: _____, 2021

Enclosures

cc:     Noel J. Nudelman

---

[1] This letter summarizes the relevant provisions of the Order.  We suggest that you review the provisions of the Order in their entirety.

[2] The Trustee is designating Lead Litigation Attorneys only for the purpose of assigning payments as described herein and not for any other purpose.

| Epiq | Plaintiff | Representative | Case | Lead Litigation Attorney | Payment Type | Amount |
|---|---|---|---|---|---|---|
| 229 | | | Peterson | Fay | Final Payment | $ 3,993.78 |
| 229 | | | Peterson | Fay | Pre-Final Payment | $ 22,166.25 |
| 306 | | | Peterson | Fay | Final Payment | $ 3,993.78 |
| 306 | | | Peterson | Fay | Pre-Final Payment | $ 22,166.25 |
| 427 | | | Peterson | Fay | Final Payment | $ 3,993.78 |
| 456 | | | Peterson | Fay | Final Payment | $ 3,993.78 |
| 515 | | | Peterson | Fay | Final Payment | $ 5,235.91 |
| 534 | | | Peterson | Fay | Final Payment | $ 7,987.55 |
| 536 | | | Peterson | Fay | Final Payment | $ 7,987.55 |
| 735 | | | Peterson | Fay | Final Payment | $ 7,987.55 |
| 735 | | | Peterson | Fay | Pre-Final Payment | $ 44,332.50 |
| 926 | | | Davis | Fay | Final Payment | $ 3,993.78 |
| 926 | | | Davis | Fay | Pre-Final Payment | $ 22,166.25 |
| 965 | | | Davis | Fay | Final Payment | $ 2,396.27 |
| 1032 | | | Davis | Fay | Final Payment | $ 1,357.88 |
| 1217 | | | Brown | Fay | Final Payment | $ 7,987.55 |
| 1222 | | | Brown | Fay | Final Payment | $ 798.76 |
| 1222 | | | Brown | Fay | Pre-Final Payment | $ 4,433.25 |
| 1399 | | | Worley | Fay | Final Payment | $ 798.76 |
| | | | | | Subtotal | $ 177,771.18 |
| 1770 | | | Valore | Donahue | Final Payment | $ 665.64 |
| 1770 | | | Valore | Donahue | Pre-Final Payment | $ 1,377.42 |
| | | | | | Subtotal | $ 2,043.06 |
| | | | | | Total | $ 179,814.24 |

# EXHIBIT 7 (pt. 2)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT NEW YORK**

```
-----------------------------------------------------------x
                                              :
DEBORAH D. PETERSON,                          :
Personal Representative of the Estate         :
of James C. Knipple (Dec.), et al.,           :
                                              :  Case No. 10 Civ. 4518 (LAP)
                    Plaintiffs,               :  CONSOLIDATED
                                              :
          v.                                  :
                                              :
ISLAMIC REPUBLIC OF IRAN, BANK                :
MARKAZI a/k/a CENTRAL BANK OF IRAN;:
BANCA UBAE SpA; CITIBANK, N.A.; and           :
CLEARSTREAM BANKING, S.A.                     :
                                              :
                    Defendants.               :
                                              :
-----------------------------------------------------------x
```

## DECLARATION OF CHARLES MARR

I, Charles Marr, declare as follows:

1.      I am employed by Epiq Class Action & Claims Solutions, Inc. ("Epiq") as Project Director.  I am providing this declaration concerning the sending of notices of assignments of Delayed Distributions to Lead Attorneys and Designated Distribution Agents.

2.      On March 24, 2021, I caused notices (each a "Notice") to be sent by U.S. mail, first class postage prepaid, addressed to the Plaintiffs assigned the following tracking numbers at such Plaintiffs' last know addresses:

| | | | |
|---|---|---|---|
| TN 229 | TN 536 | TN 1222 | TN 1515 |
| TN 306 | TN 735 | TN 1399 | TN 1518 |
| TN 427 | TN 926 | TN 1478 | TN 1770 |
| TN 456 | TN 965 | TN 1489 | |
| TN 515 | TN 1032 | TN 1501 | |
| TN 534 | TN 1217 | TN 1509 | |

3.      Copies of the Notices were sent by email as follows:

For TN 229, TN 306, TN 427, TN 456, TN 515, TN 534, TN 536, TN 735, TN 926, TN 965, TN 1032, TN 1217, TN 1222 and TN 1399:

Lead Attorney:
Caragh Fay
caragh.fay@faylawgroup.com

For TN 1770:

Lead Attorney:
Patrick M. Donahue
pmd@wisedonahue.com

For TN 1478, TN 1489, TN 1501, TN 1509, TN 1515, and TN 1518:

Lead Attorney:
Dale K. Cathell
dale.cathell@dlapiper.com

For TN 1217 and TN 1222:

Noel J. Nudelman
njnudelman@hnklaw.com

For TN 1770:

Carlos Fernandez Nadal
carlosfernandez@cfnlaw.com

For TN 515, a copy of the Notice was sent by U.S. First-Class Mail to:

Estate counsel:
G. Elliott Cobb, Jr.
506 N. Main Street
Franklin, VA 23851

4.      A specimen of the form of Notice is annexed hereto.  The actual Notice sent to each Plaintiff included information specific to each Plaintiff's Delayed Distributions.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: March 24, 2021

_____
Charles Marr, Esq., PMP
Project Director
Epiq Class Action & Claims Solutions, Inc.

2

**<u>SPECIMEN</u>**

March [_____], 2021                                                    Tracking No. ____

[insert Plaintiff's Name and Address]


Dear [insert Plaintiff's Name]:

Pursuant to an Order entered by the U.S. District Court for the Southern District of New York (the "District Court") in Peterson, et al. v. Islamic Republic of Iran, et al., Case No. 10-4518 (the "Peterson Case"), Kenneth R. Feinberg, Successor Trustee (the "Trustee") of the Peterson §468B Qualified Settlement Fund (the "Fund"), has made final distributions from the assets of the Fund. The District Court's Order provides, in part, that where the Trustee determines that one or more issues exist that may delay the Trustee's ability to timely remit payment of one or more of the distributions, the Trustee is authorized, among other things, to transfer and assign such distributions to a Designated Distribution Agent designated by the relevant Plaintiff or to the lead attorney authorized to represent such Plaintiff in connection with the Peterson Case (the "Lead Attorney"), to be held in trust pending resolution of such issues. The Order further provides that, once the delayed distributions have been transferred as provided in the Order, the Fund and the Trustee shall have no further liability for, or responsibility regarding, such distributions.[1]

Checks sent to you for the following payments were not cashed in a timely manner and have now been canceled:

                     Pre-Final Distribution in the amount of $[insert amount].
                     Final Distribution in the amount of $[insert amount].

The Trustee has transferred the foregoing payment(s) to your Lead Attorney:

                     [insert Lead Attorney name, address and telephone number

For further information, please contact the Lead Attorney.

Sincerely,

Beirut Lawsuit Distribution Administrator

cc:     [insert Lead Attorney name]
        [insert estate counsel and/or other counsel names, as applicable]

---

[1] This letter's description of the District Court's Order is intended solely for informational purposes. The Trustee reserves all rights under the terms of the District Court's orders.

# EXHIBIT "8"

# EXHIBIT 8 (pt. 1)

## AGREEMENT REGARDING FIFTH AND FINAL ATTORNEYS' FEES DISTRIBUTION

By signing below, I represent, acknowledge and agree as follows on behalf of myself, my law firm (if any, whether or not identified herein), and the partners, members and/or shareholders of my law firm and any and all predecessors thereof (if any, whether or not identified herein), all of which including myself are individually and collectively referred to herein as "Law Firm," with regard to the fifth and final distribution of attorneys' fees that Kenneth R. Feinberg, the Successor Trustee of the Peterson Fund (the "Trustee"), is to pay to Law Firm, whether made in cash and/or future periodic payments (the "Final Attorneys' Fees Distribution"). Should Law Firm's name appear on more than one line of Exhibits "H" and/or "M," attached hereto and made a part hereof, the terms of this Agreement shall apply to each of such lines.

1.      Law Firm acknowledges previously receiving from the Trustee four interim distributions of attorneys' fees and reaffirms that all of the agreements and acknowledgments signed by Law Firm in connection with such payments were and remain accurate in every material respect.

2.      Law Firm understands that the Trustee will distribute additional attorneys' fees, in cash and/or future periodic payments, in the amount of $3,759,840 as shown on Exhibit "H" in the column "Total Proposed Distribution" (such distribution is hereafter referred to as the "Current Attorneys' Fees Distribution") and that pursuant to paragraphs 27 and 28 of the Order entered by the District Court (Hon. Loretta A. Preska) on or about February 28, 2020, the Trustee is assigning the total additional amount of $175,009 of the Final Attorneys' Fees Distribution, as shown in the column labeled "Total" on Exhibit "M" (referred to as the "Assigned Fees"), on account of Plaintiff Supplemental Confidential Disbursement Authorizations ("SCDAs") and Plaintiff Final Confidential Disbursement Authorizations ("FCDAs") for which payment cannot be made at the present time due to some legal restriction.

3.      Law Firm agrees that (i) the amount shown for Law Firm in the column of Exhibit "H" labeled "Total Proposed Distribution" (such amount is hereafter referred to as "Law Firm's Share") represents the correct calculation of Law Firm's fees and is its correct share of the Current Attorneys' Fees Distribution, (ii) Law Firm shall have no claim against the Trustee or the Peterson Fund concerning the Current Attorneys' Fees Distribution for any amount in excess of Law Firm's Share, and (iii) the percentage for Law Firm shown in the column of Exhibit "J" labeled "Ratio" is correct for purposes of the Final Attorneys' Fees Distribution.

