

Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797
+1 212 698 3500 Main
+1 212 698 3599 Fax
www.dechert.com

**KATHLEEN N. MASSEY**

kathleen.massey@dechert.com
+1 212 698 3686 Direct
+1 212 698 0473 Fax

April 13, 2021

**BY ECF AND E-MAIL**

Honorable Loretta A. Preska
United States District Judge
United States District Court for the
  Southern District of New York
United States Courthouse
500 Pearl Street, Room 2220
New York, New York 10007-1312

Re:   *Peterson v. Islamic Republic of Iran*, 10-cv-4518 (LAP); Dechert LLP's Invoices for the Period Through March 31, 2021

Dear Judge Preska:

In accordance with the Order Appointing Special Master entered June 7, 2017 (ECF No. 775; referred to herein as the "Appointing Order"), I am writing to seek approval of my invoices for time and expenses through March 31, 2021. In support of this request, I am filing this letter on the public docket, with summaries of the number of hours my associate and I recorded, and the time value recorded for each of us. As the summaries indicate, I am requesting approval for payment of $1,199.00, representing $1,173.60 for fees and $25.40 for disbursements. My time was billed at the court-approved rate, which reflects an average discount of approximately 30%, and the time of the associate who worked on the matter was billed at a rate that reflects a discount of 10%, off of customary hourly rates.

Pursuant to the terms of the Appointing Order, I am providing the details behind the summaries only to the Court. I note for the record, however, that during the fourth quarter of 2020 and the first quarter of 2021, my associate and I were concerned with monitoring the Trustee's progress toward winding down the QSF.

If Your Honor finds the billing records to be in order, I respectfully request that the Court order payment of the invoice from funds in the Qualified Settlement Fund, without charging any portion of the invoice to the 13% plaintiffs, as contemplated by the Appointing Order. (*See* Appointing Order, at 6.)



Of course, if Your Honor has any questions about the invoices submitted or any other issues concerning this action, I would be happy to address them at the Court's convenience.

Respectfully,

/s/ Kathleen N. Massey

Kathleen N. Massey

Enclosure (summary and detailed bill)

Copy to:  All Counsel on ECF Service List (with summary bill)

The Court has reviewed the Special Master's invoice
and finds it to be in order.

SO ORDERED.
4/14/2021

*Loretta A. Preska*