4.      Law Firm acknowledges that (i) the Final Attorneys' Fees Distribution, including the Current Attorneys' Fees Distribution and the Assigned Fees, is the last and final payment of attorneys' fees that Law Firm will receive from the Peterson Fund and/or the Trustee in connection with the Peterson cases, (ii) that Law Firm shall have no further claim against the Peterson Fund or Trustee with respect to any additional fees or expenses and (iii) that neither the Peterson Fund nor the Trustee shall have any responsibility or liability with respect to the Assigned Fees.

5.      Law Firm has provided to the Trustee in writing all information of which Law Firm has knowledge with respect to (i) any and all loans, advances or assignments taken, received or made by Law Firm against Law Firm's attorneys' fees and (ii) any liens or other rights that may limit Law Firm's right to be paid attorneys' fees. To the extent that Law Firm

has taken or received a loan or advance against, or made an assignment of, attorneys' fees in this case or there is any restriction on payment of Law Firm's attorneys' fees as a result of any such loan or advance, Law Firm hereby authorizes the Trustee to contact any lender, assignee or other person and make arrangements for payment and make payment in accordance with such lender's, assignee's or other person's instructions.

6.     Nothing contained in this Agreement shall prejudice the rights, if any, that any signatory may have against any other signatory.

7.     Notwithstanding the presence of signature lines for others on this Agreement, this Agreement shall be a separate agreement by Law Firm in favor of the Trustee, effective as to Law Firm, whether executed by others or not.

SALON MARROW DYCKMAN
NEWMAN & BROUDY LLC

BY:_____
     Liviu Vogel
     Date: _____, 2021

FLEISCHMAN BONNER & ROCCO LLP


BY:_____
     James P. Bonner
     Date: _____, 2021

STONE LAW GROUP PLLC

BY:_____
     Ralph M. Stone
     Date: _____, 2021

FLEISCHMAN LAW FIRM

BY:_____
     Keith M. Fleischman
     Date: _____, 2021

FAY LAW GROUP, P.A.

BY:_____
     Thomas Fortune Fay
     Date: _____, 2021

BY:_____
     Caragh Fay
     Date: _____, 2021

PERLES LAW FIRM

BY:_____
     Steven R. Perles
     Date: _____, 2021

HEIDEMAN NUDELMAN & KALIK, P.C.

BY:_____
     Richard D. Heideman
     Noel J. Nudelman
     Tracy R. Kalik
     Date: _____, 2021

DANIEL W. GASKILL

BY:_____
     Daniel W. Gaskill
     Date: _____, 2021

WISE & DONAHUE, PLC and
PATRICK M. DONAHUE, individually

BY:_____
      Patrick M. Donahue
      Date: _____, 2021

JOSEPH PETER DRENNAN

BY:_____
      Joseph Peter Drennan
      Date: _____, 2021

ANTHONY J. LASPADA, PA

BY:_____
      Anthony J. LaSpada
      Date: _____, 2021

THE ROTHENBERG LAW FIRM, LLP

BY:_____
      Allen L. Rothenberg
      Date: _____, 2021

KARR & ALLISON, PC

BY:_____
      Theodore S. Allison
      Date: _____, 2021

FREDRIC J. EINHORN

BY:_____
      Fredric J. Einhorn
      Date: _____, 2021

TUNA MECIT

BY:_____
      Tuna Mecit
       Date: _____, 2021

BOND & NORMAN, PLLC

BY:_____
      Jane Carol Norman
      Date: _____, 2021

BY:_____
      Ferris Bond
      Date: _____, 2021

ALAN J. NUTA

BY:_____
      Alan J. Nuta
      Date: _____, 2021

CHARLES C. PARSONS

BY:_____
      Charles C. Parsons
      Date: _____, 2021

ESTATE OF BARBARA PATTIN

BY:_____
_____
      Date: _____, 2021

ESTATE OF DONALD A. CLOWER

BY:_____
      Hannalore U. Mayer
      Personal Representative
      Date: _____, 2021

ESTATE OF ROBERT P. FEENEY

BY:_____
      Alan J. Nuta, Personal Representative
      Date: _____, 2021

3

**EXHIBIT H**

PETERSON FUND

FIFTH/FINAL ATTORNEY FEE DISTRIBUTION          PRIVILEGED & CONFIDENTIAL

| | FINAL ATTORNEY FEES (EXHIBIT J) | | SCDA HOLDBACKS RELEASED (EXHIBIT K) | | PRE-FINAL HOLDBACKS RELEASED (EXHIBIT L) | | TOTAL PROPOSED DISTRIBUTION |
|---|---|---|---|---|---|---|---|
| NY ATTORNEYS: | | | | | | | |
| SALON MARROW | $ | 329,856 | $ | 3,258 | $ | 33,470 | $ | 366,584 |
| BONNER | | 141,987 | | 1,179 | | 14,757 | | 157,923 |
| FLEISCHMAN | | 23,927 | | 757 | | 1,611 | | 26,296 |
| TOTAL NY ATTORNEY FEES | $ | 495,770 | $ | 5,195 | $ | 49,838 | $ | 550,803 |
| | | | | | | | |
| ROTHENBERG | $ | 368,412 | $ | 10,461 | $ | 37,023 | $ | 415,896 |
| LASPADA | | 95,476 | | - | | 12,317 | | 107,793 |
| FAY | | 56,704 | | - | | 7,315 | | 64,019 |
| PERLES | | 56,704 | | - | | 7,315 | | 64,019 |
| TOTAL | $ | 577,295 | $ | 10,461 | $ | 63,971 | $ | 651,727 |
| | | | | | | | |
| FAY | | 861,043 | | 3,732 | | 90,881 | $ | 955,656 |
| PERLES | | 861,043 | | 3,732 | | 90,881 | | 955,656 |
| GASKILL | | 42,176 | | 1,799 | | (1,338) | | 42,637 |
| KARR | | 14,551 | | - | | 1,877 | | 16,428 |
| HNK | | 216,872 | | 4,123 | | 23,962 | | 244,957 |
| DRENNAN | | 70,709 | | 1,799 | | 2,343 | | 74,851 |
| DONAHUE | | 64,650 | | 1,799 | | 1,561 | | 68,010 |
| TOTAL | $ | 2,131,043 | $ | 16,984 | $ | 210,167 | $ | 2,358,194 |
| | | | | | | | |
| DAMAGES ATTORNEYS: | | | | | | | |
| BOND | $ | 12,648 | $ | - | $ | 1,632 | $ | 14,280 |
| CLOWER | | 12,630 | | - | | 1,629 | | 14,259 |
| DRENNAN | | 17,016 | | - | | 930 | | 17,947 |
| EINHORN | | 8,522 | | - | | 1,099 | | 9,622 |
| FEENEY | | 18,827 | | - | | 2,429 | | 21,256 |
| GASKILL | | 17,432 | | - | | 2,249 | | 19,681 |
| KARR | | 11,081 | | - | | 165 | | 11,245 |
| LASPADA | | 23,575 | | - | | 3,041 | | 26,616 |
| MECIT | | 8,327 | | 779 | | (191) | | 8,915 |
| NORMAN | | 17,091 | | - | | 2,205 | | 19,296 |
| NUTA | | 14,178 | | - | | 1,829 | | 16,007 |
| PARSONS | | 5,094 | | - | | 657 | | 5,752 |
| PATTIN | | 12,612 | | - | | 1,627 | | 14,239 |
| TOTAL DAMAGES ATTY FEES | $ | 179,034 | $ | 779 | $ | 19,303 | $ | 199,115 |
| | | | | | | | |
| TOTAL ATTORNEY FEES | $ | 3,383,142 | $ | 33,419 | $ | 343,279 | $ | 3,759,840 |

**EXHIBIT J**

PETERSON FUND
FINAL ATTORNEY FEE DISTRIBUTION                    PRIVILEGED & CONFIDENTIAL

| ATTORNEY | TOTAL ATTORNEY FEES PER C FAY, ESQ'S 12/20/17 SPREADSHEET[1] | | RATIO | PROPOSED CURRENT DISTRIBUTION: FINAL TOTAL ATTORNEY FEES | | LESS: AMOUNTS ASSIGNED[2] | | NET PROPOSED DISTRIBUTION |
|---|---|---|---|---|---|---|---|---|
| NY ATTORNEYS: | | | | | | | | |
| SALON MARROW | $ | 53,659,075 | 9.7500000% | $ | 332,438 | $ | (2,582) | $ | 329,856 |
| BONNER | | 23,081,532 | 4.1939771% | | 142,999 | | (1,012) | | 141,987 |
| FLEISCHMAN | | 3,929,789 | 0.7140534% | | 24,347 | | (419) | | 23,927 |
| TOTAL NY ATTORNEY FEES | $ | 80,670,396 | 14.6580305% | $ | 499,783 | $ | (4,013) | $ | 495,770 |
| | | | | | | | | |
| ROTHENBERG | $ | 59,947,508 | 10.8926254% | $ | 371,397 | $ | (2,985) | $ | 368,412 |
| LASPADA | | 15,410,817 | 2.8001874% | | 95,476 | | - | | 95,476 |
| FAY | | 9,152,594 | 1.6630513% | | 56,704 | | - | | 56,704 |
| PERLES | | 9,152,594 | 1.6630513% | | 56,704 | | - | | 56,704 |
| TOTAL | $ | 93,663,513 | 17.0189153% | $ | 580,281 | $ | (2,985) | $ | 577,295 |
| | | | | | | | | |
| FAY | | 139,908,134 | 25.4212889% | | 866,783 | | (5,741) | | 861,043 |
| PERLES | | 139,908,134 | 25.4212889% | | 866,783 | | (5,741) | | 861,043 |
| GASKILL | | 7,118,610 | 1.2934709% | | 44,102 | | (1,926) | | 42,176 |
| KARR | | 2,348,610 | 0.4267488% | | 14,551 | | - | | 14,551 |
| HNK | | 35,189,736 | 6.3940708% | | 218,014 | | (1,142) | | 216,872 |
| DRENNAN | | 11,724,174 | 2.1303143% | | 72,636 | | (1,926) | | 70,709 |
| DONAHUE | | 10,746,172 | 1.9526087% | | 66,577 | | (1,926) | | 64,650 |
| TOTAL | $ | 346,943,571 | 63.0405912% | $ | 2,149,445 | $ | (18,402) | $ | 2,131,043 |
| | | | | | | | | |
| DAMAGES ATTORNEYS: | | | | | | | | |
| BOND | $ | 2,041,550 | 0.3709552% | $ | 12,648 | $ | - | $ | 12,648 |
| CLOWER | | 2,038,586 | 0.3704166% | | 12,630 | | - | | 12,630 |
| DRENNAN | | 2,804,624 | 0.5096079% | | 17,376 | | (359) | | 17,016 |
| EINHORN | | 1,375,578 | 0.2499462% | | 8,522 | | - | | 8,522 |
| FEENEY | | 3,038,948 | 0.5521851% | | 18,827 | | - | | 18,827 |
| GASKILL | | 2,813,730 | 0.5112623% | | 17,432 | | - | | 17,432 |
| KARR | | 1,846,566 | 0.3355261% | | 11,440 | | (359) | | 11,081 |
| LASPADA | | 3,805,184 | 0.6914123% | | 23,575 | | - | | 23,575 |
| MECIT | | 1,402,071 | 0.2547601% | | 8,686 | | (359) | | 8,327 |
| NORMAN | | 2,758,693 | 0.5012619% | | 17,091 | | - | | 17,091 |
| NUTA | | 2,288,525 | 0.4158313% | | 14,178 | | - | | 14,178 |
| PARSONS | | 822,281 | 0.1494106% | | 5,094 | | - | | 5,094 |
| PATTIN | | 2,035,673 | 0.3698873% | | 12,612 | | - | | 12,612 |
| TOTAL DAMAGES ATTY FEES | $ | 29,072,008 | 5.2824630% | $ | 180,112 | $ | (1,078) | $ | 179,034 |
| | | | | | | | | |
| TOTAL ATTORNEY FEES | $ | 550,349,488 | 100.0000000% | $ | 3,409,621 | $ | (26,479) | $ | 3,383,142 |

NOTES:

[1] C Fay, Esq's calculation does not take into account any reserves, expenses or deductions.

[2] The assigned amounts will be turned over as provided in the Court's 2/28/20 order.

EXHIBIT K

**PETERSON FUND**

**ATTORNEY FEE DISTRIBUTION- REMAINDER OF AMOUNTS FROM SCDAS**

**PRIVILEGED AND CONFIDENTIAL**

| ATTORNEY | REMAINING HOLDBACK AFTER FOURTH INTERIM DISTRIBUTION | LESS: AMOUNTS ASSIGNED | NET PROPOSED DISTRIBUTIONS |
|---|---|---|---|
| NY ATTORNEYS: | | | |
| SALON MARROW | $ 8,322 | $ (5,063) | $ 3,258 |
| BONNER | 3,516 | (2,337) | 1,179 |
| FLEISCHMAN | 757 | - | 757 |
| TOTAL NY ATTORNEY FEES | $ 12,595 | $ (7,400) | $ 5,195 |
| | | | |
| ROTHENBERG | $ 17,842 | $ (7,381) | $ 10,461 |
| LASPADA | - | - | - |
| FAY | | | - |
| PERLES | | | - |
| TOTAL | $ 17,842 | $ (7,381) | $ 10,461 |
| | | | |
| FAY | $ 21,009 | $ (17,277) | $ 3,732 |
| PERLES | 21,009 | (17,277) | 3,732 |
| GASKILL | 1,799 | - | 1,799 |
| KARR | - | - | - |
| HNK | 4,123 | - | 4,123 |
| DRENNAN | 1,799 | - | 1,799 |
| DONAHUE | 1,799 | - | 1,799 |
| TOTAL | $ 51,537 | $ (34,553) | $ 16,984 |
| | | | |
| DAMAGES ATTORNEYS: | | | |
| BOND | $ - | $ - | $ - |
| CLOWER | - | - | - |
| DRENNAN | 2,597 | (2,597) | - |
| EINHORN | - | - | - |
| FEENEY | - | - | - |
| GASKILL | - | - | - |
| KARR | - | - | - |
| LASPADA | - | - | - |
| MECIT | 779 | - | 779 |
| NORMAN | - | - | - |
| NUTA | - | - | - |
| PARSONS | - | - | - |
| PATTIN | - | - | - |
| TOTAL DAMAGES ATTY FEES | $ 3,376 | $ (2,597) | $ 779 |
| | | | |
| TOTAL ATTORNEY FEES | $ 85,350 | $ (51,931) | $ 33,419 |

**NOTES:**

Amounts being assigned are for FCDAs with estate or other legal
 issues as of 1/27/21.

The assigned amounts will be turned over as provided in the Court's 2/28/20 order.

EXHIBIT L

**PETERSON FUND**

**ATTORNEY FEE DISTRIBUTION- REMAINDER OF AMOUNTS FROM FCDAS-**
  **PRE-FINAL DISTRIBUTION**

**PRIVILEGED AND CONFIDENTIAL**

| ATTORNEY | REMAINING HOLDBACK AFTER FOURTH INTERIM DISTRIBUTION | LESS: AMOUNTS ASSIGNED | NET PROPOSED DISTRIBUTIONS |
|---|---|---|---|
| NY ATTORNEYS: | | | |
| SALON MARROW | $ 42,888 | $ (9,418) | $ 33,470 |
| BONNER | 18,448 | (3,691) | 14,757 |
| FLEISCHMAN | 3,141 | (1,530) | 1,611 |
| TOTAL NY ATTORNEY FEES | $ 64,477 | $ (14,640) | $ 49,838 |
| | | | |
| ROTHENBERG | $ 47,914 | $ (10,891) | $ 37,023 |
| LASPADA | 12,317 | - | 12,317 |
| FAY | 7,315 | - | 7,315 |
| PERLES | 7,315 | - | 7,315 |
| TOTAL | $ 74,862 | $ (10,891) | $ 63,971 |
| | | | |
| FAY | $ 111,824 | $ (20,943) | $ 90,881 |
| PERLES | 111,824 | (20,943) | 90,881 |
| GASKILL | 5,690 | (7,028) | (1,338) |
| KARR | 1,877 | - | 1,877 |
| HNK | 28,126 | (4,165) | 23,962 |
| DRENNAN | 9,371 | (7,028) | 2,343 |
| DONAHUE | 8,589 | (7,028) | 1,561 |
| TOTAL | $ 277,302 | $ (67,134) | $ 210,167 |
| | | | |
| DAMAGES ATTORNEYS: | | | |
| BOND | $ 1,632 | $ - | $ 1,632 |
| CLOWER | 1,629 | - | 1,629 |
| DRENNAN | 2,242 | (1,311) | 930 |
| EINHORN | 1,099 | - | 1,099 |
| FEENEY | 2,429 | - | 2,429 |
| GASKILL | 2,249 | - | 2,249 |
| KARR | 1,476 | (1,311) | 165 |
| LASPADA | 3,041 | - | 3,041 |
| MECIT | 1,121 | (1,311) | (191) |
| NORMAN | 2,205 | - | 2,205 |
| NUTA | 1,829 | - | 1,829 |
| PARSONS | 657 | - | 657 |
| PATTIN | 1,627 | - | 1,627 |
| TOTAL DAMAGES ATTY FEES | $ 23,236 | $ (3,934) | $ 19,303 |
| | | | |
| TOTAL ATTORNEY FEES | $ 439,878 | $ (96,599) | $ 343,279 |

**NOTES:**
Amounts being assigned are for FCDAs with estate or other legal
  issues as of 1/27/21.

The assigned amounts will be turned over as provided in the Court's 2/28/20 order.

**EXHIBIT M**

**PETERSON FUND**

**ATTORNEY FEE DISTRIBUTION- AMOUNTS ASSIGNED**

**PRIVILEGED AND CONFIDENTIAL**

| ATTORNEY | AMOUNTS ASSIGNED FROM: | | | TOTAL |
|---|---|---|---|---|
| | SCDAS | PRE-FINAL | FINAL | |
| NY ATTORNEYS: | | | | |
| SALON MARROW | $ 5,063 | $ 9,418 | $ 2,582 | $ 17,063 |
| BONNER | 2,337 | 3,691 | 1,012 | 7,040 |
| FLEISCHMAN | - | 1,530 | 419 | 1,949 |
| TOTAL NY ATTORNEY FEES | $ 7,400 | $ 14,640 | $ 4,013 | $ 26,053 |
| | | | | |
| ROTHENBERG | $ 7,381 | $ 10,891 | $ 2,985 | $ 21,257 |
| LASPADA | - | - | - | - |
| FAY | - | - | - | - |
| PERLES | - | - | - | - |
| TOTAL | $ 7,381 | $ 10,891 | $ 2,985 | $ 21,257 |
| | | | | |
| FAY | $ 17,277 | $ 20,943 | $ 5,741 | $ 43,961 |
| PERLES | 17,277 | 20,943 | 5,741 | 43,961 |
| GASKILL | - | 7,028 | 1,926 | 8,954 |
| KARR | - | - | - | - |
| HNK | - | 4,165 | 1,142 | 5,306 |
| DRENNAN | - | 7,028 | 1,926 | 8,954 |
| DONAHUE | - | 7,028 | 1,926 | 8,954 |
| TOTAL | $ 34,553 | $ 67,134 | $ 18,402 | $ 120,090 |
| | | | | |
| DAMAGES ATTORNEYS: | $ - | $ - | $ - | $ - |
| BOND | - | - | - | - |
| CLOWER | - | - | - | - |
| DRENNAN | 2,597 | 1,311 | 359 | 4,267 |
| EINHORN | - | - | - | - |
| FEENEY | - | - | - | - |
| GASKILL | - | - | - | - |
| KARR | - | 1,311 | 359 | 1,671 |
| LASPADA | - | - | - | - |
| MECIT | - | 1,311 | 359 | 1,671 |
| NORMAN | - | - | - | - |
| NUTA | - | - | - | - |
| PARSONS | - | - | - | - |
| PATTIN | - | - | - | - |
| TOTAL DAMAGES ATTY FEES | $ 2,597 | $ 3,934 | $ 1,078 | $ 7,609 |
| | | | | |
| TOTAL ATTORNEY FEES | $ 51,931 | $ 96,599 | $ 26,479 | $ 175,009 |

**NOTES:**

Amounts being assigned are for FCDAs with estate or other legal
  issues as of 1/27/21.

The assigned amounts will be turned over as provided in the Court's 2/28/20 order.

PETERSON
CALCULATION OF ATTORNEY FEES FROM SCDAs THAT ARE BEING ASSIGNED

PRIVILEGED AND CONFIDENTIAL

| Epiq TN | Name | Case | ATTORNEY FEE | SALON MARROW FEE | BONNER FEE | FLEISCHMAN FEE | DAMAGES ATTY FEE | DAMAGES ATTORNEY | REFERRAL ATTY FEE | REFERRAL ATTORNEY | PLAINTIFF ATTORNEYS | F&P | HNK | GASKILL | DRENNAN | DONAHUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 424 | | Peterson | $28,850.65 | $ 2,812.94 | $ 1,298.28 | $ - | $ 2,596.56 | Drennan | $ 7,380.96 | ROTHENBERG | $ 14,761.91 | $ 14,761.91 | $ - | $ - | $ - | $ - |
| 925 | | Davis | $14,425.32 | $ 1,406.47 | $ 649.14 | $ - | | | $ - | $ - | $ 12,369.71 | $ 12,369.71 | $ - | $ - | $ - | $ - |
| 1397 | | Worley | $8,655.19 | $ 843.88 | $ 389.48 | $ - | | | $ - | $ - | $ 7,421.83 | $ 7,421.83 | $ - | $ - | $ - | $ - |
| | TOTAL | | $ 51,931.16 | $ 5,063.29 | $ 2,336.90 | $ - | $ 2,596.56 | | $ 7,380.96 | | $ 34,553.46 | $ 34,553.46 | $ - | $ - | $ - | $ - |

PETERSON

CALCULATION OF ATTORNEY FEES FROM PRE-FINAL DISTRIBUTIONS THAT ARE BEING ASSIGNED

PRIVILEGED AND CONFIDENTIAL

| Epiq TN | Name | Case | PRE-FINAL ATTY FEE ASSIGNED | SALON MARROW FEE | BONNER FEE | FLEISCHMAN FEE | DAMAGES ATTY FEE | DAMAGES ATTORNEY | REFERRAL ATTY FEE | REFERRAL ATTORNEY | NET TO PLAINTIFF ATTORNEYS | F&P | HNK | GASKILL | DRENNAN | DONAHUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 343 | | Peterson | $7,284.98 | $ 710.29 | $ 327.82 | | $ 655.65 | Mecit | $ 1,863.74 | ROTHENBERG | $ 3,727.48 | $ 3,727.48 | | | | |
| 424 | | Peterson | $14,569.97 | $ 1,420.57 | $ 655.65 | | $ 1,311.30 | Drennan | $ 3,727.48 | ROTHENBERG | $ 7,454.97 | $ 7,454.97 | | | | |
| 592 | | Peterson | $7,284.98 | $ 710.29 | $ 327.82 | | $ 655.65 | Mecit | $ 1,863.74 | ROTHENBERG | $ 3,727.48 | $ 3,727.48 | | | | |
| 839 | | Valore | $14,569.97 | $ 1,420.57 | | $ 1,529.85 | $ 1,311.30 | Karr | $ 3,436.08 | ROTHENBERG | $ 6,872.17 | $ 1,718.04 | | $1,718.04 | $1,718.04 | $1,718.04 |
| 925 | | Davis | $7,284.98 | $ 710.29 | $ 327.82 | | | | | | $ 6,246.87 | $ 6,246.87 | | | | |
| 996 | | Davis | $1,894.10 | $ 184.67 | $ 85.23 | | | | | | $ 1,624.19 | $ 1,624.19 | | | | |
| 1061 | | Davis | $7,284.98 | $ 710.29 | $ 327.82 | | | | | | $ 6,246.87 | $ 6,246.87 | | | | |
| 1120 | | Taylor | $14,569.97 | $ 1,420.57 | $ 655.65 | | | | | | $ 12,493.75 | $ 3,123.44 | | $3,123.44 | $3,123.44 | $3,123.44 |
| 1308 | | Bland | $7,284.98 | $ 710.29 | $ 327.82 | | | | | | $ 6,246.87 | $ 2,082.29 | $4,164.58 | | | |
| 1363 | | Spencer | $10,198.98 | $ 994.40 | $ 458.95 | | | | | | $ 8,745.62 | $ 2,186.41 | | $2,186.41 | $2,186.41 | $2,186.41 |
| 1397 | | Worley | $4,370.99 | $ 426.17 | $ 196.69 | | | | | | $ 3,748.12 | $ 3,748.12 | | | | |
| TOTAL | | | $96,598.89 | $ 9,418.39 | $ 3,691.30 | $ 1,529.85 | $ 3,933.89 | | $ 10,891.05 | | $ 67,134.41 | $ 41,886.17 | $4,164.58 | $7,027.88 | $7,027.88 | $7,027.88 |

PETERSON
CALCULATION OF ATTORNEY FEES FROM FINAL DISTRIBUTIONS THAT ARE BEING ASSIGNED

**PRIVILEGED AND CONFIDENTIAL**

| Epiq TN | Name | Case | FINAL ATTY FEE ASSIGNED | SALON MARROW FEE | BONNER FEE | FLEISCHMAN FEE | DAMAGES ATTY FEE | DAMAGES ATTORNEY | REFERRAL ATTY FEE | REFERRAL ATTORNEY | NET TO PLAINTIFF ATTORNEYS | F&P | HNK | GASKILL | DRENNAN | DONAHUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 343 | | Peterson | $1,996.89 | $ 194.70 | $ 89.86 | | $ 179.72 | Mecit | $ 510.87 | ROTHENBERG | $ 1,021.74 | $ 1,021.74 | | | | |
| 424 | | Peterson | $3,993.78 | $ 389.39 | $ 179.72 | | $ 359.44 | Drennan | $ 1,021.74 | ROTHENBERG | $ 2,043.48 | $ 2,043.48 | | | | |
| 592 | | Peterson | $1,996.89 | $ 194.70 | $ 89.86 | | $ 179.72 | Mecit | $ 510.87 | ROTHENBERG | $ 1,021.74 | $ 1,021.74 | | | | |
| 839 | | Valore | $3,993.78 | $ 389.39 | | $ 419.35 | $ 359.44 | Karr | $ 941.87 | ROTHENBERG | $ 1,883.73 | $ 470.93 | | $ 470.93 | $ 470.93 | $ 470.93 |
| 925 | | Davis | $1,996.89 | $ 194.70 | $ 89.86 | | | | | | $ 1,712.33 | $ 1,712.33 | | | | |
| 996 | | Davis | $519.19 | $ 50.62 | $ 23.36 | | | | | | $ 445.21 | $ 445.21 | | | | |
| 1061 | | Davis | $1,996.89 | $ 194.70 | $ 89.86 | | | | | | $ 1,712.33 | $ 1,712.33 | | | | |
| 1120 | | Taylor | $3,993.78 | $ 389.39 | $ 179.72 | | | | | | $ 3,424.66 | $ 856.17 | | $ 856.17 | $ 856.17 | $ 856.17 |
| 1308 | | Bland | $1,996.89 | $ 194.70 | $ 89.86 | | | | | | $ 1,712.33 | $ 570.78 | $1,141.55 | | | |
| 1363 | | Spencer | $2,795.64 | $ 272.58 | $ 125.80 | | | | | | $ 2,397.26 | $ 599.32 | | $ 599.32 | $ 599.32 | $ 599.32 |
| 1397 | | Worley | $1,198.13 | $ 116.82 | $ 53.92 | | | | | | $ 1,027.40 | $ 1,027.40 | | | | |
| TOTAL | | | $26,478.74 | $ 2,581.68 | $ 1,011.82 | $ 419.35 | $ 1,078.32 | | $ 2,985.35 | | $ 18,402.22 | $ 11,481.43 | $1,141.55 | $1,926.41 | $1,926.41 | $1,926.41 |

## EXHIBIT 8 (pt. 2)



Brookfield Place, 200 Vesey Street
20th Floor
New York, NY 10281-2101
Telephone:  212-415-8600
Fax:  212-303-2754
www.lockelord.com

Alan H. Katz
Direct Telephone:  212-415-8509
Direct Fax:  212-812-8380
akatz@lockelord.com

March 3, 2021

By E-Mail:

Caragh Fay
Fay Law Group, P.A.
777 Sixth Street, NW, Suite 410
Washington, DC 20001

Dan Gaskill
The Law Office of Dan Gaskill, LLC
13525 Winding Trail Court
Silver Spring, MD 20906

Patrick M. Donahue
The Donahue Law Firm, LLC
18 West Street
Annapolis, MD 21401

Steven R. Perles
The Perles Law Firm, P.C.
1050 Connecticut Ave., N.W.
Suite 500
Washington, DC 20036

Joseph Peter Drennan
Attorney at Law
218 North Lee Street
Alexandria, VA  22314-2631

Re:     Peterson Fund – Revised Exhibits and Revised Schedule

Dear Counsel:

As we have advised, the exhibits to the Agreement Regarding Fifth and Final Attorneys' Fees Distribution (the "Agreement") that we sent on February 19, 2021 and the schedule included with our February 22, 2021 letter (the "Assignment Letter") concerning assignment of delayed distributions contained a misallocation regarding delayed distribution amounts assigned on account of one Plaintiff, ████ – TN 839.  The sum of $6,566.91 of attorneys' fees assigned on account of ████ should have been allocated to and, therefore, withheld in the calculation of the Total Proposed Distributions (defined in the Assignment Letter) of the Fay Law Group, P.A. and The Perles Law Firm, P.C., one-half each.  Instead, it was allocated to and, therefore, withheld in the calculation of the Total Proposed Distributions of The Donahue Law Firm, LLC, Joseph Peter Drennan and The Law Office of Dan Gaskill, LLC, one-third each.

Attached to this letter as Attachments 1 and 2 are a revised set of exhibits (the "Revised Exhibits") for the Agreement and a revised schedule (the "Revised Schedule") for the Assignment Letter.

Atlanta | Austin | Boston | Brussels | Chicago | Cincinnati | Dallas | Hartford | Houston | London | Los Angeles
Miami | New Orleans | New York | Princeton | Providence | San Francisco | Stamford | Washington DC | West Palm Beach

91395389v.1

Caragh Fay
Patrick M. Donahue
Joseph Peter Drennan
Dan Gaskill
Steven R. Perles
March 3, 2021
Page 2

Please return a copy of this letter signed below to indicate your agreement to substitute the Revised Exhibits and the Revised Schedule for the originals that were included with the Agreement and the Assignment Letter.

If you have any questions or comments, please let us know promptly.

Very truly yours,

Alan H. Katz

AGREED:

_____
Print Name: _____
Insert Date: _____, 2021

Attachments

cc (by e-mail, w/ encls.):  Geoffrey T. Hervey

91395389v.1

# ATTACHMENT 1

EXHIBIT H

PETERSON FUND

FIFTH/FINAL ATTORNEY FEE DISTRIBUTION          PRIVILEGED & CONFIDENTIAL

| | FINAL ATTORNEY FEES (EXHIBIT J) | SCDA HOLDBACKS RELEASED (EXHIBIT K) | PRE-FINAL HOLDBACKS RELEASED (EXHIBIT L) | TOTAL PROPOSED DISTRIBUTION |
|---|---|---|---|---|
| NY ATTORNEYS: | | | | |
| SALON MARROW | $ 329,856 | $ 3,258 | $ 33,470 | $ 366,584 |
| BONNER | 141,987 | 1,179 | 14,757 | 157,923 |
| FLEISCHMAN | 23,927 | 757 | 1,611 | 26,296 |
| TOTAL NY ATTORNEY FEES | $ 495,770 | $ 5,195 | $ 49,838 | $ 550,803 |
| | | | | |
| ROTHENBERG | $ 368,412 | $ 10,461 | $ 37,023 | $ 415,896 |
| LASPADA | 95,476 | - | 12,317 | 107,793 |
| FAY | 56,704 | - | 7,315 | 64,019 |
| PERLES | 56,704 | - | 7,315 | 64,019 |
| TOTAL | $ 577,295 | $ 10,461 | $ 63,971 | $ 651,727 |
| | | | | |
| FAY | 860,336 | 3,732 | 88,304 | $ 952,373 |
| PERLES | 860,336 | 3,732 | 88,304 | 952,373 |
| GASKILL | 42,647 | 1,799 | 380 | 44,826 |
| KARR | 14,551 | - | 1,877 | 16,428 |
| HNK | 216,872 | 4,123 | 23,962 | 244,957 |
| DRENNAN | 71,180 | 1,799 | 4,061 | 77,040 |
| DONAHUE | 65,121 | 1,799 | 3,279 | 70,199 |
| TOTAL | $ 2,131,043 | $ 16,984 | $ 210,167 | $ 2,358,194 |
| | | | | |
| DAMAGES ATTORNEYS: | | | | |
| BOND | $ 12,648 | $ - | $ 1,632 | $ 14,280 |
| CLOWER | 12,630 | - | 1,629 | 14,259 |
| DRENNAN | 17,016 | - | 930 | 17,947 |
| EINHORN | 8,522 | - | 1,099 | 9,622 |
| FEENEY | 18,827 | - | 2,429 | 21,256 |
| GASKILL | 17,432 | - | 2,249 | 19,681 |
| KARR | 11,081 | - | 165 | 11,245 |
| LASPADA | 23,575 | - | 3,041 | 26,616 |
| MECIT | 8,327 | 779 | (191) | 8,915 |
| NORMAN | 17,091 | - | 2,205 | 19,296 |
| NUTA | 14,178 | - | 1,829 | 16,007 |
| PARSONS | 5,094 | - | 657 | 5,752 |
| PATTIN | 12,612 | - | 1,627 | 14,239 |
| TOTAL DAMAGES ATTY FEES | $ 179,034 | $ 779 | $ 19,303 | $ 199,115 |
| | | | | |
| TOTAL ATTORNEY FEES | $ 3,383,142 | $ 33,419 | $ 343,279 | $ 3,759,840 |

**EXHIBIT J**

PETERSON FUND

FINAL ATTORNEY FEE DISTRIBUTION                    PRIVILEGED & CONFIDENTIAL

| ATTORNEY | TOTAL ATTORNEY FEES PER C FAY, ESQ'S 12/20/17 SPREADSHEET[1] | RATIO | PROPOSED CURRENT DISTRIBUTION: FINAL TOTAL ATTORNEY FEES | LESS: AMOUNTS ASSIGNED[2] | NET PROPOSED DISTRIBUTION |
|---|---|---|---|---|---|
| **NY ATTORNEYS:** | | | | | |
| SALON MARROW | $ 53,659,075 | 9.7500000% | $ 332,438 | $ (2,582) | $ 329,856 |
| BONNER | 23,081,532 | 4.1939771% | 142,999 | (1,012) | 141,987 |
| FLEISCHMAN | 3,929,789 | 0.7140534% | 24,347 | (419) | 23,927 |
| TOTAL NY ATTORNEY FEES | $ 80,670,396 | 14.6580305% | $ 499,783 | $ (4,013) | $ 495,770 |
| | | | | | |
| ROTHENBERG | $ 59,947,508 | 10.8926254% | $ 371,397 | $ (2,985) | $ 368,412 |
| LASPADA | 15,410,817 | 2.8001874% | 95,476 | - | 95,476 |
| FAY | 9,152,594 | 1.6630513% | 56,704 | - | 56,704 |
| PERLES | 9,152,594 | 1.6630513% | 56,704 | - | 56,704 |
| TOTAL | $ 93,663,513 | 17.0189153% | $ 580,281 | $ (2,985) | $ 577,295 |
| | | | | | |
| FAY | 139,908,134 | 25.4216889% | 866,783 | (6,447) | 860,336 |
| PERLES | 139,908,134 | 25.4216889% | 866,783 | (6,447) | 860,336 |
| GASKILL | 7,118,610 | 1.2934709% | 44,102 | (1,455) | 42,647 |
| KARR | 2,348,610 | 0.4267488% | 14,551 | - | 14,551 |
| HNK | 35,189,736 | 6.3940708% | 218,014 | (1,142) | 216,872 |
| DRENNAN | 11,724,174 | 2.1303143% | 72,636 | (1,455) | 71,180 |
| DONAHUE | 10,746,172 | 1.9526087% | 66,577 | (1,455) | 65,121 |
| TOTAL | $ 346,943,571 | 63.0405912% | $ 2,149,445 | $ (18,402) | $ 2,131,043 |
| | | | | | |
| **DAMAGES ATTORNEYS:** | | | | | |
| BOND | $ 2,041,550 | 0.3709552% | $ 12,648 | $ - | $ 12,648 |
| CLOWER | 2,038,586 | 0.3704166% | 12,630 | - | 12,630 |
| DRENNAN | 2,804,624 | 0.5096079% | 17,376 | (359) | 17,016 |
| EINHORN | 1,375,578 | 0.2499462% | 8,522 | - | 8,522 |
| FEENEY | 3,038,948 | 0.5521851% | 18,827 | - | 18,827 |
| GASKILL | 2,813,730 | 0.5112623% | 17,432 | - | 17,432 |
| KARR | 1,846,566 | 0.3355261% | 11,440 | (359) | 11,081 |
| LASPADA | 3,805,184 | 0.6914123% | 23,575 | - | 23,575 |
| MECIT | 1,402,071 | 0.2547601% | 8,686 | (359) | 8,327 |
| NORMAN | 2,758,693 | 0.5012619% | 17,091 | - | 17,091 |
| NUTA | 2,288,525 | 0.4158313% | 14,178 | - | 14,178 |
| PARSONS | 822,281 | 0.1494106% | 5,094 | - | 5,094 |
| PATTIN | 2,035,673 | 0.3698873% | 12,612 | - | 12,612 |
| TOTAL DAMAGES ATTY FEES | $ 29,072,008 | 5.2824630% | $ 180,112 | $ (1,078) | $ 179,034 |
| | | | | | |
| **TOTAL ATTORNEY FEES** | $ 550,349,488 | 100.0000000% | $ 3,409,621 | $ (26,479) | $ 3,383,142 |

**NOTES:**

[1] C Fay, Esq's calculation does not take into account any reserves, expenses or deductions.

[2] The assigned amounts will be turned over as provided in the Court's 2/28/20 order.

EXHIBIT K

**PETERSON FUND**

**ATTORNEY FEE DISTRIBUTION- REMAINDER OF AMOUNTS FROM SCDAS**

**PRIVILEGED AND CONFIDENTIAL**

| ATTORNEY | REMAINING HOLDBACK AFTER FOURTH INTERIM DISTRIBUTION | LESS: AMOUNTS ASSIGNED | NET PROPOSED DISTRIBUTIONS |
|---|---|---|---|
| NY ATTORNEYS: | | | |
| SALON MARROW | $ 8,322 | $ (5,063) | $ 3,258 |
| BONNER | 3,516 | (2,337) | 1,179 |
| FLEISCHMAN | 757 | - | 757 |
| TOTAL NY ATTORNEY FEES | $ 12,595 | $ (7,400) | $ 5,195 |
| | | | |
| ROTHENBERG | $ 17,842 | $ (7,381) | $ 10,461 |
| LASPADA | - | - | - |
| FAY | | | - |
| PERLES | | | - |
| TOTAL | $ 17,842 | $ (7,381) | $ 10,461 |
| | | | |
| FAY | $ 21,009 | $ (17,277) | $ 3,732 |
| PERLES | 21,009 | (17,277) | 3,732 |
| GASKILL | 1,799 | - | 1,799 |
| KARR | - | - | - |
| HNK | 4,123 | - | 4,123 |
| DRENNAN | 1,799 | - | 1,799 |
| DONAHUE | 1,799 | - | 1,799 |
| TOTAL | $ 51,537 | $ (34,553) | $ 16,984 |
| | | | |
| DAMAGES ATTORNEYS: | | | |
| BOND | $ - | $ - | $ - |
| CLOWER | - | - | - |
| DRENNAN | 2,597 | (2,597) | - |
| EINHORN | - | - | - |
| FEENEY | - | - | - |
| GASKILL | - | - | - |
| KARR | - | - | - |
| LASPADA | - | - | - |
| MECIT | 779 | - | 779 |
| NORMAN | - | - | - |
| NUTA | - | - | - |
| PARSONS | - | - | - |
| PATTIN | - | - | - |
| TOTAL DAMAGES ATTY FEES | $ 3,376 | $ (2,597) | $ 779 |
| | | | |
| TOTAL ATTORNEY FEES | $ 85,350 | $ (51,931) | $ 33,419 |

**NOTES:**
Amounts being assigned are for FCDAs with estate or other legal
  issues as of 1/27/21.
The assigned amounts will be turned over as provided in the Court's 2/28/20 order.

EXHIBIT L

**PETERSON FUND**

**ATTORNEY FEE DISTRIBUTION- REMAINDER OF AMOUNTS FROM FCDAS-**
**PRE-FINAL DISTRIBUTION**

**PRIVILEGED AND CONFIDENTIAL**

| ATTORNEY | REMAINING HOLDBACK AFTER FOURTH INTERIM DISTRIBUTION | | LESS: AMOUNTS ASSIGNED | | NET PROPOSED DISTRIBUTIONS |
|---|---|---|---|---|---|
| NY ATTORNEYS: | | | | | |
| SALON MARROW | $ | 42,888 | $ | (9,418) | $ | 33,470 |
| BONNER | | 18,448 | | (3,691) | | 14,757 |
| FLEISCHMAN | | 3,141 | | (1,530) | | 1,611 |
| TOTAL NY ATTORNEY FEES | $ | 64,477 | $ | (14,640) | $ | 49,838 |
| | | | | | | |
| ROTHENBERG | $ | 47,914 | $ | (10,891) | $ | 37,023 |
| LASPADA | | 12,317 | | - | | 12,317 |
| FAY | | 7,315 | | - | | 7,315 |
| PERLES | | 7,315 | | - | | 7,315 |
| TOTAL | $ | 74,862 | $ | (10,891) | $ | 63,971 |
| | | | | | | |
| FAY | $ | 111,824 | $ | (23,520) | $ | 88,304 |
| PERLES | | 111,824 | | (23,520) | | 88,304 |
| GASKILL | | 5,690 | | (5,310) | | 380 |
| KARR | | 1,877 | | - | | 1,877 |
| HNK | | 28,126 | | (4,165) | | 23,962 |
| DRENNAN | | 9,371 | | (5,310) | | 4,061 |
| DONAHUE | | 8,589 | | (5,310) | | 3,279 |
| TOTAL | $ | 277,302 | $ | (67,134) | $ | 210,167 |
| | | | | | | |
| DAMAGES ATTORNEYS: | | | | | |
| BOND | $ | 1,632 | $ | - | $ | 1,632 |
| CLOWER | | 1,629 | | - | | 1,629 |
| DRENNAN | | 2,242 | | (1,311) | | 930 |
| EINHORN | | 1,099 | | - | | 1,099 |
| FEENEY | | 2,429 | | - | | 2,429 |
| GASKILL | | 2,249 | | - | | 2,249 |
| KARR | | 1,476 | | (1,311) | | 165 |
| LASPADA | | 3,041 | | - | | 3,041 |
| MECIT | | 1,121 | | (1,311) | | (191) |
| NORMAN | | 2,205 | | - | | 2,205 |
| NUTA | | 1,829 | | - | | 1,829 |
| PARSONS | | 657 | | - | | 657 |
| PATTIN | | 1,627 | | - | | 1,627 |
| TOTAL DAMAGES ATTY FEES | $ | 23,236 | $ | (3,934) | $ | 19,303 |
| | | | | | | |
| TOTAL ATTORNEY FEES | $ | 439,878 | $ | (96,599) | $ | 343,279 |

**NOTES:**
Amounts being assigned are for FCDAs with estate or other legal
  issues as of 1/27/21.
The assigned amounts will be turned over as provided in the Court's 2/28/20 order.

**EXHIBIT M**

PETERSON FUND
ATTORNEY FEE DISTRIBUTION- AMOUNTS ASSIGNED

**PRIVILEGED AND CONFIDENTIAL**

| ATTORNEY | AMOUNTS ASSIGNED FROM: | | | |
| --- | --- | --- | --- | --- |
| | SCDAS | PRE-FINAL | FINAL | TOTAL |
| NY ATTORNEYS: | | | | |
| SALON MARROW | $ 5,063 | $ 9,418 | $ 2,582 | $ 17,063 |
| BONNER | 2,337 | 3,691 | 1,012 | 7,040 |
| FLEISCHMAN | - | 1,530 | 419 | 1,949 |
| TOTAL NY ATTORNEY FEES | $ 7,400 | $ 14,640 | $ 4,013 | $ 26,053 |
| | | | | |
| ROTHENBERG | $ 7,381 | $ 10,891 | $ 2,985 | $ 21,257 |
| LASPADA | - | - | - | - |
| FAY | - | - | - | - |
| PERLES | - | - | - | - |
| TOTAL | $ 7,381 | $ 10,891 | $ 2,985 | $ 21,257 |
| | | | | |
| FAY | $ 17,277 | $ 23,520 | $ 6,447 | $ 47,244 |
| PERLES | 17,277 | 23,520 | 6,447 | 47,244 |
| GASKILL | - | 5,310 | 1,455 | 6,765 |
| KARR | - | - | - | - |
| HNK | - | 4,165 | 1,142 | 5,306 |
| DRENNAN | - | 5,310 | 1,455 | 6,765 |
| DONAHUE | - | 5,310 | 1,455 | 6,765 |
| TOTAL | $ 34,553 | $ 67,134 | $ 18,402 | $ 120,090 |
| | | | | |
| DAMAGES ATTORNEYS: | $ - | $ - | $ - | $ - |
| BOND | - | - | - | - |
| CLOWER | - | - | - | - |
| DRENNAN | 2,597 | 1,311 | 359 | 4,267 |
| EINHORN | - | - | - | - |
| FEENEY | - | - | - | - |
| GASKILL | - | - | - | - |
| KARR | - | 1,311 | 359 | 1,671 |
| LASPADA | - | - | - | - |
| MECIT | - | 1,311 | 359 | 1,671 |
| NORMAN | - | - | - | - |
| NUTA | - | - | - | - |
| PARSONS | - | - | - | - |
| PATTIN | - | - | - | - |
| TOTAL DAMAGES ATTY FEES | $ 2,597 | $ 3,934 | $ 1,078 | $ 7,609 |
| | | | | |
| TOTAL ATTORNEY FEES | $ 51,931 | $ 96,599 | $ 26,479 | $ 175,009 |

NOTES:
Amounts being assigned are for FCDAs with estate or other legal
  issues as of 1/27/21.
The assigned amounts will be turned over as provided in the Court's 2/28/20 order.

PETERSON
CALCULATION OF ATTORNEY FEES FROM SCDAs THAT ARE BEING ASSIGNED

**PRIVILEGED AND CONFIDENTIAL**

| Epiq TN | Name | Case | ATTORNEY FEE | SALON MARROW FEE | BONNER FEE | FLEISCHMAN FEE | DAMAGES ATTY FEE | DAMAGES ATTORNEY | REFERRAL ATTY FEE | REFERRAL ATTORNEY | PLAINTIFF ATTORNEYS | F&P | HNK | GASKILL | DRENNAN | DONAHUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 424 | | Peterson | $28,850.65 | $ 2,812.94 | $ 1,298.28 | $ - | $ 2,596.56 | Drennan | $ 7,380.96 | ROTHENBERG | $ 14,761.91 | $ 14,761.91 | $ - | $ - | $ - | $ - |
| 925 | | Davis | $14,425.32 | $ 1,406.47 | $ 649.14 | $ - | | | $ - | $ - | $ 12,369.71 | $ 12,369.71 | $ - | $ - | $ - | $ - |
| 1397 | | Worley | $8,655.19 | $ 843.88 | $ 389.48 | $ - | | | $ - | $ - | $ 7,421.83 | $ 7,421.83 | $ - | $ - | $ - | $ - |
| | | TOTAL | $ 51,931.16 | $ 5,063.29 | $ 2,336.90 | $ - | $ 2,596.56 | | $ 7,380.96 | | $ 34,553.46 | $ 34,553.46 | $ - | $ - | $ - | $ - |

PETERSON
CALCULATION OF ATTORNEY FEES FROM PRE-FINAL DISTRIBUTIONS THAT ARE BEING ASSIGNED

**PRIVILEGED AND CONFIDENTIAL**

| Epiq TN | Name | Case | PRE-FINAL ATTY FEE ASSIGNED | SALON MARROW FEE | BONNER FEE | FLEISCHMAN FEE | DAMAGES ATTY FEE | DAMAGES ATTORNEY | REFERRAL ATTY FEE | REFERRAL ATTORNEY | NET TO PLAINTIFF ATTORNEYS | F&P | HNK | GASKILL | DRENNAN | DONAHUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 343 | | Peterson | $7,284.98 | 710.29 | 327.82 | | 655.65 | Mecit | 1,863.74 | ROTHENBERG | 3,727.48 | 3,727.48 | | | | |
| 424 | | Peterson | $14,569.97 | 1,420.57 | 655.65 | | 1,311.30 | Drennan | 3,727.48 | ROTHENBERG | 7,454.97 | 7,454.97 | | | | |
| 592 | | Peterson | $7,284.98 | 710.29 | 327.82 | | 655.65 | Mecit | 1,863.74 | ROTHENBERG | 3,727.48 | 3,727.48 | | | | |
| 839 | | Valore | $14,569.97 | 1,420.57 | | 1,529.85 | 1,311.30 | Karr | 3,436.08 | ROTHENBERG | 6,872.17 | 6,872.17 | | | | |
| 925 | | Davis | $7,284.98 | 710.29 | 327.82 | | | | | | 6,246.87 | 6,246.87 | | | | |
| 996 | | Davis | $1,894.10 | 184.67 | 85.23 | | | | | | 1,624.19 | 1,624.19 | | | | |
| 1061 | | Davis | $7,284.98 | 710.29 | 327.82 | | | | | | 6,246.87 | 6,246.87 | | | | |
| 1120 | | Taylor | $14,569.97 | 1,420.57 | 655.65 | | | | | | 12,493.75 | 3,123.44 | | $3,123.44 | $3,123.44 | $3,123.44 |
| 1308 | | Bland | $7,284.98 | 710.29 | 327.82 | | | | | | 6,246.87 | 2,082.29 | $4,164.58 | | | |
| 1363 | | Spencer | $10,198.98 | 994.40 | 458.95 | | | | | | 8,745.62 | 2,186.41 | | $2,186.41 | $2,186.41 | $2,186.41 |
| 1397 | | Worley | $4,370.99 | 426.17 | 196.69 | | | | | | 3,748.12 | 3,748.12 | | | | |
| TOTAL | | | $96,598.89 | 9,418.39 | 3,691.30 | 1,529.85 | 3,933.89 | | 10,891.05 | | 67,134.41 | 47,040.30 | $4,164.58 | $5,309.84 | $5,309.84 | $5,309.84 |

PETERSON
CALCULATION OF ATTORNEY FEES FROM FINAL DISTRIBUTIONS THAT ARE BEING ASSIGNED

**PRIVILEGED AND CONFIDENTIAL**

| Epiq TN | Name | Case | FINAL ATTY FEE ASSIGNED | SALON MARROW FEE | BONNER FEE | FLEISCHMAN FEE | DAMAGES ATTY FEE | DAMAGES ATTORNEY | REFERRAL ATTY FEE | REFERRAL ATTORNEY | NET TO PLAINTIFF ATTORNEYS | F&P | HNK | GASKILL | DRENNAN | DONAHUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 343 | | Peterson | $1,996.89 | $ 194.70 | $ 89.86 | | $ 179.72 | Mecit | $ 510.87 | ROTHENBERG | $ 1,021.74 | $ 1,021.74 | | | | |
| 424 | | Peterson | $3,993.78 | $ 389.39 | $ 179.72 | | $ 359.44 | Drennan | $ 1,021.74 | ROTHENBERG | $ 2,043.48 | $ 2,043.48 | | | | |
| 592 | | Peterson | $1,996.89 | $ 194.70 | $ 89.86 | | $ 179.72 | Mecit | $ 510.87 | ROTHENBERG | $ 1,021.74 | $ 1,021.74 | | | | |
| 839 | | Valore | $3,993.78 | $ 389.39 | | $ 419.35 | $ 359.44 | Karr | $ 941.87 | ROTHENBERG | $ 1,883.73 | $ 1,883.73 | | | | |
| 925 | | Davis | $1,996.89 | $ 194.70 | $ 89.86 | | | | | | $ 1,712.33 | $ 1,712.33 | | | | |
| 996 | | Davis | $519.19 | $ 50.62 | $ 23.36 | | | | | | $ 445.21 | $ 445.21 | | | | |
| 1061 | | Davis | $1,996.89 | $ 194.70 | $ 89.86 | | | | | | $ 1,712.33 | $ 1,712.33 | | | | |
| 1120 | | Taylor | $3,993.78 | $ 389.39 | $ 179.72 | | | | | | $ 3,424.66 | $ 856.17 | | $ 856.17 | $ 856.17 | $ 856.17 |
| 1308 | | Bland | $1,996.89 | $ 194.70 | $ 89.86 | | | | | | $ 1,712.33 | $ 570.78 | $1,141.55 | | | |
| 1363 | | Spencer | $2,795.64 | $ 272.58 | $ 125.80 | | | | | | $ 2,397.26 | $ 599.32 | | $ 599.32 | $ 599.32 | $ 599.32 |
| 1397 | | Worley | $1,198.13 | $ 116.82 | $ 53.92 | | | | | | $ 1,027.40 | $ 1,027.40 | | | | |
| TOTAL | | | $26,478.74 | $ 2,581.68 | $ 1,011.82 | $ 419.35 | $ 1,078.32 | | $ 2,985.35 | | $ 18,402.22 | $ 12,894.22 | $1,141.55 | $1,455.48 | $1,455.48 | $1,455.48 |

# ATTACHMENT 2

EXHIBIT Q
PETERSON FUND
AMOUNTS ASSIGNED

DRAFT FOR DISCUSSION PURPOSES ONLY
PRIVILEGED & CONFIDENTIAL

| | | | | | | | | | | | | | | | | | | | TN NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **TN:** | **316** | **343** | **359** | **362** | **424** | **592** | **763** | **839** | **925** | **996** | **1061** | **1107** | **1120** | **1308[3]** | **1363** | **1397** | **1693** | **1728** | **TOTAL** |
| **LEAD ATTORNEY[1]:** | FLF | FLF | FLF | FLF | FLF | FLF | FLF | FLF | FLF | FLF | FLF | PMD | JPD | FLF | PMD | FLF | FLF | FLF | |
| **SCDA AMOUNTS:** | | | | | | | | | | | | | | | | | | | |
| Plaintiff amounts: | | | | | | | | | | | | | | | | | | | |
| Plaintiff portion assigned | | | | | | | | | $ 29,731.94 | | | | | | | | | | $ 29,731.94 |
| | | | | | | | | | | | | | | | | | | | |
| Attorney fee portion: | | | | | | | | | | | | | | | | | | | |
| DRENNAN | | | | | $ 2,596.56 | | | $ - | | | | | | | | $ - | | | $ 2,596.56 |
| SALON MARROW | | | | | 2,812.94 | | | | 1,406.47 | | | | | | | 843.88 | | | 5,063.29 |
| BONNER[2] | | | | | 1,298.28 | | | | 649.14 | | | | | | | 389.48 | | | 2,336.90 |
| FAY | | | | | 7,380.96 | | | | 6,184.86 | | | | | | | 3,710.91 | | | 17,276.73 |
| PERLES | | | | | 7,380.96 | | | | 6,184.86 | | | | | | | 3,710.91 | | | 17,276.73 |
| ROTHENBERG | | | | | 7,380.96 | | | | - | | | | | | | | | | 7,380.96 |
| | | | | | | | | | | | | | | | | | | | |
| Total attorney fee portion | $ - | $ - | $ - | $ - | $ 28,850.65 | $ - | $ - | $ - | $ 14,425.32 | $ - | $ - | $ - | $ - | $ - | $ - | $ 8,655.19 | $ - | $ - | $ 51,931.16 |
| | | | | | | | | | | | | | | | | | | | |
| TOTAL SCDAS | $ - | $ - | $ - | $ - | $ 28,850.65 | $ - | $ - | $ - | $ 44,157.26 | $ - | $ - | $ - | $ - | $ - | $ - | $ 8,655.19 | $ - | $ - | $ 81,663.10 |
| | | | | | | | | | | | | | | | | | | | |
| **PRE-FINAL AMOUNTS:** | | | | | | | | | | | | | | | | | | | |
| Plaintiff amounts: | | | | | | | | | | | | | | | | | | | |
| Plaintiff portion assigned | | $ 8,180.50 | $ 22,166.25 | | $ 8,264.52 | $ 3,931.49 | $ 44,332.50 | $ 22,166.25 | $ 5,763.23 | $ 22,166.25 | $ 8,264.52 | $ - | $ 22,166.25 | | | $ 8,866.50 | $ 2,049.02 | | $ 178,317.27 |
| RD Legal amount assigned | | | | | | | | | | | | | 44,332.50 | | | | | | 44,332.50 |
| Specialty amount assigned | | | | | 13,901.73 | | | | | | | | | | | | | | 13,901.73 |
| | | | | | | | | | | | | | | | | | | | |
| Attorney fee portion: | | | | | | | | | | | | | | | | | | | |
| DRENNAN | | | | | $ 1,311.30 | | | | | | | | | | | | | | $ 1,311.30 |
| KARR | | | | | | | | 1,311.30 | | | | | | | | | | | 1,311.30 |
| MECIT | | 655.65 | | | | 655.65 | | | | | | | | | | | | | 1,311.30 |
| SALON MARROW | | 710.29 | | | 1,420.57 | 710.29 | | 1,420.57 | 710.29 | 184.67 | 710.29 | | 1,420.57 | 710.29 | 994.40 | 426.17 | | | 9,418.39 |
| BONNER[2] | | 327.82 | | | 655.65 | 327.82 | | 327.82 | 85.23 | | 327.82 | | 655.65 | 327.82 | 458.95 | 196.69 | | | 3,691.30 |
| FLEISCHMAN | | | | | | | | 1,529.85 | | | | | | | | | | | 1,529.85 |
| FAY | | 1,863.74 | | | 3,727.48 | 1,863.74 | | 3,436.09 | 3,123.44 | 812.09 | 3,123.44 | | 1,561.72 | 1,041.15 | 1,093.20 | 1,874.06 | | | 23,520.15 |
| PERLES | | 1,863.74 | | | 3,727.48 | 1,863.74 | | 3,436.09 | 3,123.44 | 812.09 | 3,123.44 | | 1,561.72 | 1,041.15 | 1,093.20 | 1,874.06 | | | 23,520.15 |
| GASKILL | | | | | | | | | - | | | | 3,123.44 | | | 2,186.41 | | | 5,309.84 |
| HNK | | | | | | | | | | | | | | | 4,164.58 | | | | 4,164.58 |
| DRENNAN | | | | | | | | - | | | | | 3,123.44 | | | 2,186.41 | | | 5,309.84 |
| DONAHUE | | | | | | | | - | | | | | 3,123.44 | | | 2,186.41 | | | 5,309.84 |
| ROTHENBERG | | 1,863.74 | | | | 3,727.48 | | 1,863.74 | 3,436.08 | | | | | | | | | | 10,891.05 |
| | | | | | | | | | | | | | | | | | | | |
| Total attorney fee portion | | 7,284.98 | - | - | 14,569.97 | 7,284.98 | - | 14,569.97 | 7,284.98 | 1,894.10 | 7,284.98 | | 14,569.97 | 7,284.98 | 10,198.98 | 4,370.99 | - | - | 96,598.89 |
| | | | | | | | | | | | | | | | | | | | |
| TOTAL PRE-FINAL | | 15,465.48 | 22,166.25 | | 36,736.22 | 11,216.47 | 44,332.50 | 36,736.22 | 13,048.21 | 24,060.35 | 15,549.50 | - | 81,068.72 | 7,284.98 | 10,198.98 | 13,237.49 | 2,049.02 | | 333,150.39 |
| | | | | | | | | | | | | | | | | | | | |
| **FINAL AMOUNTS:** | | | | | | | | | | | | | | | | | | | |
| Plaintiff amounts: | | | | | | | | | | | | | | | | | | | |
| Plaintiff portion assigned | $ 2,740.13 | | $ 1,473.91 | $ 3,993.78 | | $ 3,993.78 | $ 708.35 | $ 7,987.55 | $ 3,993.78 | $ 1,038.38 | $ 3,993.78 | $ 3,993.78 | $ - | $ 3,993.78 | | $ 1,597.51 | $ 369.18 | | $ 39,877.68 |
| RD Legal amount assigned | | | | | | | | | | | | | 7,987.55 | | | | | | 7,987.55 |

| TN: | 316 | 343 | 359 | 362 | 424 | 592 | 763 | 839 | 925 | 996 | 1061 | 1107 | 1120 | 1308[3] | 1363 | 1397 | 1693 | 1728 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LEAD ATTORNEY[1]: | FLF | FLF | FLF | FLF | FLF | FLF | FLF | FLF | FLF | FLF | FLF | PMD | JPD | FLF | PMD | FLF | FLF | FLF | |
| **Attorney fee portion:** | | | | | | | | | | | | | | | | | | | |
| DRENNAN | | | | | $ 359.44 | | | | | | | | | | | | | | $ 359.44 |
| KARR | | | | | | | | 359.44 | | | | | | | | | | | 359.44 |
| MECIT | | 179.72 | | | | 179.72 | | | | | | | | | | | | | 359.44 |
| SALON MARROW | | 194.70 | | | 389.39 | 194.70 | | 389.39 | 194.70 | 50.62 | 194.70 | | 389.39 | 194.70 | 272.58 | 116.82 | | | 2,581.68 |
| BONNER[2] | | 89.86 | | | 179.72 | 89.86 | | | 89.86 | 23.36 | 89.86 | | 179.72 | 89.86 | 125.80 | 53.92 | | | 1,011.82 |
| FLEISCHMAN | | | | | | | | 419.35 | | | | | | | | | | | 419.35 |
| FAY | | 510.87 | | | 1,021.74 | 510.87 | | 941.87 | 856.17 | 222.60 | 856.17 | | 428.08 | 285.39 | 299.66 | 513.70 | | | 6,447.12 |
| PERLES | | 510.87 | | | 1,021.74 | 510.87 | | 941.87 | 856.17 | 222.60 | 856.17 | | 428.08 | 285.39 | 299.66 | 513.70 | | | 6,447.12 |
| GASKILL | | | | | | | | - | | | | | | 856.17 | 599.32 | | | | 1,455.48 |
| HNK | | | | | | | | | | | | | | | 1,141.55 | | | | 1,455.48 |
| DRENNAN | | | | | | | | - | | | | | | 856.17 | 599.32 | | | | 1,455.48 |
| DONAHUE | | | | | | | | - | | | | | | 856.17 | 599.32 | | | | 1,455.48 |
| ROTHENBERG | | 510.87 | | | 1,021.74 | 510.87 | | 941.87 | | | | | | | | | | | 2,985.35 |
| **Total attorney fee portion** | $ - | $ 1,996.89 | $ - | $ - | $ 3,993.77 | $ 1,996.89 | $ - | $ 3,993.78 | $ 1,996.90 | $ 519.18 | $ 1,996.90 | $ - | $ 3,993.77 | $ 1,996.89 | $ 2,795.65 | $ 1,198.13 | $ - | $ - | $ 26,478.74 |
| **TOTAL FINAL** | $ 2,740.13 | $ 1,996.89 | $ 1,473.91 | $ 3,993.78 | $ 3,993.77 | $ 5,990.66 | $ 708.35 | $11,981.33 | $ 5,990.67 | $1,557.57 | $ 5,990.67 | $ 3,993.78 | $11,981.32 | $ 5,990.67 | $ 2,795.65 | $ 1,198.13 | $ 1,597.51 | $ 369.18 | $ 74,343.98 |
| **TOTAL ALL** | $ 2,740.13 | $ 9,281.87 | $ 9,654.41 | $26,160.03 | $47,414.39 | $35,441.90 | $4,639.84 | $70,883.80 | $ 79,599.17 | $9,214.89 | $35,441.91 | $12,258.30 | $70,883.79 | $35,441.90 | $12,994.63 | $14,224.32 | $10,464.01 | $ 2,418.20 | $489,157.47 |
| **TOTAL PLAINTIFF AMOUNT** | $ 2,740.13 | $ - | $ 9,654.41 | $26,160.03 | $ - | $12,258.30 | $4,639.84 | $52,320.05 | $ 55,891.97 | $6,801.61 | $26,160.03 | $12,258.30 | $ - | $26,160.03 | $ - | $ - | $10,464.01 | $ 2,418.20 | $247,926.89 |
| **TOTAL RD LEGAL** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $52,320.05 | $ - | $ - | $ - | $ - | $ - | $ 52,320.05 |
| **TOTAL SPECIALTY** | $ - | $ - | $ - | $ - | $ - | $13,901.73 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 13,901.73 |
| **TOTAL ATTORNEY FEES** | $ - | $ 9,281.87 | $ - | $ - | $47,414.39 | $ 9,281.87 | $ - | $18,563.75 | $ 23,707.20 | $2,413.28 | $ 9,281.88 | $ - | $18,563.74 | $ 9,281.88 | $12,994.63 | $14,224.32 | $ - | $ - | $175,008.80 |

[1]Lead attorney abbreviations: FLF-Fay Law Firm, PMD- Patrick M. Donahue, HNK-Noel Nudelman, JPD- Joseph P. Drennan

[2]Bonner fees should be paid as follows: 2/3 to Fleischman Bonner and Rocco LLP and 1/3 to Stone Law Group PLLC.

[3]TN 1308 is being assigned to Fay Law Firm at the request and consent of Heideman Nudelman & Kalik, PC and Fay Law Firm.

| TN | Plaintiff | Estate Representative | Lead Litigation Attorney | Principal Defects |
|---|---|---|---|---|
| 316 | | | Fay Law Group | Conflicting payment instructions |
| 343 | | | Fay Law Group | Estate issue-awaiting distribution order |
| 359 | | | Fay Law Group | FCDA not returned |
| 362 | | | Fay Law Group | FCDA incomplete |
| 424 | | | Fay Law Group | Estate issue-awaiting distribution order |
| 592 | | | Fay Law Group | Missing estate info; FCDA not returned |
| 763 | | | Fay Law Group | Conflicting payment instructions |
| 839 | | | Fay Law Group | Missing estate info |
| 925 | | | Fay Law Group | Missing estate info; SCDA incomplete; FCDA not returned |
| 996 | | | Fay Law Group | FCDA not returned; missing estate info |
| 1061 | | | Fay Law Group | FCDA not returned |
| 1107 | | | Patrick M. Donahue | FCDA not returned |
| 1120 | | | Joseph P. Drennan | Estate not opened; FCDA not returned |
| 1308 | | | Fay Law Group | FCDA incomplete; missing estate info |
| 1363 | | | Patrick M. Donahue | Estate issue-awaiting distribution order |
| 1397 | | | Fay Law Group | Estate issue-awaiting distribution order |
| 1693 | | | Fay Law Group | FCDA not returned |
| 1728 | | | Fay Law Group | FCDA not returned |